# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., ) <br> BRAZILIAN WORKER CENTER, ) <br> CHELSEA COLLABORATIVE, INC. and ) <br> CENTRO PRESENTE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, President of the ) <br> United States in his Official Capacity, ) <br> UNITED STATES DEPARTMENT OF ) <br> COMMERCE, UNITED STATES ) <br> BUREAU OF THE CENSUS, STEVEN ) <br> DILLINGHAM, Director of the U.S. ) <br> Census Bureau in his Official Capacity, ) <br> and WILBUR ROSS, Secretary of the ) <br> Department of Commerce in his Official ) <br> Capacity, ) <br> ) <br> Defendants. ) | Case No. 20-11421-DPW |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR THE APPOINTMENT OF A THREE-JUDGE COURT

Upon consideration of Plaintiffs' Application for the Appointment of a Three-Judge Court and any Opposition thereto, and for good cause shown, it is on this _____ day of _____, 2020, hereby

ORDERED, that Plaintiff's Application is GRANTED; and it is

FURTHER ORDERED, that this case shall be heard by a three-judge court; and it is

FURTHER NOTED, that pursuant to 28 U.S.C. § 2284(b)(1), this Court shall notify the Chief Judge of this Circuit of the need to designate a three-judge court to hear this action.

_____
Hon. Douglas P. Woodlock
U.S. District Court Judge