# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*, <br><br>       Defendants. | Civil Action No. 1:20–cv–11421–DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Elliott M. Davis of the United States Department of Justice as counsel of record for the Defendants in the above-captioned action.

| | |
|---|---|
| DATED: September 10, 2020 | Respectfully submitted, |

                                              JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 514-4336
Fax:       (202) 616-8470
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Defendants*