UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAITIAN-AMERICANS UNITED, INC., *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,

        Defendants.

Civil Action No. 1:20–cv–11421–DPW

## JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE

On September 15, 2020, the Court ordered the parties to submit a joint proposed briefing schedule within two days of a ruling in *National Urban League v. Ross*, Case No. 20-CV-05799-LHK in the Northern District of California. On September 24, 2020, that Court stayed the Census Bureau Replan's September 30, 2020 deadline for the completion of data collection and December 31, 2020 deadline for reporting the tabulation of the total population to the President. The decision has been appealed to the Ninth Circuit. Accordingly, and pursuant to the Court's instructions at the September 15, 2020, Initial Scheduling Conference, the parties hereby submit the following proposed briefing schedule, subject to possible future amendment as explained below:

| Deadline | Filing | Page Limit |
|---|---|---|
| October 7, 2020 | Defendants' motion to dismiss | 50 pages |
| October 9, 2020 | Any amicus briefs in support of Defendants | 25 pages |
| October 21, 2020 | Plaintiffs' opposition to Defendants' motion to dismiss | 50 pages |

| | | |
|---|---|---|
| October 23, 2020 | Any amicus briefs in support of Plaintiffs | 25 pages |
| October 28, 2020 | Defendants' reply in further support of their motion to dismiss | 25 pages |

Plaintiffs anticipate filing a motion for expedited discovery, and then filing a motion for preliminary injunction or summary judgment following review of the discovery materials. Should the Court grant the motion for expedited discovery, Plaintiffs anticipate moving the Court to amend the briefing schedule so that their opposition brief may incorporate argument relating to discovery materials. Defendants do not believe discovery, much less expedited discovery, is appropriate, especially in light of the threshold jurisdictional defenses they intend to raise. To the extent the discovery motion is in fact filed, and depending on the scope of relief requested by Plaintiffs, Defendants reserve the right to seek a modification to the schedule noted above.

Dated: September 27, 2020

/s/ Patrick M. Curran, Jr.
Neil V. McKittrick (BBO #551386)
Patrick M. Curran, Jr. (BBO #659322)
Anna B. Rao (BBO #703843)
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
One Boston Place, Suite 3220
Boston, MA  02110
Tel: (617) 994-5700
Fax: (617) 994-5701
neil.mckittrick@ogletreedeakins.com
patrick.curran@ogletreedeakins.com
anna.rao@ogletreedeakins.com

Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0609
lsampson@lawyersforcivilrights.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 514-4336
Fax:        (202) 616-8470
E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Defendants*