# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC. BRAZILIAN WORKER CENTER, CHELSEA COLLABORATIVE, INC. and CENTRO PRESENTE,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES BUREAU OF THE CENSUS, STEVEN DILLINGHAM, Director of the U.S. Census Bureau in his Official Capacity, and WILBUR ROSS, Secretary of the Department of Commerce in His Official Capacity,<br><br>        Defendants | Case No. 20-cv-11421-DPW-BMS-PBS |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Oren Sellstrom of Lawyers for Civil Rights as attorney for Plaintiffs in the above-captioned matter.

Dated: September 29, 2020

Respectfully Submitted,

/s/ Oren Sellstrom
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0608
osellstrom@lawyersforcivilrights.org

<u>Certificate of Service</u>

      I, Oren Sellstrom, hereby certify that on September 29, 2020, a true and correct copy of the foregoing Notice of Appearance was duly served and filed through the Electronic Court Filing system on all registered participants.

Dated: September 29, 2020

                                                                     /s/Oren Sellstrom
                                                                        Oren Sellstrom