UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,<br><br>            Defendants. | Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In separate litigation, a district court in the Northern District of California entered a preliminary injunction that enjoined the Census Bureau from concluding field operations before October 31, 2020. *See Nat'l Urban League v. Ross*, No. 20–CV–05799–LHK, -- F. Supp. 3d --, 2020 WL 5739144 (N.D. Cal. Sept. 24, 2020), *clarified*, -- F. Supp. 3d --, 2020 WL 5876939 (N.D. Cal. Oct. 1, 2020), *appeal filed*, No. 20–16868 (9th Cir. docketed Sept. 25, 2020).

Yesterday, the Supreme Court stayed that court's preliminary injunction "pending disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of the petition for a writ of certiorari, if such writ is timely sought." The Supreme Court's order is attached as Exhibit A.

After the Supreme Court entered the stay order, the Census Bureau issued a statement explaining that "[s]elf-response and field data collection operations for the 2020 Census will conclude on October 15, 2020." The Census Bureau's statement is attached as Exhibit B.

As a result of these developments, Plaintiffs' alleged enumeration-related injuries will be moot as of October 16, 2020.

2

DATED: October 14, 2020                    Respectfully submitted,

                                                      JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 353-5639
Fax:       (202) 616-8470
E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Defendants*