# EXHIBIT A

Case 1:20-cv-11421-DPW-BMS-PBS    Document 40-1    Filed 11/02/20    Page 1 of 3

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., BRAZILIAN WORKER CENTER, CHELSEA COLLABORATIVE, INC., CENTRO PRESENTE, GLADYS VEGA, NORIELIZ DEJESUS, ROY AVELLANEDA, DIEUFORT FLEURISSAINT, MARTHA FLORES, and JESSICA ARMIJO, <br><br>    Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES BUREAU OF THE CENSUS, STEVEN DILLINGHAM, Director of the U.S. Census Bureau in his Official Capacity, and WILBUR ROSS, Secretary of the Department of Commerce in his Official Capacity, <br><br>    Defendants. | Case No. 20-11421-DPW-BMS-PBS |

## **PROPOSED ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines and all other proceedings in this matter are STAYED pending the resolution of appellate proceedings in *Trump v. New York*, No. 20-366, 2020 WL 6109551 (U.S. Oct. 16, 2020) and *San Jose v. Trump*, No. 20-561 (S. Ct. docketed Oct. 29, 2020), and that all pending deadlines in this action are tolled.

2

SIGNED this _____ day of _____, 2020

                                                                         _____
                                                                          United States District Court Judge

44805405.1