# EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

NATALIA USECHE, *et al.*,

    Plaintiffs,

v.                                 No. 8:20-cv-02225-PX-PAH-ELH

DONALD J. TRUMP, *et al.*,

    Defendants.

\*\*\*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th of November 2020, by the United States District Court for the District of Maryland ORDERED that:

1. The motion of Natalia Useche *et al.* for partial summary judgment and for declaratory relief (ECF No. 19), as set out in Counts IV and V of the amended complaint (ECF No. 18 ¶¶ 134–36, 142–47) is GRANTED;

2. The Court hereby DECLARES that the Presidential Memorandum and the policy announced and directed therein is *ultra vires*, in violation of 2 U.S.C. § 2a and 13 U.S.C. § 141 to the extent it directs or permits the exclusion of undocumented immigrants from the total population to be used for reapportionment and because it directs the Secretary to include in his Section 141(b) report, and the President to base reapportionment on, data collected outside the decennial census.

3. Defendants, except the President himself, are hereby ENJOINED from transmitting to the President any data or information on the number of undocumented immigrants in each state to be used for reapportionment.

4. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

5. The Clerk is directed to close the case.

IT IS SO ORDERED.

   11/06/2020
Date

/S/
Pamela A. Harris
United States Circuit Judge

/S/
Ellen L. Hollander
United States District Judge

/S/
Paula Xinis
United States District Judge

2