# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATALIA USECHE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 8:20–cv–02225–PX–PAH–ELH |

## NOTICE OF APPEAL

Notice is hereby given that all defendants in the above-named case hereby appeal to the Supreme Court of the United States from the final judgment entered on November 6, 2020. This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
DANIEL D. MAULER
ELLIOTT M. DAVIS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 514-4336
Fax:       (202) 616-8470
E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I certify that on November 6, 2020, I filed a copy of the foregoing document by filing it with the Court's CM/ECF system, which transmitted a copy to all registered parties.

/s/ Elliott M. Davis
Elliott M. Davis
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice