# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATALIA USECHE, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | Case No. 8:20–cv–02225–PX–PAH–ELH |

**NOTICE OF APPEAL**

Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on November 6, 2020.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
DANIEL D. MAULER
ELLIOTT M. DAVIS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 514-4336
Fax:     (202) 616-8470
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 6, 2020, I filed a copy of the foregoing document by filing it with the Court's CM/ECF system, which transmitted a copy to all registered parties.

/s/ Elliott M. Davis
Elliott M. Davis
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice