UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,<br><br>    Defendants. | Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are the following documents:

Exhibit A:   Jurisdictional Statement in *Trump v. Useche*, No. 20–662 (S. Ct. docketed Nov. 13, 2020).

Exhibit B:   Case Management Order in *National Urban League v. Ross*, No. 5:20–cv–05799 (N.D. Cal. Nov. 13, 2020).

2

DATED: November 16, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JOHN V. COGHLAN
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　BRAD P. ROSENBERG
　　　　　　　　　　　　　　　　　　　　Assistant Branch Directors

　　　　　　　　　　　　　　　　　　　　/s/ Elliott M. Davis
　　　　　　　　　　　　　　　　　　　　ELLIOTT M. DAVIS
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　1100 L St. NW
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Phone:   (202) 353-5639
　　　　　　　　　　　　　　　　　　　　Fax:       (202) 616-8470
　　　　　　　　　　　　　　　　　　　　E-mail:   elliott.m.davis@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*