UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAITIAN-AMERICANS UNITED, INC., *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,

    Defendants.

Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are the following documents:

Exhibit A:    Brief for Appellees New York Immigration Coalition et al. in *Trump v. New York*, No. 20–366 (S. Ct. Nov. 16, 2020).

Exhibit B:    Brief for State of New York and Other Government Appellees in *Trump v. New York*, No. 20–366 (S. Ct. Nov. 16, 2020).

2

DATED: November 16, 2020               Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 353-5639
Fax:      (202) 616-8470
E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Defendants*