UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,<br><br>            Defendants. | Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are the following documents:

Exhibit A:   Motion for Expedited Consideration of the Jurisdictional Statement and Waiver of the 14-Day Waiting Period for Distribution in *Trump v. San Jose*, No. 20–561 (S. Ct. Nov. 24, 2020).

Exhibit B:   Motion to Affirm for Appellees City of San Jose, *et al.* in *Trump v. San Jose*, No. 20–561 (S. Ct. Nov. 25, 2020).

Exhibit C:   Motion for Expedited Consideration of the Jurisdictional Statement and Waiver of the 14-Day Waiting Period for Distribution in *Trump v. Useche*, No. 20–662 (S. Ct. Nov. 24, 2020).

Exhibit D:   Plaintiffs' Opposition to Defendants' Motion to Dismiss in *National Urban League v. Ross*, No. 5:20–cv–05799–LHK (N.D. Cal. Nov. 24, 2020).

Exhibit E:   Plaintiffs' Opposition to Defendants' Motion for Stay of Proceedings in *National Urban League v. Ross*, No. 5:20–cv–05799–LHK (N.D. Cal. Nov. 24, 2020).

DATED: November 25, 2020                              Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:   (202) 353-5639
Fax:       (202) 616-8470
E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Defendants*