UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,<br><br>          Defendants. | Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are the following documents:

Exhibit A:    Memorandum Opinion in *Common Cause v. Trump*, No. 1:20–cv–02023 (D.D.C. Nov. 25, 2020).

Exhibit B:    Order in *Common Cause v. Trump*, No. 1:20–cv–02023 (D.D.C. Nov. 25, 2020).

Exhibit C:    Transcript of Proceedings in *Trump v. New York*, No. 20–366 (S. Ct. Nov. 30, 2020).

DATED:  November 30, 2020						Respectfully submitted,

						JEFFREY BOSSERT CLARK
						Acting Assistant Attorney General

						JOHN V. COGHLAN
						Deputy Assistant Attorney General

						ALEXANDER K. HAAS
						Branch Director

						DIANE KELLEHER
						BRAD P. ROSENBERG
						Assistant Branch Directors

						/s/ Elliott M. Davis
						ELLIOTT M. DAVIS
						Trial Attorney
						Civil Division, Federal Programs Branch
						U.S. Department of Justice
						1100 L St. NW
						Washington, DC  20005
						Phone:	(202) 353-5639
						Fax:	(202) 616-8470
						E-mail:	elliott.m.davis@usdoj.gov

						*Counsel for Defendants*