# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMON CAUSE, et al.**, | |
| Plaintiffs, | |
| v. | Case No. 1:20-cv-02023 (CRC) (GGK) (DLF) |
| **DONALD J. TRUMP, et al.**, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' motion to dismiss is GRANTED.  It is further

**ORDERED** that the plaintiffs' motion for partial summary judgment is DENIED AS

MOOT.  It is further

**ORDERED** that the plaintiffs' motion to expedite trial on the merits is DENIED AS

MOOT.  It is further

**ORDERED** that the plaintiffs' motion to expedite proceedings is DENIED AS MOOT.

It is further

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

This is a final appealable order.

**SO ORDERED**.

GREGORY G. KATSAS
United States Circuit Judge

DABNEY L. FRIEDRICH
United States District Judge

Date: <u>November 25, 2020</u>