# EXHIBIT C

# SUPREME COURT
# OF THE UNITED STATES

---

```
           IN THE SUPREME COURT OF THE UNITED STATES

- - - - - - - - - - - - - - - - - -

DONALD J. TRUMP, PRESIDENT          )

OF THE UNITED STATES, ET AL.,       )

           Appellants,              )

              v.                    ) No. 20-366

NEW YORK, ET AL.,                   )

           Appellees.               )

- - - - - - - - - - - - - - - - - -
```

```
Pages:  1 through 96

Place:  Washington, D.C.

Date:   November 30, 2020
```

---

## HERITAGE REPORTING CORPORATION
*Official Reporters*
1220 L Street, N.W., Suite 206
Washington, D.C.  20005
(202) 628-4888
www.hrccourtreporters.com

Official - Subject to Final Review

1

```
 1       IN THE SUPREME COURT OF THE UNITED STATES

 2    - - - - - - - - - - - - - - - - - -

 3    DONALD J. TRUMP, PRESIDENT          )

 4    OF THE UNITED STATES, ET AL.,       )

 5              Appellants,               )

 6              v.                        ) No. 20-366

 7    NEW YORK, ET AL.,                   )

 8              Appellees.                )

 9    - - - - - - - - - - - - - - - - - -

10

11              Washington, D.C.

12         Monday, November 30, 2020

13

14         The above-entitled matter came on for

15    oral argument before the Supreme Court of the

16    United States at 10:00 a.m.

17

18

19

20

21

22

23

24

25
```

Official Subject to Final Review

2

```
 1   APPEARANCES:

 2

 3   JEFFREY B. WALL, Acting Solicitor General,

 4        Department of Justice, Washington, D.C.;

 5        on behalf of the Appellants.

 6   BARBARA D. UNDERWOOD, Solicitor General, New York, New

 7          York; on behalf of the Government Appellees.

 8   DALE E. HO, ESQUIRE, New York, New York;

 9        on behalf of the Private Appellees.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Heritage Reporting Corporation

1                   C O N T E N T S

2     ORAL ARGUMENT OF:                    PAGE:

3     JEFFREY B. WALL, ESQ.

4         On behalf of the Appellants        4

5     ORAL ARGUMENT OF:

6     BARBARA D. UNDERWOOD, ESQ.

7         On behalf of the Government

8         Appellees                          48

9     ORAL ARGUMENT OF:

10    DALE E. HO, ESQ.

11        On behalf of the Private

12        Appellees                          72

13    REBUTTAL ARGUMENT OF:

14    JEFFREY B. WALL, ESQ.

15        On behalf of the Appellants        93

16

17

18

19

20

21

22

23

24

25

4

```
 1              P R O C E E D I N G S
 2                              (10:00 a.m.)
 3            CHIEF JUSTICE ROBERTS:  We will hear
 4    argument first this morning in Case 20-366,
 5    Trump versus New York.
 6            General Wall.
 7            ORAL ARGUMENT OF JEFFREY B. WALL
 8            ON BEHALF OF THE APPELLANTS
 9            GENERAL WALL:  Mr. Chief Justice, and
10    may it please the Court:
11            This case should be over.  The
12    district court held that appellees would be
13    injured because illegal aliens would be chilled
14    from participating in the enumeration.  But that
15    counting is now over, and whatever chill ever
16    existed has fallen.
17            Appellees therefore pivot to possible
18    future injuries, but as of this very morning,
19    career experts at the Census Bureau confirmed
20    with me that they still don't know even roughly
21    how many illegal aliens it'll be able to
22    identify, let alone how their number and
23    geographic concentration might affect
24    apportionment.  And if they don't know,
25    certainly, the other parties to this case do
```

Official - Subject to Final Review

1    not.

2            The Court, therefore, should follow

3    the course charted by the three-judge D.C.

4    District Court last week:  Vacate the judgment

5    below, allow the Secretary to comply with the

6    memorandum, and allow any effect on

7    apportionment to be litigated as it normally

8    would be in a post-apportionment lawsuit by

9    parties with concrete injuries.

10           On the merits, there's no procedural

11   problem with the memorandum.  The President may

12   direct the Secretary to send him two sets of

13   numbers so that he may decide how to exercise

14   whatever discretion he has.

15           The real fight here is substantive,

16   over how much discretion the President has.

17   Text, history, and precedent are all clear about

18   the general test whether one is an inhabitant.

19   The question is how to apply that test to people

20   who are present in the country illegally.

21           Treating someone apprehended at the

22   border on March 31 or scheduled to be removed on

23   April 2 as a usual or settled resident of the

24   United States on April 1 flies in the face of

25   this Court's cases, common sense, and any sound

1    theory of political representation.

2            The President has at least some

3    discretion to determine that at least some

4    illegal aliens lack enduring ties to the states,

5    which means that the judgment should be

6    reversed.

7            I welcome the Court's questions.

8            CHIEF JUSTICE ROBERTS:  General, my

9    first question goes to the very first point you

10   raised.  We expedited this case in light of the

11   December 31 deadline for the Secretary to

12   transmit the census to the President.

13           Is that date still operative?  Do you

14   still need a decision by that date?

15           GENERAL WALL:  Well, the situation is

16   fairly fluid, Mr. Chief Justice.  We -- because

17   of the two weeks that we lost to the California

18   injunction and some subsequent issues in

19   processing the data, we are not currently on

20   pace to send the report to the President by the

21   year-end statutory deadline.

22           But just this morning, I confirmed

23   with senior leadership at the Department of

24   Commerce and the Census Bureau that we are

25   hopeful, and it remains possible, that we can

1   get at least some of the PM-related data to the

2   President in January, so we do still need relief

3   from the Court, yes.

4          CHIEF JUSTICE ROBERTS:  Sounds like

5   you had a busy morning.  What -- what -- what do

6   you mean, "PM data"?

7          GENERAL WALL:  I'm sorry.  The

8   Presidential Memorandum data.  So the data the

9   President has requested in order to -- to

10  potentially back out illegal aliens from -- from

11  the apportionment base.

12         CHIEF JUSTICE ROBERTS:  On the

13  standing question, if the Court doesn't

14  intervene now before the Secretary transmits the

15  information to the President, I don't know when

16  the Court would be able to intervene.  All --

17  all that would be left after that transmittal is

18  the transmittal by the President to -- to the

19  House.

20         So, if -- if the injury can't be

21  redressed at this point, when could it be?

22         GENERAL WALL:  In a post-apportionment

23  lawsuit, just as in Franklin or Wisconsin or --

24  or Utah versus Evans, if the -- if the -- the

25  Bureau is able to feasibly identify enough

1    aliens and the President excludes those

2    categories and that affects the apportionment --

3    those are all three unknowns -- but if that

4    happens, then you have a post-apportionment

5    challenge just as in Franklin for the Secretary

6    to revise his report and for the President to

7    send a new report to the House, in effect, to

8    redo the apportionment.

9         CHIEF JUSTICE ROBERTS:  But isn't that

10   going to be like having to unscramble the eggs?

11   I mean, the apportionment, any change in any one

12   state, of course, is going to have ripple

13   effects all across the country, and it does seem

14   like it would be more manageable at an earlier

15   stage.

16        GENERAL WALL:  Well, Mr. Chief

17   Justice, I don't want to resist this too much

18   because we would prefer for the Court to reach

19   the merits and uphold the Presidential

20   Memorandum.  We just think, for the reasons

21   given by the D.C. District Court last week,

22   there are too many unknowns here.

23        I do -- I take the point that there --

24   there is a bit of an omelet to unscramble, but

25   we do unscramble that in post-apportionment

W. Pisani - Subject to Final Review

9

```
 1    lawsuits.  So it's possible to enter relief.
 2            And on the flip side, you could have
 3    the Court issuing an opinion on what the
 4    President may or may not do, only to discover
 5    days or weeks later that it's effectively
 6    advisory because the numbers aren't large enough
 7    to affect the apportionment and the appellees
 8    here and other potential appellees wouldn't be
 9    injured, either with respect to apportionment or
10    funding.
11            That strikes us as a fairly serious
12    problem, either as a matter of Article III
13    standing or prudential ripeness.
14            CHIEF JUSTICE ROBERTS:  General, just
15    very quickly, should we assume that we're not
16    going to be talking about all illegal aliens in
17    the country but some subset, some uncertain
18    subset, like the ones in ICE detention?
19            GENERAL WALL:  I think it is -- I
20    think it is very fair to say, Mr. Chief Justice,
21    that the President has not made a determination
22    yet, because we don't know what's feasible,
23    about excluding all illegal aliens, and has
24    recognized that some subsets are going to be
25    much stronger cases for the exercise of his
```

1    discretion than other subsets.  And that's --

2              CHIEF JUSTICE ROBERTS:  Thank -- thank

3    you, General.

4              Justice Thomas.

5              JUSTICE THOMAS:  Thank you, Mr. Chief

6    Justice.

7              General Wall, I'd like you just to

8    discuss a bit as you understand the -- what

9    Respondent is arguing.

10             How does their alleged injury would be

11   redressable without including the or enjoining

12   the President?  Because it's actually his

13   decision that it seems that they're ultimately

14   concerned about.

15             GENERAL WALL:  Well, I think that's a

16   fair point, Justice Thomas, but the Court

17   crossed that bridge in Utah v. Evans over a

18   dissent by Justice Scalia that the relief wasn't

19   redressable because relief couldn't run against

20   the President.

21             And the Court held in Utah, and no one

22   has asked here that that decision be overruled,

23   that it was fair -- that you could obviously

24   enjoin the Secretary as a subordinate official

25   and that the judiciary would assume that the

Official Subject to Final Review

1    President would comply.

2              And so too here.  There's no reason to

3    believe that the President would not comply with

4    this Court's judgment either now or in a

5    post-apportionment context.

6              JUSTICE THOMAS:  The -- in Utah, is my

7    understanding, that that was actually the

8    census, wasn't it?

9              GENERAL WALL:  Yes, it was a -- it was

10   a challenge to certain procedures that were

11   being used with respect to the -- the census.

12   It was, in effect, a sampling claim.

13             JUSTICE THOMAS:  Okay.  But, here,

14   we're talking about something separate from the

15   census, or am I -- am I mistaken?

16             GENERAL WALL:  No, I -- I think that's

17   the other side's argument, Justice Thomas.  I

18   think they have -- they have seized on the fact

19   that we've sometimes used the word "census" to

20   refer to the counting and said, a-ha, look, the

21   Census Bureau came up with a final number, and

22   the President essentially accepted that but then

23   sought to back out illegal aliens.

24             And I don't think that's right.  The

25   Presidential Memorandum makes clear that he was

1    exercising his authority under Franklin to

2    determine the apportionment base after the

3    counting.

4         And so I -- I don't think -- it is

5    certainly our position that this is not somehow

6    outside or stands apart from the census.

7         JUSTICE THOMAS:  Could you actually,

8    though, get the exact same information in a memo

9    that's from the Commerce Department or the

10   Census Bureau that says this is not the

11   Section 141 report, but here's our what we think

12   those numbers look like?

13        GENERAL WALL:  The statutory scheme

14   seems to contemplate that the President will

15   rely on the Secretary's report in sending his

16   submission to Congress.

17        Now Franklin says he's entitled to

18   reform the data that the Secretary gives him.

19        But I think it would be a much more

20   difficult question if he tried to act entirely

21   outside of the process that the statute set up.

22   And, obviously, here, he hasn't done that.  He's

23   just exercised his authority under Franklin to

24   tell the Secretary that he wants to look at

25   different sets of numbers so that he can make a

1    decision about the apportionment base.

2              JUSTICE THOMAS:  Well, it just seems

3    to me that, you know, the -- I don't understand

4    why you couldn't get the exact -- the President

5    couldn't get the exact same advice outside of

6    the context of a formal report with -- with

7    separate numbers and then make his decision.

8              But, beyond that, the Chief Justice

9    asked you about the subset, subcategories of --

10   or subsets of illegal aliens.  But could you

11   give us your idea of what the President means

12   generically by "illegal alien"?

13             GENERAL WALL:  He means people who are

14   present in this country unlawfully, and that --

15   that -- that includes a number of different

16   subsets.  We've named several of them in our

17   brief which I think are the clearest cases for

18   the exercise of the President's discretion, but

19   there are a number of other set -- subsets too.

20             But the entire category is -- is

21   people who are present in this country in

22   violation of federal law.

23             JUSTICE THOMAS:  Thank you, General

24   Wall.

25             CHIEF JUSTICE ROBERTS:  Justice

1    Breyer.

2                JUSTICE BREYER:  Yes, thank you.

3                I was also concerned with what Justice

4    Thomas brought up, and so, to clear away some

5    weeds from my mind, would you tell me where I

6    missed this or if I'm right.

7                We're looking at a statute, 141.  A

8    says the Secretary shall take a Decennial

9    Census, okay?  B says the tabulation of the

10   population that he just took, as required for

11   the apportionment of representatives, that that

12   tabulation shall be reported to the Secretary --

13   by the Secretary to the President.

14               That's the report we're concerned

15   about.  That's the tabulation we're concerned

16   about.  And it is based on that, where you go to

17   2a, the President shall transmit a statement

18   showing the whole number of persons for the

19   purpose, again, of apportionment.

20               So we're not interested in other ways.

21   We're interested in this report, in this

22   tabulation, under 141(b).

23               Now, if I'm right so far, the

24   President's order says I'll tell you why I want

25   that.  I want that because it's our policy that

W. Final - Subject to Final Review

15

```
 1    illegal aliens will not be included in the
 2    census.  I can't tell you exactly what ones.  It
 3    doesn't say that.  It just says illegal aliens
 4    will not be included.  And he asked for the
 5    report so he can do that.
 6              Now, if the Constitution forbids him
 7    to, or if the statutes forbid him, to subtract
 8    from the tabulation for purposes of the
 9    statement, if it forbids him to subtract those
10    illegal aliens, or to the extent it does, the
11    tabulation and the report are not the tabulation
12    required for the apportionment of the census
13    and, therefore, he cannot ask -- he cannot ask
14    the Secretary for that report to contain that
15    information.
16              Right or wrong and, if wrong, why?
17              GENERAL WALL:  I think I agreed with
18    you up to the very end, Justice Breyer.  I think
19    you correctly understand how the statutory
20    provisions, which were passed together in 1929,
21    work.
22              And I -- I think it's true that if the
23    Constitution or the statutes constrain the
24    President's ability to back them out, then that
25    would mean that his statement -- setting aside
```

1    judicial review, his statement to Congress under

2    2a(a) would be unlawful.

3         But I don't know that any of that is a

4    constraint on his ability to simply request the

5    information from the Secretary.

6         JUSTICE BREYER:  Well, it is not the

7    information if it's unlawful that is required

8    for the apportionment of the House of

9    Representatives because it is illegal.

10        Now whether it's illegal or not is a

11   different question.  All we have on that is

12   about 40 briefs that show that the history, the

13   language, the consequences, the purposes, and a

14   bunch of other things argue against you, but you

15   have arguments against them.

16        But, if that side wins, then I don't

17   see how the information he's requested could be

18   the information required for the apportionment

19   of representatives, quoting the statute.

20        GENERAL WALL:  I think all I would

21   say, Justice Breyer, is I don't want to run

22   together the procedural and the substantive

23   issues.  I think what you're really getting at

24   is the substantive issue of what the President's

25   powers are here, not any of the procedural

Official - Subject to Final Review

1    issues that they've raised with respect to the

2    -- to the memorandum.

3          So I -- I agree with you that what's

4    really at issue here is that substantive

5    question that you're focused on.

6          JUSTICE BREYER:  Well, maybe, but

7    we're not suing the President.  They're not.

8    They're suing the Secretary.  And they're

9    saying:  Mr. Secretary, you cannot give to the

10   President this requested information and also

11   say that that piece of paper that you send him

12   is the tabulation as required for the

13   apportionment of representatives.  It may be

14   something else, but it isn't that.  And that's

15   what he's asked you to do, and that's what

16   you're trying to do.  And, Mr. Secretary, if

17   it's illegal, you can't do it.

18          GENERAL WALL:  That's right, Justice

19   Breyer.  My only point was that doesn't have

20   anything to do with their procedural arguments

21   about the use of administrative records and

22   whether this is somehow part of the census.

23          JUSTICE BREYER:  No, it doesn't.

24          GENERAL WALL:  That's all just their

25   substantive claim --

18

1           JUSTICE BREYER:  Yeah.

2           GENERAL WALL:  -- that the President

3    doesn't have the power to ask for the --

4           JUSTICE BREYER:  Okay, okay.  Then

5    they don't -- on that one, it says "persons,"

6    this started in 1820, you know, and they've

7    always counted people who were here and not

8    naturalized, and this has never happened before

9    that you excluded illegal aliens, and it has a

10   lot of negative effects on the states.  You know

11   all those arguments.  And they're -- I think

12   they're fairly strong ones.

13          GENERAL WALL:  Justice --

14          JUSTICE BREYER:  I mean, what do you

15   -- what do you want to say?  They're persons,

16   aren't they?

17          CHIEF JUSTICE ROBERTS:  Briefly,

18   counsel.

19          GENERAL WALL:  So just very briefly,

20   Justice Breyer, there's two different things

21   there.  One is the historical practice, which I

22   hope I'll be able to address later because I

23   think Franklin takes care of that.  The other is

24   the text and the history.  None of that goes

25   specifically to the question of illegal aliens.

Official - Subject to Final Review

19

```
 1              CHIEF JUSTICE ROBERTS:  Justice Alito.
 2              JUSTICE ALITO:  General Wall, if I
 3    can, I want to try to press you a little bit on
 4    some of the answers you gave to the Chief
 5    Justice because I find the posture of this case
 6    quite frustrating.
 7              It could be that we are dealing with a
 8    possibility that is quite important.  It could
 9    be that this is much ado about very little.  It
10    depends on what the Census Bureau and the
11    Department of Commerce are able to do.
12              If I just take the numbers from the
13    district court in D.C.'s opinion last week, they
14    said that the -- the plaintiffs in that case
15    were claiming that there are 10.5 million people
16    in this country who would be counted as being
17    here illegally, but if you look at the smaller
18    number of -- of those who are held in detention
19    facilities, it's -- it's something like 60,000.
20              The first number could easily change
21    the apportionment of representatives.  The
22    second one, it's much more doubtful that it
23    would change the apportionment of
24    representatives.
25              There are only 31 days left in the
```

W. Bessan    Subject to Final Review

```
 1    year.  To exclude the 10.5 million seems to me a

 2    monumental task, to do that without sampling, to

 3    take 300 million plus names and determine

 4    individually for each of those people whether

 5    they are lawfully in the United States.

 6              And I would think you would be able to

 7    tell us whether that remains a realistic

 8    possibility at this point.

 9              GENERAL WALL:  Justice --

10              JUSTICE ALITO:  Can you not provide us

11    with any more information than what you provided

12    in your answer to the Chief Justice, was that,

13    basically, they're working on it?

14              GENERAL WALL:  Well, I can provide you

15    with a little bit more.  I don't know how

16    satisfying it'll be, but I think it is very

17    unlikely that the Bureau will be able to

18    identify all or substantially all illegal aliens

19    present in the country.  So anything like the 10

20    or 11 or 12 million numbers that are flying

21    around.

22              They will be able, I think, to do ICE

23    facilities, which, as you say, is some number in

24    the tens of thousands.  The question is where it

25    will fall in the middle.  And we don't know.
```

Official - Subject to Final Review

21

```
 1    And the reason we don't know is because it -- it
 2    -- it -- it turns a great deal on the level of
 3    detail that we got in doing the enumeration.
 4            And until we actually take the census
 5    master file and these various administrative
 6    records, once they're all cleaned up and ready
 7    to go, and we actually run the models in a few
 8    weeks or, you know, whenever it is, we won't
 9    actually know how many people we pick up.
10            And so, you know, I pressed the deputy
11    director of the Census Bureau on this very
12    question, and the simple fact is that the
13    experts don't know.  They don't know whether
14    it'll be 50,000 or 100,000 or 500,000 or a
15    million.  So there's just substantial
16    uncertainty.
17            JUSTICE ALITO:  Well, before my time
18    runs out, I -- I'm -- I have no expertise
19    whatsoever in this area.  I could understand if
20    they say all we can determine is how many people
21    are in detention facilities or subject to final
22    orders of removal.
23            If they're going for the bigger
24    picture and trying to identify everybody who is
25    in this country unlawfully, I don't see how they
```

1    can provide a partial answer to that.  If they

2    were to say, well, you know, we've done this for

3    200 million people, but we don't know about the

4    100 million plus additional people, there's no

5    way an apportionment could be based on that, is

6    there?

7              GENERAL WALL:  They're trying to get

8    the categories of illegal aliens that you could

9    identify based on the kinds of records we have,

10   so final orders of removal, for instance, or

11   people who have been removed who are found here

12   again and haven't been given any lawful status.

13              So it's not that we can pick up

14   everyone.  There will be some undetected illegal

15   aliens who -- who we aren't even attempting to

16   screen for because they wouldn't be picked up,

17   obviously, by any record.

18              It's the categories that would be

19   shown by some sort of record that we have.  And

20   the question is, just how feasible is it going

21   to be to capture large numbers within those

22   categories?  And, unfortunately, we don't know

23   at this point.

24              And it's a feature, by the way,

25   though, I have to say, not of the government's

1    conduct.  It's a feature of the fact that

2    appellees brought a pre-apportionment challenge

3    on the basis of this injury that was always

4    going to cease in the past --

5              CHIEF JUSTICE ROBERTS:  Justice

6    Sotomayor.

7              GENERAL WALL:  -- before the judgment

8    would take effect.

9              CHIEF JUSTICE ROBERTS:  Justice

10   Sotomayor.

11             JUSTICE SOTOMAYOR:  Yes.  Mr. Wall, as

12   I understand and read the memo, the President's

13   memo, he says he intends to exclude every alien

14   who does not have permission to be here in the

15   United States.

16             Now, yes, he limits this to where it's

17   feasible to identify that, but right now his

18   policy is, if I can identify them, no matter

19   what the reason is for them being illegal -- an

20   illegal alien, I'm going to exclude them from

21   the census.

22             Following up on Justice Alito's

23   question, aren't those the very categories that

24   you already say that we've been told there have

25   been some of them, who's in ICE is going to come

W. Floisand    Subject to Final Review

24

1    by December 31, and then, by January 11, the

2    Census Bureau says that it intends to provide

3    the President with the information "necessary to

4    fully implement the Presidential Memorandum."

5            I'm quoting the Census Bureau.  So, if

6    I take that at its face, it means that the

7    number's not going to be 60,000.  The number

8    intended is substantially large.  And I think

9    that was Justice Alito's point, which is the

10    Census Bureau has been collecting data about

11    undocumented immigrants from other agencies for

12    over a year.

13            I don't see how you can represent to

14    us that you don't think it's going to be a

15    substantial number.

16            GENERAL WALL:  Three quick points,

17    Justice Sotomayor.

18            First, that's -- I don't think that's

19    actually an accurate statement of the

20    memorandum.  You're certainly right that that's

21    the policy, but there are two built-in

22    limitations.  One is whether it's feasible, and

23    the second is whether the President decides that

24    he has the legal discretion to exclude all of

25    these subsets.  And the subsets might have

W. Prosal   Subject to Final Review

25

1    different legal analysis depending on the kind

2    of ties they have or the type of status they --

3    they -- they have.

4              But the second, the fact --

5              JUSTICE SOTOMAYOR:  Mr. Wall, I -- I'm

6    a little bit questioning of that for the

7    following reason:  The Census Bureau already

8    defines what residency is, where you're living

9    as a snapshot date of April 1, 2020.

10             Now, whether you're in a prison, in

11   ICE detention, we're told by one of our amici

12   that 57 percent of the people in detention will

13   eventually be released to the United States

14   either through asylum or through some other

15   mechanism.

16             So I am not sure how you can identify

17   any class of immigrant that isn't living here in

18   its traditional sense, that this is where they

19   are, this is where they were on April 1, and

20   where they intend to stay if they can find any

21   way to do it.

22             GENERAL WALL:  Justice Sotomayor,

23   based on my understanding from the Census

24   Bureau, there is a real prospect that the

25   numbers will not affect the apportionment.  But,

Official Subject to Final Review

26

```
 1    as I said earlier to the Chief Justice, I'm
 2    perfectly happy if the Court disagrees with us
 3    on that and disagrees with the analysis of the
 4    D.C. District Court last week and moves to the
 5    merits because we think, on the merits, the
 6    Court should uphold the Presidential Memorandum
 7    because at least some of the illegal aliens
 8    captured by the Presidential Memorandum don't
 9    satisfy the test for inhabitancy either as a
10    matter of the Constitution or the statutes.
11              JUSTICE SOTOMAYOR:  Well, what you're
12    saying is the memo says, I think anyone -- the
13    Presidential memo says, I think anyone without
14    papers should not be counted.  Now you're
15    saying:  Well, maybe the President will limit
16    that sub-category.
17              But that's not what he's asking for.
18    He's asking for all of those illegal aliens that
19    can be unidentified.
20              And wouldn't Heller defeat this
21    argument that we shouldn't rule?  In Heller, we
22    knew that there were certain people who states
23    could legitimately bar from possessing guns in
24    their homes, but we didn't say because there's
25    that subset we're not going to declare what the
```

1    general law is.

2              So why shouldn't we do the same thing

3    here, you can't exclude illegal aliens may --

4    because they're undocumented?

5              GENERAL WALL:  The Court would have to

6    conclude, in order to say that, as the district

7    court here did, that the President doesn't have

8    the discretion to exclude any illegal aliens

9    from the apportionment base, even some subset,

10   because the injunction here prohibits him from

11   getting any of the information he needs to

12   exclude any subset.

13             And he did make clear in the

14   memorandum that although, as a matter of policy,

15   he wanted to exclude the entire set, that he had

16   not yet made a judgment on whether he had the

17   legal discretion to do that for the entire

18   class.  He wanted to see what the people --

19             CHIEF JUSTICE ROBERTS:  Justice Kagan.

20             GENERAL WALL:  -- in the Bureau --

21             JUSTICE KAGAN:  But, General Wall, I

22   guess I'd like to keep going with the line of

23   questioning that the Chief Justice and Justice

24   Alito talked about as to what categories we're

25   talking about.

Official - Subject to Final Review

28

1          As I read you, you're saying, well,

2     yes, there's this small category of ICE

3     detainees, that seems pretty feasible, but

4     that's just tens of thousands of people.  So how

5     about a few others?

6          As I understand it, there are almost

7     200,000 persons who are subject to final orders

8     of removal.  Will the Bureau be able to report

9     on those?

10          GENERAL WALL:  It is working very hard

11     to try to report on that subset, yes.

12          JUSTICE KAGAN:  Okay.  There are

13     700,000 DACA recipients.  Will the Bureau be

14     able to report on those?

15          GENERAL WALL:  It is working on that

16     too.  We can't be certain at this point, and we

17     don't know what the President will decide to do

18     with respect to that set.  He hasn't --

19          JUSTICE KAGAN:  Right.  I mean, you --

20     I mean, obviously, you have papers, all kinds of

21     records on those people, so I -- I would think

22     that that sounds pretty feasible to me.

23          GENERAL WALL:  But -- but the problem

24     is the matching, Justice Kagan, right?  We -- we

25     have the administrative records.  What we don't

1    know is the number that participated in the

2    census, either through questionnaires or other

3    proxies, and that provided sufficient detail to

4    do the matching.  That's the problem here.

5              JUSTICE KAGAN:  Okay.  How about the

6    3.2 million non-detained individuals in removal

7    proceedings?

8              GENERAL WALL:  It's the same thing.

9    We have to have reliable information on them and

10   that information has to match up with what they

11   provided to the census.  So we --

12             JUSTICE KAGAN:  Okay.  So what I'm --

13   what I'm getting from you is we can get very

14   easily to 4 or 5 million people who you have

15   extensive administrative records on, and you're

16   saying, well, there's a matching problem.

17             So I guess this goes back to Justice

18   Alito's question.  You're 30 days out.  It seems

19   to me you either know whether you can do

20   matching or you don't know whether you can do

21   matching.  Why the uncertainty on this?

22             GENERAL WALL:  Be -- because, until

23   you actually compare the one set against the

24   other set, you just don't know how many hits

25   you'll get.

```
 1              But, again, Justice Kagan, I'd -- I'd

 2      love to move to the merits because, if the Court

 3      decides we're wrong and that this really is teed

 4      up constitutionally or prudentially, even though

 5      there may not be an effect on apportionment, I

 6      think that there are good reasons that we

 7      haven't yet talked about why the entire category

 8      of illegal aliens shouldn't be thought to

 9      qualify under the inhabitancy test.

10              JUSTICE KAGAN:  Can I ask you, before

11      we go to the merits, Mr. Wall, how would a

12      post-apportionment challenge of the kind you

13      talked about earlier work?  It seems to me that

14      the time period, once it's post-apportionment,

15      is very crunched.  States have to do their own

16      redistricting.  How exactly does that work?

17      What's the time line on it?

18              GENERAL WALL:  Well, here, the time

19      line's even easier than in a normal case because

20      the district courts have already decided the

21      merits.  So I think this is going to move even

22      more quickly than this round of litigation,

23      which obviously only took a few months.

24              But you bring the -- you bring the

25      case, you get the order to the Secretary to --
```

31

1    to fix the report, and then the executive branch
2    would have the option of seeking review in this
3    Court.  That could all play itself out fairly
4    quickly, I think.
5            JUSTICE KAGAN:  Fairly quickly.  Like,
6    what -- what -- what do you think it would play
7    itself out to?
8            GENERAL WALL:  I think --
9            JUSTICE KAGAN:  Like, when would the
10   end date be?
11           GENERAL WALL:  I -- I -- it's -- I
12   couldn't say, Justice Kagan, because it depends
13   on when the report gets to the the President,
14   how quickly the district courts enter relief,
15   and then the party that's, you know, aggrieved
16   comes up to this Court, but I would think a
17   matter of a few months.
18           JUSTICE KAGAN:  Do you think that
19   given that you're uncertain when the report will
20   go to the President -- this goes back to the
21   Chief Justice's first question -- that there's
22   something to be said for not following the
23   expedate -- expedited procedures that -- that
24   you asked us to follow and just sort of keeping
25   this around in a normal way and you could tell

32

1    us whether expedition was necessary when you

2    knew?

3              GENERAL WALL:  I think the problem,

4    Justice Kagan, is this is all fairly

5    fast-moving, and if the Court doesn't enter some

6    kind of relief, we would face a real prospect

7    that the Secretary would never be able to send

8    the report to the President, and the President

9    then wouldn't be able to turn around and send a

10   -- a report to Congress.

11             So, no, there's a live -- you know,

12   there's a live controversy between the parties

13   in -- in that sense, which is we want to be able

14   to have the President exercise his power, and

15   the injunction currently blocks us from doing

16   that.  It's just no longer founded on some

17   injury to the appellees that is sufficient for

18   standing or ripeness purposes.

19             JUSTICE KAGAN:  Thank you, General.

20             CHIEF JUSTICE ROBERTS:  Justice

21   Gorsuch.

22             JUSTICE GORSUCH:  Good morning, Mr.

23   Wall.  I'd -- I'd -- I'd like to, just to press

24   you a little bit further, on what are the --

25   what are the practical difficulties and -- and

Official — Subject to Final Review

33

1      -- and likelihood of actually being able to do

2      the matching process with respect to various

3      categories?

4              It -- it -- it seems like the one

5      common ground is the 10,000 or whatever number

6      it is currently in ICE detention is something

7      you think will -- will happen.

8              Beyond that, can you give us any sense

9      of the difficulties or likelihoods?

10             GENERAL WALL:  I can't, Justice

11     Gorsuch.  I -- I -- I -- the Bureau is working

12     very hard, but, as I say, until they actually do

13     the comparison, we just won't know how many

14     identifications we're able to make and whether

15     that stands to affect the apportionment.

16             JUSTICE GORSUCH:  So is -- is -- is it

17     a reasonable -- reasonable prospect to think

18     that it would be limited to the number of

19     persons currently in ICE detention?

20             GENERAL WALL:  I think that's

21     possible, but it is also very possible that they

22     will be able to do more.  As I say, we just --

23     we don't know at this point.

24             I wish I could provide the Court with

25     more certainty.  I can't.  That's why we think

WEBS1a1   Subject to Final Review

34

```
 1    that the -- the Court should vacate the judgment
 2    and not get into this.
 3              But, if the Court disagrees, as I say,
 4    I -- I would love an opportunity to turn to the
 5    merits and talk about why I think they can't
 6    satisfy either half of the usual resident test,
 7    either the residency or the usual or settled
 8    requirement.
 9              JUSTICE GORSUCH:  I -- I have a
10    question in a -- in an entirely different
11    direction.  Your -- your colleagues from the
12    other side pointed in a footnote, I believe it
13    was, in their briefs, to the Federal Reports
14    Elimination and Sunset Act of -- in the 1990s,
15    which looks like it may have well repealed
16    Section 2.
17              And so are we arguing over the meaning
18    of a statute that doesn't exist?  I had hoped to
19    get some response from the government on that in
20    its reply brief but didn't see any.  Perhaps I
21    missed it.
22              And what -- what is the government's
23    view about the status of Section 2?  New York
24    suggests, well, maybe it is repealed, but to the
25    extent the government wishes to comply with the
```

1    repealed statute, it has to follow the repealed

2    statute's terms, as one response.

3            Another response is that the -- that

4    the only thing repealed were reports and this is

5    a statement.

6            Does the government have any views on

7    any of that?

8            GENERAL WALL:  Yes.  In -- in our

9    view, it's not an annual, semi-annual, or other

10   periodic report covered by FRSA, the statement,

11   which is why, in 2001 and 2011, the executive

12   branch sent over the statement and the House

13   reapportioned as the statutes require.  It's

14   never been litigated.

15           I'm -- I'm not aware if we've even

16   ever briefed it.  But we have -- in our view,

17   there were various things on the clerk's list

18   that I think do -- clearly do not qualify as the

19   type of report covered by FRSA.

20           And in our view, this statement under

21   2a(a) is like those things.  It's -- it's not a

22   other periodic report.

23           JUSTICE GORSUCH:  What do we do about

24   the fact that it appears to be expressly

25   referenced by statute in -- in the -- in the

1    reports the President continues, the Decennial
2    Census report, Section 2a, right -- right there
3    listed?

4              GENERAL WALL:  So, sorry, just to be
5    more clear, we don't think the language picked
6    up everything in the clerk's list because there
7    were things on the clerk's list that wouldn't
8    qualify.  It only picked up things on the
9    clerk's list that said -- that qualify as an
10   annual, semi-annual, or other periodic report.
11   We don't --

12             JUSTICE GORSUCH:  And periodic doesn't
13   include every 10 years?

14             GENERAL WALL:  We don't think --

15             JUSTICE GORSUCH:  Is that the -- is
16   that the government's view?

17             GENERAL WALL:  We don't think the
18   other periodic report picks up the statement
19   which there's a deadline under this statute, but
20   it's not as if it has to go over at -- at some
21   set period or on a particular date every time.
22   So we don't think that statement qualifies.

23             JUSTICE GORSUCH:  Okay.  If -- if I --
24   if I were to disagree with you and think that
25   every 10 years does appear to be a regular

Official - Subject to Final Review

37

```
 1    periodic report specified by -- by -- by -- on a
 2    list, what -- what then?
 3              GENERAL WALL:  I suppose there'd have
 4    to be supplemental briefing from the parties,
 5    Justice Gorsuch.  It's not jurisdictional and
 6    nobody's raised or addressed this.
 7              JUSTICE GORSUCH:  All right.  All
 8    right.
 9              GENERAL WALL:  Nobody's raised or
10    addressed it.
11              JUSTICE GORSUCH:  Thank -- thank you,
12    Mr. Wall.
13              CHIEF JUSTICE ROBERTS:  Justice
14    Kavanaugh.
15              JUSTICE KAVANAUGH:  Thank you, Chief
16    Justice.
17              And good morning, General Wall.  You
18    -- you forcefully argue that there's too much
19    uncertainty, that the dispute will become a
20    concrete Article III controversy only after the
21    President transmits the statement.  But I want
22    to button up some things on that to make sure
23    we're on the same page and follow up a bit on
24    what Justice Kagan was asking you.
25              First of all, you're not saying, as to
```

Official - Subject to Final Review

1    judicial review, not now, not ever.  You're just

2    saying not now as I understand it.

3         But, as Justice Breyer indicated, the

4    posture of this will change after the President

5    transmits the statement, and there's a question

6    about injunctive relief against the President.

7    So I think you're saying that we can assume, as

8    the Court has before, that the President would

9    comply by a declaratory judgment requiring him

10   to transmit calculations that include those

11   non-citizens living -- living unlawfully within

12   the country if we were to issue such an order

13   after the President transmits the statement.  Is

14   that accurate?

15        GENERAL WALL:  Yes.

16        JUSTICE KAVANAUGH:  Your argument for

17   waiting is based on uncertainty, uncertainty,

18   again, as Justice Kagan and the Chief Justice

19   and Justice Alito were asking about the numbers,

20   but one thing that was in the D -- D.C. opinion

21   of Judge Katsas, as joined by Judge Friedrich,

22   was that it will be not possible to exclude all

23   non-citizens living in -- unlawfully in the

24   country because that would require the use of

25   sampling, is what the opinion said, and that the

W Disdals   Subject to Final Review

39

 1     memorandum, the Presidential Memorandum, rules

 2     out the possibility of using an unlawful method.

 3               Is that accurate, or what's your

 4     response to that?

 5               GENERAL WALL:  We're not sampling.

 6     This is what I was trying to say to Justice

 7     Kagan earlier.  We're taking the records from

 8     the -- the -- the administrative agencies and

 9     we're taking the data given by individuals with

10     respect to the census and we're comparing them.

11     We're literally trying to individually identify

12     people who are present in the United States in

13     violation of federal law.

14               And because we are not sampling and we

15     are doing this fairly cumbersome matching

16     process, it's just not clear what results we're

17     going to get or whether it's going to affect the

18     apportionment.

19               JUSTICE KAVANAUGH:  Well, is it

20     possible to exclude -- is it possible to get the

21     information to exclude all non-citizens living

22     unlawfully in the country, or is it possible

23     only to get information as to subsets at this

24     point?  You may not know the answer to that.

25               GENERAL WALL:  No, the latter.  It is

W. Biscal     Subject to Final Review

40

```
 1    only possible -- the records will only cover
 2    particular subsets.
 3              JUSTICE KAVANAUGH:  Okay.  So it's not
 4    possible to exclude all non-citizens living
 5    unlawfully in the country, correct?
 6              GENERAL WALL:  No.  If you took
 7    somebody who crossed the border illegally, was
 8    undetected, and did not participate in the
 9    census, that person might not be found in any
10    administrative record, and they wouldn't be on
11    the other side of the ledger either because they
12    didn't participate in the census.
13              That person just would not be captured
14    by this process, not even arguably.
15              JUSTICE KAVANAUGH:  And then, on the
16    question of ripeness or standing, our -- our
17    doctrine, as I see it, parts of the ripeness
18    inquiry are really similar, if not identical, to
19    parts of the standing inquiry, if you look at
20    the phrasing in cases like Ohio Forestry on
21    ripeness and cases like Susan B. Anthony on
22    standing.
23              The key point, I think, is that the
24    memorandum imposes no obligations on the
25    plaintiffs to do anything at that -- at this
```

Official - Subject to Final Review

41

```
1    point, unlike, for example, a typical agency
2    regulation that might, say, impose some duties
3    or requirements on the plaintiffs and we allow
4    pre-enforcement challenges.
5              We've called that lack of ripeness.
6    We've called that no standing.  Do you think it
7    matters which we call it, and do you agree that
8    the two inquiries overlap on that particular
9    kind of analysis?
10             GENERAL WALL:  Yes, there is
11   substantial overlap.  We framed it as a
12   constitutional matter because we don't think
13   they satisfy the constitutional minima, but if
14   you thought they got the toe over that line,
15   then you'd get the same analysis, I think, as
16   the -- as Judges Katsas and Friedrich did as a
17   matter of prudential ripeness.
18             So I -- I agree that there is a lot of
19   overlap.  And, obviously, under Steel Co. and
20   Senken, you can do prudential ripeness before
21   the merits because it's -- it's a threshold
22   doctrine.  So nothing requires the Court to do
23   Article III rather than to do it as a prudential
24   matter.
25             JUSTICE KAVANAUGH:  Thank you,
```

W. PicWall   Subject to Final Review

42

1        General.

2                CHIEF JUSTICE ROBERTS:  Justice

3        Barrett.

4                JUSTICE BARRETT:  Good morning,

5        General Wall.  I'm going to let you talk about

6        the merits for a minute here.  You know, as

7        Justice Breyer said, a lot of the historical

8        evidence and longstanding practice really cuts

9        against your position.  And, you know, there's

10       evidence that in the founding era, an inhabitant

11       was a dweller who lives or resides in a place.

12               You do have this Vattel quote that

13       defines an inhabitant as a -- distinguished from

14       a citizen, as a stranger who's permitted to

15       settle and stay in the country.

16               Do you think that Vattel quote is your

17       best evidence?

18               GENERAL WALL:  Well if you look only

19       at the founding, I think the Vattel quote is

20       good.  I think Madison in Federalist 42, when he

21       talks about a state allowing you to become an

22       inhabitant, is fairly powerful.

23               And what I'd say is, look, there isn't

24       a lot of attention given to the specific

25       question of illegal aliens for the first half of

1    the country for obvious reasons, but the Court

2    does have to deal with the residence or dwelling

3    question in other statutes.  And the answer it

4    consistently comes back with is, if you've

5    entered illegally, you are not treated as if

6    you're dwelling or residing here; you're treated

7    as if you're stopped at the border.

8              And the other side doesn't really have

9    any answer to why those cases shouldn't equally

10   apply here and say, look, if the test is usual

11   or settled resident, you're not thought to be a

12   resident, and even if you are, there's nothing

13   usual or settled about your residence if your

14   presence is violating federal law and the

15   sovereign hasn't agreed to let you stay.

16             JUSTICE BARRETT:  But, if -- if an

17   undocumented person has been in the country for,

18   say, 20 years, you know, even if illegally, as

19   you say, why would some person not have a --

20   such a person not have a settled residence here?

21             GENERAL WALL:  So take long-term

22   embassy personnel, so somebody who's worked at

23   an embassy for 15 or 20 years, Justice Barrett.

24   That person certainly has ties to the community,

25   and yet we have excluded them in some past

1    censuses because they're not the sort of ties,

2    just as with illegal aliens, that amount to

3    residence or dwelling or what Franklin calls

4    allegiance or an enduring tie.

5              And so too federal personnel overseas.

6    They're not residing here.  They may spend years

7    at a time abroad, but we still think they have

8    the kind of tie that counts here.

9              And so I think -- I'm not disputing at

10   all that illegal aliens form ties to the

11   community in -- in the sense you're talking

12   about.  But they're not the sort of ties that

13   are sufficient to qualify you within the

14   apportionment base because they don't count for

15   residence or dwelling within the meaning of

16   these federal statutes.

17             JUSTICE BARRETT:  But you concede that

18   illegal aliens have never been excluded as a

19   category from the census?

20             GENERAL WALL:  Well, yes, we have

21   taken account of alienage in certain ways

22   before, but, yes, and that's the best argument

23   on the other side.  There is a historical

24   practice.  And if we didn't have Franklin, it

25   could be tougher for us.  But we know from

45

1    Franklin that the fact that you've got a fairly

2    unbroken practice doesn't necessarily mean it's

3    constitutionally compelled.

4              They need some evidence that that has

5    to be the rule as a constitutional or statutory

6    matter, and that's what they don't have.  They

7    have a bunch of historical evidence that they --

8    that the founders and the framers of the

9    Fourteenth Amendment didn't want to limit it to

10   citizens or voters, completely agreed with --

11   with all of that.

12             But what they don't have is any

13   evidence that they specifically wanted to

14   include illegal aliens because they thought even

15   if you came here in violation of the law, you

16   were nevertheless an inhabitant.  That's the

17   very question that in other contexts the Court

18   has answered in the negative by saying you're

19   not a resident.

20             JUSTICE BARRETT:  So it's just been an

21   unexercised discretion; all along they could

22   have been excluded from the sentence -- census,

23   and the fact they had not been excluded before

24   doesn't mean the President can't make the choice

25   to do so now?

W. Wall, Subject to Final Review

46

1              GENERAL WALL:  Well, so too in

2      Franklin, Justice Barrett, but I guess I'd

3      qualify it a little bit.  For the first half of

4      the -- the nation's history, the question

5      doesn't come up because you don't have federal

6      immigration restrictions.  And for the second --

7      much of the second half, it doesn't matter

8      nearly as much as it matters now.

9              So, look, I'll certainly grant that no

10     President has made this judgment before.  No

11     President's ever focused on it before.  But I

12     think, in order to say, as in Franklin, that the

13     President can't do this, he can't include --

14     there, it was federal overseas personnel, even

15     though they hadn't been included for, you know,

16     a host of censuses, they need to point to

17     something in the text or the history that

18     clearly mandates that they be included in the

19     apportionment base.

20              And that's every illegal alien.  It's

21     not the only -- only the ones you were talking

22     about that have ties to the community.  It's

23     somebody who's apprehended at the border and in

24     an ICE detention facility, sometimes only for a

25     day or two before being sent back to Mexico or

```
1    the northern triangle.
2              CHIEF JUSTICE ROBERTS:  A minute to --
3              GENERAL WALL:  They need --
4              CHIEF JUSTICE ROBERTS:  -- a minute to
5    wrap up, General Wall.
6              GENERAL WALL:  Thank you, Mr. Chief
7    Justice.
8              So, just as I was saying earlier, we
9    think that there are a handful of unknowns here:
10   what will be feasible for the Bureau to do,
11   whether the President will decide to exclude all
12   of the subsets that are feasible -- the
13   memorandum clearly indicates that the President
14   hasn't made that legal judgment; it's made a
15   policy call but not the legal judgment -- and
16   the effect on apportionment.
17             And as I said to Justice Kavanaugh, we
18   don't think it matters whether the Court labels
19   that under Article III or prudential ripeness,
20   but we're happy for the Court to disagree and go
21   to the merits because there is a fairly small
22   window of time here for the Court to decide the
23   merits on the merits.  They can't satisfy either
24   half of the test.  They're not residents and
25   there's nothing settled about their residence.
```

1        And they've not offered any coherent theory of

2   political representation why all illegal aliens

3   should be included in the apportionment base.

4        For those reasons, if the Court

5   reaches the merits, we think it should reverse

6   and uphold the memorandum.

7        CHIEF JUSTICE ROBERTS:  Thank you,

8   General Wall.

9        General Underwood.

10       ORAL ARGUMENT OF BARBARA D. UNDERWOOD

11       ON BEHALF OF THE GOVERNMENT APPELLEES

12       MS. UNDERWOOD:   Mr. Chief Justice,

13   and may it please the Court:

14       The Constitution and laws require the

15   seats in the House be apportioned according to

16   the number of persons in each state.  The

17   President's new policy of refusing to count

18   people who are not in a lawful immigration

19   status is flatly inconsistent with that command.

20       Our laws reflect the deliberate choice

21   not to base apportionment on citizenship, voter

22   eligibility, or any other legal status but

23   instead to count the number of people living in

24   a state.  That has always included people who

25   are ineligible to vote, including non-citizens,

1    and it has also included people who were present

2    in violation of law.

3          The memorandum treats counting people

4    as a reward to be withheld from states that

5    house undocumented immigrants.  But our law

6    views counting people for apportionment as

7    finding fact, not giving and withholding

8    rewards.

9          The memorandum pretends that if under

10   the law a person should not be here, then the

11   person is not here.  The government can do many

12   things to induce undocumented immigrants to

13   leave, but it cannot declare them to be gone

14   when, in fact, they're here and likely to

15   remain.

16         My friend says the policy must be

17   upheld because some undocumented immigrants

18   could be excluded from the count.  Whether they

19   could is disputed, but, in any case, that would

20   not support this policy, which applies to all

21   undocumented immigrants, and refuses to count

22   them solely on the basis of undocumented status.

23   As this Court recognized in Shelby County, an

24   unlawful policy can't be saved by the

25   possibility that a lawful policy could be

1    written.

2          The question here is whether a blanket

3    policy of not counting undocumented immigrants

4    is lawful, and it's not because undocumented

5    status alone doesn't tell us where a person

6    usually resides.  This policy ignores the

7    undisputed fact that millions of undocumented

8    immigrants have lived here for decades and have

9    substantial community ties.  Their undocumented

10   status doesn't erase their presence.

11          CHIEF JUSTICE ROBERTS:  General

12   Underwood, could you tell me precisely what the

13   relief is that you seek?  An order from the

14   Court saying what?

15          MS. UNDERWOOD:  Well, an affirmance of

16   the injunction below, which was to declare the

17   policy invalid, in violation of law and the

18   Constitution as well, but the statute would do,

19   and an injunction against transmitting the

20   information about undocumented persons as part

21   of the report on which --

22          CHIEF JUSTICE ROBERTS:  Well, that's

23   -- that's the precise issue I want to focus on.

24   It -- it -- it seems to me that you're asking

25   really for a gag order on the Secretary of

1    Commerce concerning his communications to the
2    President.
3            MS. UNDERWOOD:  No --
4            CHIEF JUSTICE ROBERTS:  Let's suppose
5    -- let's suppose that the Secretary conducts the
6    census and prepares the tabulation exactly as
7    you would have it and puts that in an envelope
8    to send to the President, but it also in a
9    separate envelope puts information on the number
10   of illegal aliens and he sends both of those
11   envelopes to the President.
12           Is that fine with you?
13           MS. UNDERWOOD:  That does -- yes, that
14   does not violate the injunction.  There is no
15   gag order to be placed on the Secretary of
16   Commerce.  He can be asked for and respond with
17   all sorts of information.
18           But the 141 -- the -- the particular
19   statements and transmittals that are operative,
20   they aren't just the transmission of
21   information.  They operate as steps in the
22   apportionment.
23           CHIEF JUSTICE ROBERTS:  Well, but then
24   the President is --
25           MS. UNDERWOOD:  Those the President

W. Fraisal    Subject to Final Review

52

1    cannot --

2              CHIEF JUSTICE ROBERTS:  The -- the --

3    the President, I would assume, is then free to

4    report to the Congress information for the

5    apportionment, and he can -- it's okay, he can

6    do the math.  He can take what the census that

7    the Secretary has transmitted, as you would have

8    it, and subtract the number of illegal aliens or

9    subcategories and use that information, can't

10   he?

11             MS. UNDERWOOD:  Well, we are now at

12   the point where, if -- if you issued a

13   declaratory judgment saying that that policy is

14   unlawful, and my friend on the other side has

15   said the President would comply with such a

16   declaratory judgment, then the answer is, well,

17   he would have the information, and in principle,

18   he could use it.  He couldn't issue a report to

19   Congress that was in violation of the

20   Constitution or law.

21             CHIEF JUSTICE ROBERTS:  Thank you,

22   General.

23             Justice Thomas.

24             JUSTICE THOMAS:  Thank you, Mr. Chief

25   Justice.

1              General Underwood, I'm a little

2       confused.  The -- did I understand you to say

3       that if the Census Bureau sent the information

4       in a separate envelope, that would be fine, at

5       least if -- if it was labeled not the 1 --

6       Section 141 report?

7              MS. UNDERWOOD:  It would not -- yes,

8       it would not violate the law.  It would be a

9       transmission of information.

10             JUSTICE THOMAS:  So what does that

11      accomplish?  Because I thought your -- your --

12      your major concern is the use of that

13      information by the President.

14             MS. UNDERWOOD:  That's correct, that

15      -- the concern is that.  And in the course of

16      directing the Secretary not to transmit this as

17      part of a report, this Court would presumably

18      also declare that the use of it was unlawful

19      without enjoining the President, because there

20      is that problem about injunctions against the

21      President.

22             JUSTICE THOMAS:  So I'm trying to --

23      your -- so I -- your argument is that if it's

24      sent separately, it can't be used?

25             MS. UNDERWOOD:  In the apportionment,

Official Subject to Final Review

54

```
 1    that's correct.  It might be usable for many
 2    other things, but not as part of the
 3    apportionment.
 4              JUSTICE THOMAS:  Thank you.
 5              CHIEF JUSTICE ROBERTS:  Justice
 6    Breyer.
 7              JUSTICE BREYER:  Thank you.
 8              General Underwood, I think, are there
 9    not, many statutes which divide funds among the
10    states on the basis of population, and then they
11    say something like "as shown by the most recent
12    Decennial Census," and does that tie that to the
13    141(b) report?  I think it does.
14              Do you know any -- are there not many
15    instances where it does?
16              MS. UNDERWOOD:  There are many
17    instances where the distribution of funds is
18    talked -- is -- is -- has to be derived from the
19    census.  I suppose we have an argument about
20    whether -- we would argue that if the
21    information is used in the census and in the
22    report that is sent to Congress, it also will
23    have an effect on the distribution of funds.
24              If the information is sent separately,
25    then --
```

```
 1              JUSTICE BREYER:  That's not what I'm

 2    thinking of.  I'm thinking of, suppose this

 3    141(b) report has both the number of illegal

 4    immigrants, the illegal aliens, and also the

 5    total census.  Okay.  What do you use?

 6              MS. UNDERWOOD:  I don't think it can

 7    have both.  I -- the -- the --

 8              JUSTICE BREYER:  I know.  But on the

 9    -- I didn't think that was your theory.  I

10    thought that's the government's theory.

11              MS. UNDERWOOD:  Right.  Right.

12              JUSTICE BREYER:  So what happens under

13    their theory?

14              MS. UNDERWOOD:  Well, I don't know

15    what happens under their theory.  They have

16    sometimes said that a transmission of two sets

17    of numbers is all part of the 141(b) report, and

18    they have sometimes said it's separate.  And I

19    don't know --

20              JUSTICE BREYER:  Okay.  If we both

21    don't know --

22              MS. UNDERWOOD:  -- what we're to do.

23              JUSTICE BREYER:  -- let -- let us go

24    to a different question, which is I'd like to

25    know what you have to say about Franklin versus
```

1    Massachusetts.

2              MS. UNDERWOOD:  Well, Franklin/

3    Massachusetts, of course, said that the

4    Secretary has -- and the President have some

5    discretion, but it's not unlimited discretion.

6              Franklin recognized usual residents as

7    the test and then treated overseas government

8    workers like other situations recognized at the

9    founding, people absent from the state where

10   they have a residence and continuing ties and

11   intend to return.  They think of themselves as

12   away from home.  And Franklin recognized that

13   that situation was suitable for the exercise of

14   executive discretion.

15             There is no support in that --

16             CHIEF JUSTICE ROBERTS:  Justice --

17   Justice Alito.

18             JUSTICE ALITO:  Thank you.

19             I have two questions that are

20   important to me.  I hope I'm going to be able to

21   squeeze them both in in my time.

22             The first concerns your answer that it

23   would be fine for the Secretary of Commerce to

24   submit numbers that exclude illegal aliens if it

25   was done in a separate document.

57

```
 1              Once you concede that, unless you are
 2       asking us to overrule what Franklin said about
 3       the President's directing the Secretary to
 4       reform the census, then I don't really
 5       understand where your argument is going.
 6              Suppose the -- suppose the tables were
 7       turned.  Suppose the President wanted to count
 8       every single person who was in the United States
 9       on census day, but the Secretary of Commerce
10       took it upon himself to give the President
11       numbers that excluded every illegal alien.
12              Do you think the President would then
13       be unable to direct the Secretary of Commerce to
14       reform those numbers and make them comply with
15       the theory that the President accept it?
16              MS. UNDERWOOD:  The President would,
17       under Franklin, have the ability to direct a
18       reformation of the census.  There would be the
19       question -- the same question -- well, it would
20       be a different question.
21              There's always the question whether
22       that reformation is constitutional or not.  You
23       know, it --
24              JUSTICE ALITO:  Yeah.  Well, that goes
25       to the substance of the -- of the issue, which I
```

58

1    do want to get to, but if the Secretary -- once
2    you concede that two documents are possible and
3    that the President can ask the Secretary to
4    reform the numbers that are sent to him, I don't
5    understand why there isn't a -- why -- why the
6    situation where both sets of figures are
7    submitted in a single document is any different?
8    It seems like a totally meaningless formality.
9            MS. UNDERWOOD:  It's not a meaningless
10   formality in the sense that this is the moment
11   in the process when judicial intervention can
12   operate.  The problem arises because once the --
13   the President -- because -- because of the
14   reluctance of the Court to enjoin the President.
15           So the injunction operates against the
16   Secretary and what he can transmit.  And then
17   the President -- and -- and in telling the
18   Secretary what he can put in the -- in the 141
19   report, the Court will also be telling the
20   President what is lawful to use in his report to
21   Congress.
22           CHIEF JUSTICE ROBERTS:  Justice
23   Sotomayor.
24           JUSTICE ALITO:  If I can -- if I can
25   move on to my second -- my second point.  I want

```
 1    to give you six categories of people and ask you
 2    to answer yes or no, to the extent you can,
 3    whether you think each of these -- people in
 4    each of these categories must be counted for
 5    apportionment purposes.
 6              First category is a foreign diplomat
 7    who is posted here for three years?
 8              MS. UNDERWOOD:  No, because he's --
 9    for several reasons.  Because he's --
10              JUSTICE ALITO:  Okay.  Well, he's a
11    no, all right.  A tourist who's here on a valid
12    visa?
13              MS. UNDERWOOD:  No.
14              JUSTICE ALITO:  A tourist who
15    overstays her visa and is therefore here
16    illegally?
17              MS. UNDERWOOD:  Well, that person is
18    now outside the realm of -- we expect them to
19    leave, and so that person is a resident like any
20    other undocumented person.
21              CHIEF JUSTICE ROBERTS:  Justice
22    Sotomayor.
23              JUSTICE ALITO:  Chief --
24              CHIEF JUSTICE ROBERTS:  Justice
25    Sotomayor.
```

W. Biden, Subject to Final Review

60

```
1              JUSTICE SOTOMAYOR:  General, I see
2    this as being very similar to Franklin because I
3    think you're arguing, and I think the Solicitor
4    General agreed, that the President has to use
5    only the numbers that are given to him by the
6    Secretary.
7              If the Secretary gives him illegal
8    numbers to exclude, then he can't use an outside
9    report to exclude those people from the
10   apportionment.  Is that correct?
11             MS. UNDERWOOD:  Cannot use -- he
12   cannot do an illegal report, yes.  And -- and --
13             JUSTICE SOTOMAYOR:  He can't use a
14   separate report.  The tabulation has to provide
15   him with the numbers that he uses, correct?
16             MS. UNDERWOOD:  Correct.
17             JUSTICE SOTOMAYOR:  And so, if it is
18   illegal for him to exclude illegal aliens --
19   sorry for -- for -- for that -- then we can do
20   exactly what we said could be done previously,
21   which is to order the Secretary not to give the
22   President illegal numbers, correct?
23             MS. UNDERWOOD:  Correct.
24             JUSTICE SOTOMAYOR:  So that's your
25   point, which is, if he's going to tabulate and
```

1    exclude illegal aliens, we have to decide as a

2    matter of law whether the word "person," as used

3    in the statute and Constitution, who live here

4    permits the exclusion of illegal aliens,

5    correct?  That's the legal question?

6            MS. UNDERWOOD:  Correct.

7            JUSTICE SOTOMAYOR:  If he later

8    decides that he wants a particular category of

9    people to be excluded who are illegal aliens,

10   then he gives a memo to the Census Secretary

11   earlier that says:  This category, I think,

12   should not be here for these reasons.

13           And if the Secretary says, I'll give

14   you those numbers, then we would have an

15   identical Franklin decision where they could

16   come in and sue and say to the Secretary:  No,

17   you shouldn't permit those illegal aliens, or

18   yes, you should, whatever the answer is,

19   correct?

20           MS. UNDERWOOD:  Agreed, yes.

21           JUSTICE SOTOMAYOR:  And that's what's

22   missing here, which is the President is asking

23   to exclude -- to give numbers on the category of

24   illegal -- illegal aliens that -- of any kind,

25   and some of those numbers legitimately cannot be

1    included; that's your argument, correct?

2             MS. UNDERWOOD:  Yes.

3             CHIEF JUSTICE ROBERTS:  Justice Kagan.

4             JUSTICE KAGAN:  General Underwood, if

5    I could take you back to the standing question.

6    This is the way I understood what came out of

7    General Wall's minutes.

8             You -- the government has tons of

9    records on tons of people.  I mean, we're not

10   just talking about ICE detainees.  By the time

11   you think about DACA recipients and people in

12   removal proceedings and a number of other

13   categories, you easily get over 4 million

14   people.

15            But General Wall says that that's not

16   the problem.  The problem is a matching problem.

17   And, essentially, the -- the Department has not

18   yet sort of gone through this process of trying

19   to match those numbers with the answers to the

20   census questionnaire.

21            Now I don't really quite understand

22   how that process works, so I'm wondering, if you

23   do, if you can tell me whether you think it's

24   credible that they, the Census Bureau, at this

25   point would not know approximately how many

1    people they'll be able to exclude of all the

2    people that they have administrative records on.

3    And I guess the second question would be, is

4    that what we should be focused on, or is that an

5    unimportant question?

6              MS. UNDERWOOD:  Well, I am not a

7    master of the technology here.  I do know that

8    there is a process by which matching occurs, and

9    I do not know -- I cannot opine on how

10   successful they will be.

11             I can only say that what we have is a

12   lot of evidence that they have a lot of numbers

13   available, that they are working as hard as they

14   can to do as much of this as they can, that

15   subtracting just some of that 4 million or so

16   from the count would be enough to take a seat

17   away from one or more states, and that

18   speculation at this point -- what we have on the

19   side of uncertainty is speculation.

20             We have repeated representations from

21   the Census Bureau and the Department of Justice

22   that -- and -- that they are -- they've been

23   working on this since July 2019, and they're now

24   starting to tell us about the categories that

25   they will be able to identify and match and

1    that, if there turns out to be a problem, there

2    isn't enough here to be the basis for any

3    judicial action.  It's speculation that they

4    won't be able to do it at this point.

5           So it seems to me that it would make

6    sense, it might make sense, for this Court to

7    wait a couple of weeks and find out whether

8    there's more information that would shed some

9    light on this question.

10          CHIEF JUSTICE ROBERTS:  Justice

11   Gorsuch.

12          JUSTICE KAGAN:  Thank you, General.

13          JUSTICE GORSUCH:  Good morning,

14   Ms. Understood.  If it is a matter of

15   speculation whether they're going to be able to

16   include or exclude, why isn't that a standing

17   problem or a ripeness problem now, if -- if we

18   must rule now?

19          MS. UNDERWOOD:  Because it's a

20   substantial --

21          JUSTICE GORSUCH:  As I understand it,

22   they can't use statistical sampling, so they're

23   going to have to match their detention records

24   or their docket records against the actual

25   enumeration in -- in -- in the census.

W. Brosnahan   Subject to Final Review

1           And at the present, they tell us that

2      they might not be able to -- to do more than

3      maybe the aliens in ICE detention facilities,

4      which would be in the tens of thousands and

5      perhaps not affect any apportionment at all.

6           MS. UNDERWOOD:  Well, I think that

7      they're not saying they're only going to be able

8      to do ICE detention.  They're saying that that's

9      a group they already know they'll be able to do

10     and that they're working feverishly to do the

11     same for other groups.

12          And we know from the last round of

13     census litigation that they have the ability to

14     do matching.  Now I can't speak to the

15     technology of it, but they were quite confident

16     that they were going to be able to do matching.

17          So it seems to me --

18          JUSTICE GORSUCH:  But -- but,

19     Ms. Underwood, I guess -- my question is, you

20     know, you -- you -- you concede that it's

21     speculative as to how much they're going to be

22     able to do.  And once we've -- once we're in

23     that world, then it's speculative whether

24     there's going to be any effect on the

25     apportionment.  And -- and in that world, we

1    have a standing problem, don't we?

2            MS. UNDERWOOD:  Well, I think that's

3    not quite the world we're in.  I think we have a

4    substantial risk of injury.  But all the

5    evidence until very recently was that they were

6    going to be able to do -- to implement the

7    Presidential Memorandum and that they are now,

8    just now, saying that they're not sure how fully

9    they're going to be able to do it.

10           So I think that's a substantial risk

11   of injury sufficient for Article III standing,

12   and I think there could be, as a matter of

13   prudence, some interest in waiting to get more

14   information since they seem to also be saying

15   there will be more information very soon.

16           But I think --

17           JUSTICE GORSUCH:  Thank you.

18           MS. UNDERWOOD:  -- we have Article III

19   standing.  We have a substantial risk.

20           CHIEF JUSTICE ROBERTS:  Justice

21   Kavanaugh.

22           JUSTICE KAVANAUGH:  Thank you, Chief

23   Justice.  And welcome, General Underwood.

24           As Justice Barrett's questioning

25   illuminated, I think, you have advanced forceful

1    constitutional and statutory arguments on the

2    merits of a categorical exclusion of all

3    unlawful non-citizens.  But I'm not sure that's

4    going to be the dispute, and so I want to

5    explore that.

6              If we said now, as you want us to say,

7    that the Secretary and the President cannot

8    exclude all non-citizens living here unlawfully,

9    as we say that, and then the President excludes

10   not all but some subsets, then we'll be right

11   back here with litigation.  Correct?

12             MS. UNDERWOOD:  Well, I think that

13   what you would have is you would have

14   invalidated this policy and he couldn't act --

15   and the Secretary couldn't act pursuant to this

16   policy.

17             JUSTICE KAVANAUGH:  But couldn't --

18             MS. UNDERWOOD:  And he'd have --

19             JUSTICE KAVANAUGH:  I'm sorry to

20   interrupt -- couldn't he then substitute a new

21   policy consistent with the decision on all by

22   saying we're going to exclude some subsets and

23   then there will be litigation on that and be

24   right back here, which is --

25             MS. UNDERWOOD:  Perhaps.  Perhaps.  I

1    mean, now we're -- now we're speculating more

2    about what he might -- might do.  I think that

3    --

4          JUSTICE KAVANAUGH:  Well, I think it's

5    -- I'm sorry to interrupt -- but I think the

6    Solicitor General has indicated it's going to be

7    very difficult, if not impossible, to exclude

8    all.

9          And I guess I'm wondering then, it

10   seems like part of this is -- and you -- you've

11   acknowledged this forthrightly -- is that the

12   difficulty of an injunction against the

13   President if we wait to post-apportionment but

14   -- or post-transmission -- but the President, we

15   have assumed in the past, would comply with a

16   declaratory judgment.  We've said that.  The

17   Solicitor General confirmed that today.

18         Does -- does that eliminate the

19   problem that has forced or encouraged you to

20   bring this litigation now?

21         MS. UNDERWOOD:  Well, it could

22   mitigate it, but even -- I mean, a declaratory

23   judgment action has to be addressed to somebody

24   who -- who can act.  I don't think you'll -- we

25   would -- you would issue a declaratory judgment

69

1    action against the President.

2            And if the Secretary has already done

3    everything he's going to do, then it's not clear

4    exactly who the appropriate recipient of that

5    declaration is.

6            CHIEF JUSTICE ROBERTS:  Justice

7    Barrett.

8            JUSTICE BARRETT:  Good morning.  I

9    have one question that's a follow-up to Justice

10   Kavanaugh's question.  And that has to do with

11   the feasibility of counting all of these

12   categories of illegal aliens.

13           If, as General Wall said, the

14   President and the Secretary of Commerce are only

15   able to identify certain categories and, as

16   Justice Kavanaugh said, if that means that there

17   would be litigation on a case-by-case basis

18   about whether such categories should be in or

19   out, doesn't that cut in favor of waiting, that

20   maybe there's no injury here because we're not

21   really sure what the contours of the decision

22   would be?

23           MS. UNDERWOOD:  Well, I -- I -- I

24   think I should just object to the idea that the

25   categories are so small that they won't make a

1  difference and that they would be litigated

2  one-by-one.

3           I -- I think that the policy that the

4  President articulated is as many as possible.

5  The memorandum -- while -- while Mr. Wall said

6  he was going to exercise, the President would

7  exercise discretion after the information came

8  in, the memo says to the maximum extent of the

9  President's discretion.

10          So the policy is clearly not to

11 identify subcategories.  It's to do as much as

12 possible.  And the categories that are available

13 are just going to be whatever they can find.

14          And I think this Court can speak to

15 that policy now.  Is it likely that they would

16 come back with other new policies?  Perhaps.  I

17 don't think -- that would always be true.  I

18 don't think that's a reason not to decide the

19 question that's here now.

20          JUSTICE BARRETT:  But what if -- what

21 if we say that he cannot categorically exclude

22 all illegal aliens?  He says, fine, I'm not

23 going to do that.  I'm going to count everyone

24 who is in an ICE detention facility, everyone

25 who's in removal proceedings, and maybe say all

1    DACA recipients.  But I agree, you know, I have

2    reasons for thinking each of these don't satisfy

3    the inhabitancy requirement.

4         Wouldn't you just be back litigating

5    those specific issues?

6         MS. UNDERWOOD:  Yes, I think we would,

7    yes.

8         JUSTICE BARRETT:  Okay.  Thank you.

9    My time's up.

10        CHIEF JUSTICE ROBERTS:  A minute to

11   wrap up, General Underwood.

12        MS. UNDERWOOD:  The Constitution and

13   laws provide that House seats should be

14   allocated on the basis of total population.  The

15   framers wanted a system that could not easily be

16   manipulated.  So they decided to count just the

17   persons living in each state.

18        The policy here would for the first

19   time in this nation's history reject that

20   choice.  People who live in a state without

21   lawful immigration status still live there.

22   They are not invisible.  And, like other

23   residents, voting and non-voting, their presence

24   requires attention from the government, and the

25   need for representatives to give that attention.

Official Subject to Final Review

```
 1              That is the rationale for -- one

 2    rationale for including them.  The decision to

 3    refuse to count them has produced a live

 4    controversy from the moment it was announced to

 5    now.

 6              This Court should resolve the

 7    controversy and reject a policy that would

 8    refuse to count millions of people who have

 9    lived here for decades, have jobs, mortgages,

10    families, and community ties and reside in a

11    state under any reasonable interpretation of

12    those words.

13              CHIEF JUSTICE ROBERTS:  Thank you,

14    General.

15              Mr. Ho.

16              ORAL ARGUMENT OF DALE E. HO

17         ON BEHALF OF THE PRIVATE APPELLEES

18              MR. HO:  Mr. Chief Justice and may it

19    please the Court:

20              For 230 years, dating to the founding,

21    states have always held seats in the House

22    according to the number of persons in each state

23    without regard to immigration status.

24              Now, with respect to standing, the

25    test under Susan B. Anthony is whether there is
```

```
1    a substantial risk of injury.  And past
2    experience shows that it's easy to risk changing
3    the apportionment.
4              In Utah versus Evans, according to the
5    parties' summary judgment briefs, the practice
6    of imputation added a total of 32,000 people in
7    North Carolina, and 5,000 in Utah.
8              And that difference was enough to
9    shift one seat from the latter to the former.
10   We know that the numbers -- the numbers here are
11   much bigger.  As Justice Kagan pointed out, the
12   government has information on millions of
13   undocumented immigrants.  And one and a half
14   years ago when the President issued an executive
15   order in July of 2019, he stated that the
16   government could already match citizenship
17   records for 90 percent of the population.
18             So there's substantial risk of injury
19   now and it will be better to resolve this issue
20   now rather than in six months during the
21   redistricting process, which could be
22   disruptive.
23             CHIEF JUSTICE ROBERTS:  Mr. Ho, what
24   is the problem with post-apportionment
25   litigation?  Right now, as the questions have
```

```
 1    shown, we don't know what the Secretary is going

 2    to do.  We don't know what the President is

 3    going to do.  We don't know how many aliens will

 4    be excluded.  We don't know what the effect of

 5    that would be on apportionment.

 6              All these questions would be resolved

 7    if we wait until the apportionment takes place.

 8    So why aren't we better advised to do that?

 9              MR. HO:  Well, I think waiting a

10    couple of weeks wouldn't be very disruptive, Mr.

11    Chief Justice, but the record establishes that

12    there is at least a substantial risk of a shift

13    in the apportionment now, which is enough for

14    standing.

15              And if the question is should the

16    Court wait now or send this back for another

17    round of expedited proceedings, then there are

18    many good reasons to decide this case now.

19              The government argued that waiting

20    would deprive the nation of prompt notice of

21    reapportionment as required by statute, and that

22    it could be very disruptive to redistricting

23    processes in a number of states.  In Texas --

24              CHIEF JUSTICE ROBERTS:  Well, waiting

25    a couple of weeks isn't going to give us much
```

75

1    more information than we have now.  Waiting

2    until apportionment would give us all that

3    information that we -- we don't have.

4              MR. HO:  I'm sorry, Mr. Chief Justice.

5    I did mean waiting the four weeks or so, maybe

6    four and a half or five weeks, depending upon

7    when the apportionment report is delivered, to

8    see what those numbers look like.

9              I'd agree that that short of a wait

10   wouldn't be disruptive.  But if we're talking

11   about sending this case back for additional

12   proceedings in the district court, another

13   expedited appeal, and doing this all over again

14   over a period of several months, then that would

15   be, I think, disruptive to ongoing redistricting

16   processes.  In fact, the --

17             CHIEF JUSTICE ROBERTS:  Thank you,

18   counsel.  Justice Thomas.

19             JUSTICE THOMAS:  Yes, thank you, Mr.

20   Chief Justice.

21             Mr. Ho, if the additional information

22   would be beneficial in a few weeks, wouldn't it

23   be beneficial to actually resolving this case?

24             As the questioning seems -- seems to

25   suggest, there's some difficulty in assessing

1    exactly what information will be available and

2    what that information will be.

3         MR. HO:  Well, Justice Thomas, the

4    challenge here is to a policy that broadly

5    mandates the exclusion of undocumented

6    immigrants to the maximum extent under law.

7         And the government's position is that

8    under law all undocumented immigrants may be

9    excluded.  As Solicitor General Wall noted,

10   their view is that the entire category of

11   undocumented immigrants are not inhabitants.

12        So the Court is presented with a

13   facial challenge to a categorical policy.  The

14   government has been free to issue a narrower

15   memorandum of excluding one or more subgroups as

16   purported non-residents, rather than taking aim

17   at undocumented immigrants writ large, and it

18   hasn't done that.  And it's the categorical

19   policy that's at issue and it's unlawful.

20        JUSTICE THOMAS:  Well, it -- I think

21   it would be the -- I think your argument would

22   be that the implementation of a categorical

23   policy would be unlawful, but what I'm hearing

24   is that we don't exactly know which category or

25   subcategory will be excluded.

1          MR. HO:  Well, as I take Solicitor

2    General Wall's representations here, it's that

3    the government will exclude to the maximum

4    extent that's feasible and that's permitted

5    under law, and the government's view is that the

6    entire category of undocumented immigrants may

7    be excluded under law.

8          Even if we take the government's three

9    proposed subcategories of undocumented

10   immigrants who are supposedly per se excludable,

11   those categories are quite heterogeneous.

12   They're overbroad.  I don't think that they are

13   all categorically non-inhabitant.

14          JUSTICE THOMAS:  Thank you.

15          CHIEF JUSTICE ROBERTS:  Justice

16   Breyer.

17          JUSTICE BREYER:  Thank you.  What do

18   you think about excluding -- the lawfulness of

19   excluding just the 50,000 or so who are in ICE

20   centers or under final order to remove?

21          MR. HO:  Well, Justice Breyer, the

22   population of people in ICE detention, as I

23   noted, is quite heterogeneous.  Even under the

24   government's definition of inhabitant, many of

25   those people would qualify.  You can be a lawful

1    permanent resident and be in ICE detention.

2    Even a person who is, say, detained at the

3    border, that person can apply for asylum.  In

4    some years more than half of asylum claims --

5              JUSTICE BREYER:  But suppose you --

6    you would change it slightly and say we are

7    going to exclude, not count, people who are

8    under a legal order to remove.

9              MR. HO:  Well, people under final

10   orders of removal can actually reside in the

11   country for quite a long time.  They can

12   petition for review to courts of appeal.  They

13   can seek other forms of relief.  They can

14   challenge their orders collaterally.  Some are

15   never actually deported, even after going

16   through all of the -- those processes, because

17   their home country --

18             JUSTICE BREYER:  All right.  So what

19   line would you draw between those whom they

20   could legally deport -- not count and those whom

21   they can't?

22             MR. HO:  Well, the constitutional

23   standard, as this Court explained in Franklin,

24   is usual residence.  And the plain meaning of

25   that term turns on whether or not someone

1    commonly resides in the United States.  It

2    doesn't turn on their lawful immigration status.

3            Those -- that term, "usual residence,"

4    was defined at the founding as where a person

5    commonly lives or sleeps.  That's in both the

6    Johnson and the Bailey dictionaries that we

7    cite.  And if you look at the dictionary that

8    the government relies, Webster's 1828, which

9    they rely on for the definition of inhabitant,

10   it defines residence as distinct from

11   nationality, offering the example of the

12   residence of an American in France or Italy for

13   a year.

14           So residence doesn't admit of

15   exclusions on the basis of lawful immigration

16   status.  It turns on whether a person's physical

17   presence is transient or not.

18           CHIEF JUSTICE ROBERTS:  Justice Alito.

19           JUSTICE ALITO:  I'm going to try to

20   see if I can get you to answer Justice Breyer's

21   question.  Last term, we had a case involving an

22   alien, Mr. Thuraissigiam, who crossed the border

23   unlawfully and was almost immediately

24   apprehended and then placed in detention.

25           Would he have to be counted?

80

1           MR. HO:  Well, under the Bureau's

2    current residence rules, he would.  But I -- I

3    just would note that the Court's holding in

4    Thuraissigiam, you know, was about whether

5    someone, you know, had entered for purposes of

6    --

7           JUSTICE ALITO:  No, I understand that.

8    So it is your position that every single person

9    who is in -- every single alien who is in the

10   United States on census day must be counted?

11          MR. HO:  I would say that every person

12   who is an alien in the United States under -- on

13   census day is subject to the same residence

14   requirements as anyone else who is a person

15   inside of a state.

16          If a United States citizen is usually

17   a resident abroad and is temporarily visiting

18   the country on April 1st on census day to see

19   family or something like that, that person is

20   not counted in the census.  I think the same --

21          JUSTICE ALITO:  Well, you're saying

22   that for -- for each of these people, there has

23   to be a very specific, a very fact-specific

24   determination about whether they -- whether they

25   are a resident or not?  Is that administrable at

Proposal   Subject to Final Review

81

```
1    all?
2              MR. HO:  Well, the rules that were
3    administered by the federal Marshals in the
4    first census in 1790, Justice Alito, were to ask
5    whether or not a person usually resides at the
6    dwelling that's being visited.  If not, where do
7    they actually usually reside?  And if the person
8    has no stable residence, to count them simply
9    where they're found on April 1st.
10             That's been the practice since the
11   founding.  But I would agree, I just want to
12   make clear, I would agree that there is
13   discretion to make decisions on the basis of
14   residence, but the plain language of the
15   operative constitutional and statutory
16   provisions don't turn on lawful immigration
17   status.  They turn on the facticity of a
18   person's residential circumstance.
19             JUSTICE ALITO:  Thank you.
20             CHIEF JUSTICE ROBERTS:  Justice
21   Sotomayor.
22             JUSTICE SOTOMAYOR:  Mr. Ho, I'd like
23   to follow up on the effect of waiting in this
24   case.  Is -- is the waiting problem that the --
25   the census apportionment doesn't happen until
```

W. Friedman   Subject to Final Review

82

1    April 1st; is that correct?

2                MR. HO:  No, Justice Sotomayor.  The

3    Commerce Secretary's report is due to the

4    President on December 31st.  And then the

5    President must submit a report to Congress

6    within seven days of the beginning of Congress's

7    term.  That's either on January 10th or 11th.

8    And then the clerk of the House must, within 15

9    days of that, send certificates to each of the

10   states notifying them how many seats in -- in

11   Congress each state can get.

12               So we're talking about --

13               JUSTICE SOTOMAYOR:  So the

14   apportionment already begins once the report is

15   issued, and so we would have to unscramble the

16   egg --

17               MR. HO:  I -- I think that's right.

18               JUSTICE SOTOMAYOR:  -- to have the --

19   now, can we go back to the -- the question that

20   seems to be at the nub of what many of my

21   colleagues are asking about, which is can and

22   should we rule that simply -- that not counting

23   illegal aliens because they're undocumented,

24   that that is a violation of the statute and the

25   Constitution?  Is that enough relief to you?

```
 1              MR. HO:  I -- I think it is, Justice

 2      Sotomayor, because the policy that we're

 3      challenging is broad and -- and unequivocal.

 4      We're bringing a facial challenge to it.

 5              And the policy lacks a plainly

 6      legitimate sweep.  The vast majority of

 7      undocumented immigrants qualify as usual

 8      residents under any plausible interpretation of

 9      that term, 66 percent --

10              JUSTICE SOTOMAYOR:  Assume I even

11      agree with that, however, could -- would that

12      just mean -- what does that mean practically?

13      Does the -- what does the Secretary do?  He

14      doesn't send anything?  How about if the

15      President comes back and says just send it to me

16      on these categories?  What happens then?

17              MR. HO:  Well, the injunction

18      prohibits merely the inclusion of information to

19      implement the existing presidential memorandum

20      in the Secretary's 141 report for apportionment.

21      It's not a gag order on the Commerce Secretary.

22      There's nothing that would prohibit the Commerce

23      Secretary from publishing various counts of

24      subcategories of undocumented immigrants on the

25      Internet.
```

 1          That's not something that's prohibited

 2    by the injunction.

 3          CHIEF JUSTICE ROBERTS:  Justice Kagan.

 4          JUSTICE KAGAN:  Mr. Ho, I guess I

 5    would like you to -- to comment on -- on General

 6    Wall's view of the feasibility of the matching

 7    process, you know, whether you have any insight

 8    into that, into how the process works, and --

 9    and maybe as part of that, whether you have any

10    insight into the question of why it is that the

11    government knows now that it can do that

12    matching with respect to the ICE detainees but

13    isn't sure it can do that matching with respect

14    to categories of people for whom it has equally

15    good administrative records.

16          MR. HO:  Well, Justice Kagan, I'm not

17    a social scientist, but here's what I know.  In

18    July of 2019, the President issued an executive

19    order on the collection of administrative

20    records as they relate to citizenship, with one

21    of the goals being to ascertain the number of

22    undocumented immigrants in each state.

23          And the text of that memorandum states

24    that the Census Bureau at that time, this was in

25    July of 2019, so about a year and a half ago,

```
 1        the Census Bureau had determined, based on
 2        experience, that administrative record to which
 3        it already had access would enable it to
 4        determine citizenship status for approximately
 5        90 percent of the population.
 6                   So we know that the Bureau has a lot
 7        of experience with matching.  It can do it for
 8        the vast majority of the population already.
 9        That's with administrative records maintained by
10        the Social Security Administration and other
11        executive branch agencies.
12                   They've been collecting more records
13        for the last year and a half.  And, as Your
14        Honor noted, the -- the government has
15        information on millions of undocumented
16        immigrants.  I think when you add all of that
17        together, that's at least a substantial risk of
18        injury.
19                   Because it doesn't take much to change
20        the apportionment.  As Justice Breyer noted in
21        his opinion last year in the citizenship
22        question case, the difference of a few thousand
23        people in a state can mean the difference
24        between gaining or losing a seat.
25                   JUSTICE KAGAN:  Thank you, Mr. Ho.
```

```
 1              CHIEF JUSTICE ROBERTS:  Justice
 2    Gorsuch.
 3              JUSTICE GORSUCH:  Thank you, Chief.
 4    No questions.
 5              CHIEF JUSTICE ROBERTS:  Justice
 6    Kavanaugh.
 7              JUSTICE KAVANAUGH:  Thank you, Chief
 8    Justice.
 9              And good morning, Mr. Ho.  First, I
10    want to make one point in response to something
11    General Underwood said, and I'm hope -- hoping
12    the Solicitor General can address this on reply,
13    about the declaratory judgment after
14    apportionment, who that would be addressed to
15    and how that would work.  That's something that
16    I would appreciate more from the Solicitor
17    General on but not going to be able to ask at
18    that point.
19              As to -- as to you, I want to ask you
20    about your point that we should rule now because
21    the memo expresses the intent to exclude
22    non-citizens who are here unlawfully to the
23    maximum extent under law, is what you said, and
24    you quoted that a couple times.
25              You also referenced -- I think this is
```

87

```
 1    important -- the memorandum says feasible.  And
 2    I think the argument has revealed, as did the
 3    briefs, but the argument even more clearly, it's
 4    going to be very difficult -- it's not going to
 5    be particularly feasible to exclude all of the
 6    non-citizens.  We're going to be left with
 7    categories.
 8              How -- how do we think about
 9    feasibility?
10              MR. HO:  Well, the government's
11    identified three cat- -- subcategories of
12    undocumented immigrants, which -- in the -- in
13    the last few pages of their reply brief.  So I
14    assume those are the ones that the government
15    thinks are the most feasible.
16              But each of those groups, I -- I
17    think, is overbroad.  Those groups are
18    heterogeneous.  And to exclude any of them would
19    violate constitutional and statutory commands.
20    There's people detained at the border, but, as I
21    mentioned, a lot of people who don't --
22              JUSTICE KAVANAUGH:  I'm sorry to
23    interrupt, but could we -- could we rule to that
24    effect now?  We really haven't had briefing and
25    argument on the particular subcategories.
```

1          MR. HO:  I -- I'd agree that, to the

2     extent the government wants to rely on saving

3     this policy with respect, you know, by citing

4     one or two purportedly valid subcategories to

5     exclude, it would be better for this Court to

6     get full briefing on those categories.  But

7     there's nothing that stops this Court from

8     ruling on the facial validity of this policy

9     because it plainly lacks legitimate sweep.  It

10    applies broadly --

11         JUSTICE KAVANAUGH:  And then -- and

12    then, in litigation in January, we would deal

13    with the subcategories?  Is that how you foresee

14    this?

15         MR. HO:  If that's what the President

16    ultimately ends up doing and issues a new

17    memorandum, I think that would be something

18    that, you know, we'd have to deal with one way

19    or another because the injunction in this case

20    that was issued by the district court doesn't

21    prohibit the exclusion of particular

22    subcategories under a different memo than the

23    blanket categorical one that's at issue in this

24    case.

25         JUSTICE KAVANAUGH:  Thank you.

W.E.Usan — Subject to Final Review

```
 1              CHIEF JUSTICE ROBERTS:  Justice
 2   Barrett.
 3              JUSTICE BARRETT:  Mr. Ho, you -- do
 4   you agree that there would be nothing wrong or
 5   there would be no legal prohibition against the
 6   President issuing a new memo articulating new
 7   bases for excluding subcategories?
 8              MR. HO:  Well, the injunction in this
 9   case doesn't so preclude the President, Justice
10   Barrett.  I -- I -- I don't know if I would
11   commit to there being nothing wrong or it being
12   unlawful -- not being unlawful.
13              I -- I think that we would have to see
14   what the memo does, if it excludes people on the
15   basis of transient residence within the realm of
16   the President's discretion, as this Court held
17   in --
18              JUSTICE BARRETT:  Let me -- let me
19   just clarify.
20              MR. HO:  Yes.
21              JUSTICE BARRETT:  I didn't -- I didn't
22   mean that the lawfulness of whatever the new
23   memorandum said would be determined.  I just
24   meant that there would be nothing unlawful about
25   his switching positions and articulating a new
```

1    rationale for why certain categories of illegal

2    aliens were excluded.

3            MR. HO:  In that hypothetical, Justice

4    Barrett, it wouldn't just be a new rationale.

5    It would be an entirely new policy with a -- a

6    different scope in addition to different

7    reasoning.  So I --

8            JUSTICE BARRETT:  He could do that,

9    right?

10           MR. HO:  The injunction in this case

11   doesn't prohibit that, that -- that's right.

12   Now whether or not that particular policy would

13   be lawful, I think, would depend upon the --

14           JUSTICE BARRETT:  It would be -- it

15   would be a different question.  As you told

16   Justice Kavanaugh, that would be a bridge we

17   would have to cross later, right?

18           Like, if he said, listen, it's just

19   not feasible, we haven't been able to get the

20   information, so this is why we're going to

21   exclude those in ICE detention facilities, say?

22           MR. HO:  Well, if the reason were

23   simply feasibility, but the basis for exclusion

24   were that they were undocumented and their lack

25   of lawful status, then I think that would run

1    into the same kind of reasoning that this Court

2    pointed to in Shelby County.  It didn't matter

3    --

4              JUSTICE BARRETT:  Right, but that --

5    but that -- excuse me, Mr. Ho -- but, in that

6    instance, you're saying that the policy itself

7    would be unlawful, but you're not taking the

8    position that he is precluded at this point from

9    changing positions and issuing a new policy, the

10   lawfulness of which would be a separate

11   question?

12             MR. HO:  Yes, of course, that's right,

13   Justice Barrett --

14             JUSTICE BARRETT:  Okay.

15             MR. HO:  -- because the -- the -- the

16   injunction below, you know, is specific to the

17   policy that's been issued and its categorical

18   nature.

19             JUSTICE BARRETT:  Thank you, Mr. Ho.

20             CHIEF JUSTICE ROBERTS:  A minute to

21   wrap up, Mr. Ho.

22             MR. HO:  In closing, Your Honors, no

23   court, no Congress, and no executive branch

24   before now has ever thought that undocumented

25   immigrants could be excluded from the whole

Official Subject to Final Review

1    number of persons in each state.

2              In 1868, the Fourteenth Amendment

3    based apportionment on person, not citizens,

4    specifically to embrace the entire immigrant

5    population and to secure -- to secure

6    ratification by states with large immigrant

7    populations.

8              And in 1929, Congress mandated

9    apportionment on total population, the plain

10   meaning of which does not permit exclusions for

11   immigration status.  While the President may

12   have some discretion in borderline cases, he

13   does not have authority to erase millions of

14   state residents from the apportionment based

15   solely on unlawful immigration status.

16             As the Latino justice amicus brief

17   notes, undocumented immigrants contribute $1

18   trillion in GDP, $20 billion in federal taxes.

19   Eighty percent are essential workers.  One in

20   four are homeowners and pay property taxes.

21             They're our neighbors, our coworkers,

22   and our family members.  They are usual

23   residents under any plausible definition of that

24   term.

25             CHIEF JUSTICE ROBERTS:  Thank you,

1    counsel.

2              Rebuttal, General Wall?

3              REBUTTAL ARGUMENT OF JEFFREY B. WALL

4                ON BEHALF OF THE APPELLANTS

5              GENERAL WALL:  Thank you, Mr. Chief

6    Justice.

7              So, as I think appellees' responses

8    confirm, there's no live or ripe case now.  So

9    they seem to accept that the Court should just

10   hold for a couple of weeks.  But, as you said,

11   Mr. Chief Justice, by the time we actually run

12   the matching and have more information, the

13   Secretary will be ready to send his report.

14             This is all going to happen on an

15   extremely compressed time line in January.  And

16   I don't think prudential ripeness should be used

17   to await a ripe claim that could run out the

18   clock on the President's opportunity to send a

19   statement to Congress.

20             On the merits, if the President can

21   consider immigration status for any subset, then

22   the Court needs to reverse the injunction below

23   and take just three categories:  those in ICE

24   facilities, those who have committed crimes and

25   are subject to final orders of removal, and

94

1    those who have overstayed visas.

2              The President could decide that it's

3    consistent with his discretion, as the memo

4    says, to exclude those categories from the

5    apportionment base.  And the question then is:

6    Do they have an enduring tie under Franklin?

7              They don't.  They don't have a tie.

8    We know that from Kaplan.  And even if they do,

9    it's not enduring because they can be removed.

10              The other side's test, which they

11    haven't spent a lot of time defending today, is

12    where you live or sleep most of the time.  But

13    that doesn't fit long-term embassy personnel,

14    federal personnel overseas, even college and

15    boarding school students or members of Congress.

16              The test isn't just where you lay your

17    head at night.  It is, as Franklin says, where

18    you have allegiance or an enduring tie.

19              And there's no coherent theory of

20    political representation that says every illegal

21    alien, no matter how little time they've been

22    here or no matter that they are imminently

23    facing removal, is a usual or settled resident.

24              It's the sovereign's prerogative to

25    define the political community, as Thuraissigiam

1    says, and the other side is left to say, look,
2    this is just what the founders wanted.  But they
3    don't have an explanation for why the founders
4    would have wanted it, and that should give us
5    pause because, whatever the founders were, they
6    were not aimless people given to purposeless
7    structures.
8            The Court should vacate or reverse the
9    judgment and the other judgments in the other
10   cases and allow the Secretary to send his
11   report.
12           Finally, to you, Justice Kavanaugh,
13   that would open up the possibility of
14   post-apportionment litigation in the event that
15   there is an effect on apportionment or funding.
16   And if appellees prevail in that litigation on
17   the basis of whatever categories are excluded
18   and they then bring as-applied challenges, they
19   would be asking for the same relief as in
20   Franklin.  They'd be asking for a declaratory
21   judgment against the Secretary of Commerce to
22   reform his Section 141 report.  It would not be
23   a declaratory judgment against the President.
24   Franklin doesn't allow that.  But Utah tells us
25   that we assume that the President will comply

96

1    with that judgment.  There's no reason to form a
2    -- a -- a different assumption here, the -- the
3    President would comply with a post-apportionment
4    judgment.
5              In the event that litigation ever
6    happens -- again, we think there is a real
7    prospect that it will not -- but, if it does,
8    there is time enough for that to happen when you
9    have concrete injuries and you have a definitive
10   decision from the President on which groups will
11   be excluded from the apportionment base.
12             We ask that the Court vacate or
13   reverse the judgment here and the judgments in
14   the parallel cases.
15             CHIEF JUSTICE ROBERTS:  Thank you,
16   General.  The case is submitted.
17             (Whereupon, at 11:33 a.m., the case
18   was submitted.)
19
20
21
22
23
24
25

97

Official - Subject to Review

## $

$1 [1] 92:17
$20 [1] 92:18

## 1

1 [4] 5:24 25:9,19 53:5
10 [3] 20:19 36:13,25
10,000 [1] 33:5
10.5 [2] 19:15 20:1
10:00 [2] 1:16 4:2
100 [1] 22:4
100,000 [1] 21:14
10th [1] 82:7
11 [2] 10:20 24:1
11:33 [1] 96:17
11th [1] 82:7
12 [1] 20:20
141 [7] 12:11 14:7 51:18 53:6 58:
  18 83:20 95:22
141(b [4] 14:22 54:13 55:3,17
15 [2] 43:23 82:8
1790 [1] 81:4
1820 [1] 18:6
1828 [1] 79:8
1868 [1] 92:2
1929 [2] 15:20 92:8
1990s [1] 34:14
1st [2] 80:18 81:9 82:1

## 2

2 [3] 5:23 34:16,23
20 [2] 43:18,23
20-366 [1] 4:4
200 [1] 22:3
200,000 [1] 28:7
2001 [1] 35:11
2011 [1] 35:11
2019 [4] 63:23 73:15 84:18,25
2020 [2] 1:12 25:9
230 [1] 72:20
2a [2] 14:17 36:2
2a(a [2] 16:2 35:21

## 3

3.2 [1] 29:6
30 [2] 1:12 29:18
300 [1] 20:3
31 [4] 5:22 6:11 19:25 24:1
31st [1] 82:4
32,000 [1] 73:6

## 4

4 [4] 3:4 29:14 62:13 63:15
40 [1] 16:12
42 [1] 42:20
48 [1] 3:8

## 5

5 [1] 29:14
5,000 [1] 73:7
50,000 [2] 21:14 77:19
500,000 [1] 21:14
57 [1] 25:12

## 6

60,000 [2] 19:19 24:7
66 [1] 83:9

## 7

700,000 [1] 28:13
72 [1] 3:12

## 9

90 [2] 73:17 85:5
93 [1] 3:15

## A

a-ha [1] 11:20
a.m [3] 1:16 4:2 96:17
ability [4] 15:24 16:4 57:17 65:13
able [31] 4:21 7:16,25 18:22 19:11
  20:6,17,22 28:8,14 32:7,9,13 33:1,
  14,22 56:20 63:1,25 64:4,15 65:2,
  7,9,16,22 66:6,9 69:15 86:17 90:
  19
above-entitled [1] 1:14
abroad [2] 44:7 80:17
absent [1] 56:9
accept [2] 57:15 93:9
accepted [1] 11:22
access [1] 85:3
accomplish [1] 53:11
according [3] 48:15 72:22 73:4
account [1] 44:21
accurate [3] 24:19 38:14 39:3
acknowledged [1] 68:11
across [1] 8:13
act [5] 12:20 34:14 67:14,15 68:24
Acting [1] 2:3
action [2] 64:3 68:23 69:1
actual [1] 64:24
actually [15] 10:12 11:7 12:7 21:4,
  7,9 24:19 29:23 33:1,12 75:23 78:
  10,15 81:7 93:11
add [1] 85:16
added [1] 73:6
addition [1] 90:6
additional [3] 22:4 75:11,21
address [2] 18:22 86:12
addressed [4] 37:6,10 68:23 86:
  14
administered [1] 81:3
administrable [1] 80:25
Administration [1] 85:10
administrative [11] 17:21 21:5 28:
  25 29:15 39:8 40:10 63:2 84:15,
  19 85:2,9
admit [1] 79:14
ado [1] 19:9
advanced [1] 66:25
advice [1] 13:5
advised [1] 74:8
advisory [1] 9:6
affect [6] 4:23 9:7 25:25 33:15 39:
  17 65:5
affects [1] 8:2
affirmance [1] 50:15
agencies [3] 24:11 39:8 85:11
agency [1] 41:1
aggrieved [1] 31:15

ago [2] 73:14 84:25
agree [10] 17:3 41:7,18 71:1 75:9
  81:11,12 83:11 88:1 89:4
agreed [5] 15:17 43:15 45:10 60:4
  61:20
aim [1] 76:16
aimless [1] 95:6
AL [2] 1:4,7
alien [9] 13:12 23:13,20 46:20 57:
  11 79:22 80:9,12 94:21
alienage [1] 44:21
aliens [44] 4:13,21 6:4 7:10 8:1 9:
  16,23 11:23 13:10 15:1,3,10 18:9,
  25 20:18 22:8,15 26:7,18 27:3,8
  30:8 42:25 44:2,10,18 45:14 48:2
  51:10 52:8 55:4 56:24 60:18 61:1,
  4,9,17,24 65:3 69:12 70:22 74:3
  82:23 90:2
Alito [19] 19:1,2 20:10 21:17 27:24
  38:19 56:17,18 57:24 58:24 59:10,
  14,23 79:18,19 80:7,21 81:4,19
Alito's [3] 23:22 24:9 29:18
alleged [1] 10:10
allegiance [2] 44:4 94:18
allocated [1] 71:14
allow [5] 5:5,6 41:3 95:10,24
allowing [1] 42:21
almost [2] 28:6 79:23
alone [2] 4:22 50:5
already [9] 23:24 25:7 30:20 65:9
  69:2 73:16 82:14 85:3,8
although [1] 27:14
Amendment [2] 45:9 92:2
American [1] 79:12
amici [1] 25:11
amicus [1] 92:16
among [1] 54:9
amount [1] 44:2
analysis [4] 25:1 26:3 41:9,15
announced [1] 72:4
annual [2] 35:9 36:10
Another [4] 35:3 74:16 75:12 88:
  19
answer [10] 20:12 22:1 39:24 43:3,
  9 52:16 56:22 59:2 61:18 79:20
answered [1] 45:18
answers [2] 19:4 62:19
Anthony [4] 40:21 72:25
apart [1] 12:6
appeal [2] 75:13 78:12
appear [1] 36:25
APPEARANCES [1] 2:1
appears [1] 35:24
Appellants [6] 1:5 2:5 3:4,15 4:8
  93:4
Appellees [14] 1:8 2:7,9 3:8,12 4:
  12,17 9:7,8 23:2 32:17 48:11 72:
  17 95:16
appellees' [1] 93:7
applies [2] 49:20 88:10
apply [5] 5:19 43:10 78:3
apportioned [1] 48:15
apportionment [55] 4:24 5:7 7:11
  8:2,8,11 9:7,9 12:2 13:1 14:11,19

15:12 16:8,18 17:13 19:21,23 22:
  5 25:25 27:9 30:5 33:15 39:18 44:
  14 46:19 47:16 48:3,21 49:6 51:
  22 52:5 53:25 54:3 59:5 60:10 65:
  5,25 73:3 74:5,7,13 75:2,7 81:25
  82:14 83:20 85:20 86:14 92:3,9,
  14 94:5 95:15 96:11
appreciate [1] 86:16
apprehended [5] 45:21 46:23 79:
  24
appropriate [1] 69:4
approximately [2] 62:25 85:4
April [7] 5:23,24 25:9,19 80:18 81:
  9 82:1
area [1] 21:19
aren't [6] 9:6 18:16 22:15 23:23 51:
  20 74:8
arguably [1] 40:14
argue [3] 16:14 37:18 54:20
argued [1] 74:19
arguing [3] 10:9 34:17 60:3
argument [22] 1:15 3:2,5,9,13 4:4,
  7 11:17 26:21 38:16 44:22 48:10
  53:23 54:19 57:5 62:1 72:16 76:
  21 87:2,3,25 93:3
arguments [4] 16:15 17:20 18:11
  67:1
arises [1] 58:12
around [3] 20:21 31:25 32:9
Article [6] 9:12 37:20 41:23 47:19
  66:11,18
articulated [1] 70:4
articulating [2] 89:6,25
as-applied [1] 95:18
ascertain [1] 84:21
aside [1] 15:25
assessing [1] 75:25
assume [7] 9:15 10:25 38:7 52:3
  83:10 87:14 95:25
assumed [1] 68:15
assumption [1] 96:2
asylum [3] 25:14 78:3,4
attempting [1] 22:15
attention [3] 42:24 71:24,25
authority [2] 12:1,23 92:13
available [3] 63:13 70:12 76:1
await [1] 93:17
aware [1] 35:15
away [3] 14:4 56:12 63:17

## B

back [16] 7:10 11:23 15:24 29:17
  31:20 43:4 46:25 62:5 67:11,24
  70:16 71:4 74:16 75:11 82:19 83:
  15
Bailey [1] 79:6
bar [1] 26:23
BARBARA [3] 2:6 3:6 48:10
Barrett [23] 42:3,4 43:16,23 44:17
  45:20 46:2 69:7,8 70:20 71:8 89:2,
  3,10,18,21 90:4,8,14 91:4,13,14,
  19
Barrett's [1] 66:24
base [10] 7:11 12:2 13:1 27:9 44:

Heritage Reporting Corporation

Official - Subject to Review

14 46:19 48:3,21 94:5 96:11
**based** [8] 14:16 22:5,9 25:23 38:
17 85:1 92:3,14
**bases** [1] 89:7
**basically** [1] 20:13
**basis** [11] 23:3 49:22 54:10 64:2
69:17 71:14 79:15 81:13 89:15 90:
23 95:17
**become** [2] 37:19 42:21
**beginning** [1] 82:6
**begins** [1] 82:14
**behalf** [11] 2:5,7,9 3:4,7,11,15 4:8
48:11 72:17 93:4
**believe** [2] 11:3 34:12
**below** [4] 5:5 50:16 91:16 93:22
**beneficial** [2] 75:22,23
**best** [2] 42:17 44:22
**better** [3] 73:19 74:8 88:5
**between** [3] 32:12 78:19 85:24
**beyond** [2] 13:8 33:8
**bigger** [2] 21:23 73:11
**billion** [1] 92:18
**bit** [8] 8:24 10:8 19:3 20:15 25:6
32:24 37:23 46:3
**blanket** [2] 50:2 88:23
**blocks** [1] 32:15
**boarding** [1] 94:15
**border** [7] 5:22 40:7 43:7 46:23 78:
3 79:22 87:20
**borderline** [1] 92:12
**both** [7] 51:10 55:3,7,20 56:21 58:
6 79:5
**branch** [4] 31:1 35:12 85:11 91:23
**Breyer** [27] 14:1,2 15:18 16:6,21
17:6,19,23 18:1,4,14,20 38:3 42:7
54:6,7 55:1,8,12,20,23 77:16,17,
21 78:5,18 85:20
**Breyer's** [1] 79:20
**bridge** [2] 10:17 90:16
**brief** [4] 13:17 34:20 87:13 92:16
**briefed** [1] 35:16
**briefing** [3] 37:4 87:24 88:6
**Briefly** [1] 18:17,19
**briefs** [4] 16:12 34:13 73:5 87:3
**bring** [4] 30:24,24 68:20 95:18
**bringing** [1] 83:4
**broad** [1] 83:3
**broadly** [2] 76:4 88:10
**brought** [2] 14:4 23:2
**built-in** [1] 24:21
**bunch** [2] 16:14 45:7
**Bureau** [24] 4:19 6:24 7:25 11:21
12:10 19:10 20:17 21:11 24:2,5,
10 25:7,24 27:20 28:8,13 33:11
47:10 53:3 62:24 63:21 84:24 85:
1,6
**Bureau's** [1] 80:1
**busy** [1] 7:5
**button** [1] 37:22

**C**

**calculations** [1] 38:10
**California** [1] 6:17
**call** [2] 41:7 47:15

**called** [2] 41:5,6
**calls** [1] 44:3
**came** [5] 1:14 11:21 45:15 62:6 70:
7
**cannot** [11] 15:13,13 17:9 49:13
52:1 60:11,12 61:25 63:9 67:7 70:
21
**capture** [1] 22:21
**captured** [2] 26:8 40:13
**care** [1] 18:23
**career** [1] 4:19
**Carolina** [1] 73:7
**Case** [22] 4:4,11,25 6:10 19:5,14
30:19,25 49:19 74:18 75:11,23 79:
21 81:24 85:22 88:19,24 89:9 90:
10 93:8 96:16,17
**case-by-case** [1] 69:17
**cases** [9] 5:25 9:25 13:17 40:20,
21 43:9 92:12 95:10 96:14
**cat** [1] 87:11
**categorical** [6] 67:2 76:13,18,22
88:23 91:17
**categorically** [2] 70:21 77:13
**categories** [25] 8:2 22:8,18,22 23:
23 27:24 33:3 59:1,4 62:13 63:24
69:12,15,18,25 70:12 77:11 83:16
84:14 87:7 88:6 90:1 93:23 94:4
95:17
**category** [11] 13:20 28:2 30:7 44:
19 59:6 61:8,11,23 76:10,24 77:6
**cease** [1] 23:4
**Census** [55] 4:19 6:12,24 11:8,11,
15,19,21 12:6,10 14:9 15:2,12 17:
22 19:10 21:4,11 23:21 24:2,5,10
25:7,23 29:2,11 36:2 39:10 40:9,
12 44:19 45:22 51:6 52:6 53:3 54:
12,19,21 55:5 57:4,9,18 61:10 62:
20,24 63:21 64:25 65:13 80:10,13,
18,20 81:4,25 84:24 85:1
**censuses** [2] 44:1 46:16
**centers** [1] 77:20
**certain** [6] 11:10 26:22 28:16 44:
21 69:15 90:1
**certainly** [4] 4:25 12:5 24:20 43:
24 46:9
**certainty** [1] 33:25
**certificates** [1] 82:9
**challenge** [8] 8:5 11:10 23:2 30:
12 76:4,13 78:14 83:4
**challenges** [2] 41:4 95:18
**challenging** [1] 83:3
**change** [6] 8:11 19:20,23 38:4 78:
6 85:19
**changing** [2] 73:2 91:9
**charted** [1] 5:3
**CHIEF** [75] 4:3,9 6:8,16 7:4,12 8:9,
16 9:14,20 10:2,5 13:8,25 18:17
19:1,4 20:12 23:5,9 26:1 27:19,23
31:21 32:20 37:13,15 38:18 42:2
47:2,4,6 48:7,12 50:11,22 51:4,23
52:2,21,24 54:5 56:16 58:22 59:
21,23,24 63:2 64:10 66:20,22 69:
6 71:10 72:13,18 73:23 74:11,24
75:4,17,20 77:15 79:18 81:20 84:

3 86:1,3,5,7 89:1 91:20 92:25 93:
5,11 96:15
**chill** [1] 4:15
**chilled** [1] 4:13
**choice** [3] 45:24 48:20 71:20
**circumstance** [1] 81:18
**cite** [1] 79:7
**citing** [1] 88:3
**citizen** [2] 42:14 80:16
**citizens** [2] 45:10 92:3
**citizenship** [5] 48:21 73:16 84:20
85:4,21
**claim** [3] 11:12 17:25 93:17
**claiming** [1] 19:15
**claims** [1] 78:4
**clarify** [1] 89:19
**class** [2] 25:17 27:18
**cleaned** [1] 21:6
**clear** [8] 5:17 11:25 14:4 27:13 36:
5 39:16 69:3 81:12
**clearest** [1] 13:17
**clearly** [5] 35:18 46:18 47:13 70:
10 87:3
**clerk** [1] 82:8
**clerk's** [4] 35:17 36:6,7,9
**clock** [1] 93:18
**closing** [1] 91:22
**Co** [1] 41:19
**coherent** [2] 48:1 94:19
**collaterally** [1] 87:3
**colleagues** [2] 34:11 82:21
**collecting** [2] 24:10 85:12
**collection** [1] 84:19
**college** [1] 94:14
**come** [4] 23:25 46:5 61:16 70:16
**comes** [3] 31:16 43:4 83:15
**command** [1] 48:19
**commands** [1] 87:19
**comment** [1] 84:5
**Commerce** [6] 6:24 12:9 19:11
51:1,16 56:23 57:9,13 69:14 82:3
83:21,22 95:21
**commit** [1] 89:11
**committed** [1] 93:24
**common** [3] 5:25 33:5
**commonly** [2] 79:1,5
**communications** [1] 51:1
**community** [6] 43:24 44:11 46:22
50:9 72:10 94:25
**compare** [1] 29:23
**comparing** [1] 39:10
**comparison** [1] 33:13
**compelled** [1] 45:3
**completely** [1] 45:10
**comply** [10] 5:5 11:1,3 34:25 38:9
52:15 57:14 68:15 95:25 96:3
**compressed** [1] 93:15
**concede** [4] 44:17 57:1 58:2 65:
20
**concentration** [1] 4:23
**concern** [2] 53:12,15
**concerned** [4] 10:14 14:3,14,15
**concerning** [1] 51:1
**concerns** [1] 56:22

**conclude** [1] 27:6
**concrete** [3] 5:9 37:20 96:9
**conduct** [1] 23:1
**conducts** [1] 51:5
**confident** [1] 65:15
**confirm** [1] 93:8
**confirmed** [4] 4:19 6:22 68:17
**confused** [1] 53:2
**Congress** [12] 16:1 16:1 32:10
52:4,19 54:22 58:21 82:5,11 91:
23 92:8 93:19 94:15
**Congress's** [1] 82:6
**consequences** [1] 16:13
**consider** [1] 93:21
**consistent** [2] 67:21 94:3
**consistently** [1] 43:4
**Constitution** [9] 15:6,23 26:10 48:
14 50:18 52:20 61:3 71:12 82:25
**constitutional** [8] 41:12,13 45:5
57:22 67:1 78:22 81:15 87:19
**constitutionally** [2] 30:4 45:3
**constrain** [1] 15:23
**constraint** [1] 16:4
**contain** [1] 15:14
**contemplate** [1] 12:14
**context** [2] 11:5 13:6
**contexts** [1] 45:17
**continues** [1] 36:1
**continuing** [1] 56:10
**contours** [1] 69:21
**contribute** [1] 92:17
**controversy** [4] 32:12 37:20 72:4,
7
**correct** [14] 40:5 53:14 54:1 60:10,
15,16,22,23 61:5,6,19 62:1 67:11
82:1
**correctly** [1] 15:19
**couldn't** [9] 10:19 13:4,5 31:12 52:
18 67:14,15,17,20
**counsel** [3] 18:18 75:18 93:1
**count** [14] 44:14 48:17,23 49:18,
21 57:7 63:16 70:23 71:16 72:3,8
78:7,20 81:8
**counted** [7] 18:7 19:16 26:14 59:4
79:25 80:10,20
**counting** [8] 4:15 11:20 12:3 49:3,
6 50:3 69:11 82:22
**country** [15] 5:20 8:13 9:17 13:14,
21 19:16 20:19 21:25 38:12,24 39:
22 40:5 42:15 43:1,17 78:11,17
80:18
**counts** [2] 44:8 83:23
**County** [2] 49:23 91:2
**couple** [5] 64:7 74:10,25 86:24 93:
10
**course** [5] 5:3 8:12 53:15 56:3 91:
12
**COURT** [59] 1:1,15 4:10,12 5:2,4 7:
3,13,16 8:18,21 9:3 10:16,21 19:
13 26:2,4,6 27:5,7 30:2 31:3,16
32:5 33:24 34:1,3 38:8 41:22 43:1
45:17 47:18,20,22 48:4,13 49:23
50:14 53:17 58:14,19 64:6 70:14
72:6,19 74:16 75:12 76:12 78:23

Official - Subject to Review

**88:**5,7,20 **89:**16 **91:**1,23 **93:**9,22
**95:**8 **96:**12
**Court's** [4] **5:**25 **6:**7 **11:**4 **80:**3
**courts** [3] **30:**20 **31:**14 **78:**12
**cover** [1] **40:**1
**covered** [1] **35:**10,19
**coworkers** [1] **92:**21
**credible** [1] **62:**24
**crimes** [1] **93:**24
**cross** [1] **90:**17
**crossed** [3] **10:**17 **40:**7 **79:**22
**crunched** [1] **30:**15
**cumbersome** [1] **39:**15
**current** [1] **80:**2
**currently** [4] **6:**19 **32:**15 **33:**6,19
**cut** [1] **69:**19
**cuts** [1] **42:**8

## D

**D.C** [6] **1:**11 **2:**4 **5:**3 **8:**21 **26:**4 **38:**20
**D.C.'s** [1] **19:**13
**DACA** [2] **28:**13 **62:**11 **71:**1
**DALE** [3] **2:**8 **3:**10 **72:**16
**data** [8] **6:**19 **7:**1,6,8,8 **12:**18 **24:**10 **39:**9
**date** [5] **6:**13,14 **25:**9 **31:**10 **36:**21
**dating** [1] **72:**20
**day** [5] **46:**25 **57:**9 **80:**10,13,18
**days** [5] **9:**5 **19:**25 **29:**18 **82:**6,9
**deadline** [3] **6:**11,21 **36:**19
**deal** [4] **21:**2 **43:**2 **88:**12,18
**dealing** [1] **19:**7
**decades** [2] **50:**8 **72:**9
**December** [3] **6:**11 **24:**1 **82:**4
**Decennial** [3] **14:**8 **36:**1 **54:**12
**decide** [6] **5:**13 **28:**17 **47:**11,22 **61:**1 **70:**18 **74:**18 **94:**2
**decided** [2] **30:**20 **71:**16
**decides** [3] **24:**23 **30:**3 **61:**8
**decision** [10] **6:**14 **10:**13,22 **13:**1,7 **61:**15 **67:**21 **69:**21 **72:**2 **96:**10
**decisions** [1] **81:**13
**declaration** [1] **69:**5
**declaratory** [9] **38:**9 **52:**13,16 **68:**16,22,25 **86:**13 **95:**20,23
**declare** [4] **26:**25 **49:**13 **50:**16 **53:**18
**defeat** [1] **26:**20
**defending** [1] **94:**11
**define** [1] **94:**25
**defined** [1] **79:**4
**defines** [3] **25:**8 **42:**13 **79:**10
**definition** [3] **77:**24 **79:**9 **92:**23
**definitive** [1] **96:**9
**deliberate** [1] **48:**20
**delivered** [1] **75:**7
**Department** [6] **2:**4 **6:**23 **12:**9 **19:**11 **62:**17 **63:**21
**depend** [1] **90:**13
**depending** [2] **25:**1 **75:**6
**depends** [2] **19:**10 **31:**12
**deport** [1] **78:**20
**deported** [1] **78:**15

**deprive** [1] **74:**20
**deputy** [1] **21:**10
**derived** [1] **54:**18
**detail** [2] **21:**3 **29:**3
**detained** [2] **78:**2 **87:**20
**detainees** [3] **28:**3 **62:**10 **84:**12
**detention** [16] **9:**18 **19:**18 **21:**21 **25:**11,12 **33:**6,19 **46:**24 **64:**23 **65:**3,8 **70:**24 **77:**22 **78:**1 **79:**24 **90:**21
**determination** [2] **9:**21 **80:**24
**determine** [5] **6:**3 **12:**2 **20:**3 **21:**20 **85:**4
**determined** [2] **85:**1 **89:**23
**dictionaries** [1] **79:**6
**dictionary** [1] **79:**7
**difference** [4] **70:**1 **73:**8 **85:**22,23
**different** [14] **12:**25 **13:**15 **16:**11 **18:**20 **25:**1 **34:**10 **55:**24 **57:**20 **58:**7 **88:**22 **90:**6,6,15 **96:**2
**difficult** [3] **12:**20 **68:**7 **87:**4
**difficulties** [2] **32:**25 **33:**9
**difficulty** [2] **68:**12 **75:**25
**diplomat** [1] **59:**6
**direct** [3] **5:**12 **57:**13,17
**directing** [2] **53:**16 **57:**3
**direction** [1] **34:**11
**director** [1] **21:**11
**disagree** [2] **36:**24 **47:**20
**disagrees** [3] **26:**2,3 **34:**3
**discover** [1] **9:**4
**discretion** [8] **5:**14,16 **6:**3 **10:**1 **13:**18 **24:**24 **27:**8,17 **45:**21 **56:**5,5,14 **70:**7,9 **81:**13 **89:**16 **92:**12 **94:**3
**discuss** [1] **10:**8
**dispute** [2] **37:**19 **67:**4
**disputed** [1] **49:**19
**disputing** [1] **44:**9
**disruptive** [5] **73:**22 **74:**10,22 **75:**10,15
**dissent** [1] **10:**18
**distinct** [1] **79:**10
**distinguished** [1] **42:**13
**distribution** [2] **54:**17,23
**district** [10] **4:**12 **5:**4 **8:**21 **19:**13 **26:**4 **27:**6 **30:**20 **31:**14 **75:**12 **88:**20
**divide** [1] **54:**9
**docket** [1] **64:**24
**doctrine** [2] **40:**17 **41:**22
**document** [2] **56:**25 **58:**7
**documents** [1] **58:**2
**doing** [5] **21:**3 **32:**15 **39:**15 **75:**13 **88:**16
**DONALD** [1] **1:**3
**done** [6] **12:**22 **22:**2 **56:**25 **60:**20 **69:**2 **76:**18
**doubtful** [1] **19:**22
**draw** [1] **78:**19
**due** [1] **82:**3
**during** [1] **73:**20
**duties** [1] **41:**2
**dweller** [1] **42:**11
**dwelling** [5] **43:**2,6 **44:**3,15 **81:**6

## E

**each** [5] **20:**4 **48:**16 **59:**3,4 **71:**2,17 **72:**22 **80:**22 **82:**9,11 **84:**22 **87:**16 **92:**1
**earlier** [6] **8:**14 **26:**1 **30:**13 **39:**7 **47:**8 **61:**11
**easier** [1] **30:**19
**easily** [4] **19:**20 **29:**14 **62:**13 **71:**15
**easy** [1] **73:**2
**effect** [12] **5:**6 **8:**7 **11:**12 **23:**8 **30:**5 **47:**16 **54:**23 **65:**24 **74:**4 **81:**23 **87:**24 **95:**15
**effectively** [1] **9:**5
**effects** [2] **8:**13 **18:**10
**egg** [1] **82:**16
**eggs** [1] **8:**10
**Eighty** [1] **92:**19
**either** [12] **9:**9,12 **11:**4 **25:**14 **26:**9 **29:**2,19 **34:**6,7 **40:**11 **47:**23 **82:**7
**eligibility** [1] **48:**22
**eliminate** [1] **68:**18
**Elimination** [1] **34:**14
**embassy** [3] **43:**22,23 **94:**13
**embrace** [1] **92:**4
**enable** [1] **85:**3
**encouraged** [1] **68:**19
**end** [2] **15:**18 **31:**10
**ends** [1] **88:**16
**enduring** [5] **6:**4 **44:**4 **94:**6,9,18
**enjoin** [2] **10:**24 **58:**14
**enjoining** [2] **10:**11 **53:**19
**enough** [8] **7:**25 **9:**6 **63:**16 **64:**2 **73:**8 **74:**13 **82:**25 **96:**8
**enter** [3] **9:**1 **31:**14 **32:**5
**entered** [2] **43:**5 **80:**5
**entire** [5] **13:**20 **27:**15,17 **30:**7 **76:**10 **77:**6 **92:**4
**entirely** [3] **12:**20 **34:**10 **90:**5
**entitled** [1] **12:**17
**enumeration** [4] **4:**14 **21:**3 **64:**25
**envelope** [3] **51:**7,9 **53:**4
**envelopes** [1] **51:**11
**equally** [2] **43:**9 **84:**14
**era** [1] **42:**10
**erase** [2] **50:**10 **92:**13
**ESQ** [4] **3:**3,6,10,14
**ESQUIRE** [1] **2:**8
**essential** [1] **92:**19
**essentially** [2] **11:**22 **62:**17
**establishes** [1] **74:**11
**ET** [2] **1:**4,7
**Evans** [1] **7:**24 **10:**17 **73:**4
**even** [21] **4:**20 **22:**15 **27:**9 **30:**4,19, 21 **35:**15 **40:**14 **43:**12,18 **45:**14 **46:**14 **68:**22 **77:**8,23 **78:**2,15 **83:**10 **87:**3 **94:**8,14
**event** [2] **95:**14 **96:**5
**eventually** [1] **25:**13
**everybody** [1] **21:**24
**everyone** [3] **22:**14 **70:**23,24
**everything** [2] **36:**6 **69:**3
**evidence** [8] **42:**8,10,17 **45:**4,7,13 **63:**12 **66:**5
**exact** [3] **12:**8 **13:**4,5
**exactly** [7] **15:**2 **30:**16 **51:**6 **60:**20

**69:**4 **76:**1,24
**example** [2] **41:**1 **79:**11
**excludable** [1] **77:**10
**exclude** [33] **20:**1 **23:**13,20 **24:**24 **27:**3,8,12,15 **38:**22 **39:**20,21 **40:**4 **47:**11 **56:**24 **60:**8,9,18 **61:**1,23,63 **1 64:**16 **67:**8,22 **68:**7 **70:**21 **77:**3 **78:**7 **86:**21 **87:**5,18 **88:**5 **90:**21 **94:**4
**excluded** [16] **18:**9 **43:**25 **44:**18 **45:**22,23 **49:**18 **57:**11 **61:**9 **74:**4 **76:**9,25 **77:**7 **90:**2 **91:**25 **95:**17 **96:**11
**excludes** [3] **8:**1 **67:**9 **89:**14
**excluding** [5] **9:**23 **76:**15 **77:**18,19 **89:**7
**exclusion** [5] **61:**4 **67:**2 **76:**5 **88:**21 **90:**23
**exclusions** [2] **79:**15 **92:**10
**excuse** [1] **91:**5
**executive** [7] **31:**1 **35:**11 **56:**14 **73:**14 **84:**18 **85:**11 **91:**23
**exercise** [7] **5:**13 **9:**25 **13:**18 **32:**14 **56:**13 **70:**6,7
**exercised** [1] **12:**23
**exercising** [1] **12:**1
**exist** [1] **34:**18
**existed** [1] **4:**16
**existing** [1] **83:**19
**expect** [1] **59:**18
**expedate** [1] **31:**23
**expedited** [4] **6:**10 **31:**23 **74:**17 **75:**13
**expedition** [1] **32:**1
**experience** [3] **73:**2 **85:**2,7
**expertise** [1] **21:**18
**experts** [4] **4:**19 **21:**13
**explained** [1] **78:**23
**explanation** [1] **95:**3
**explore** [1] **67:**5
**expresses** [1] **86:**21
**expressly** [1] **35:**24
**extensive** [1] **29:**15
**extent** [8] **15:**10 **34:**25 **59:**2 **70:**8 **76:**6 **77:**4 **86:**23 **88:**2
**extremely** [1] **93:**15

## F

**face** [3] **5:**24 **24:**6 **32:**6
**facial** [3] **76:**13 **83:**4 **88:**8
**facilities** [6] **19:**19 **20:**23 **21:**21 **65:**3 **90:**21 **93:**24
**facility** [4] **46:**24 **70:**24
**facing** [1] **94:**23
**fact** [11] **11:**18 **21:**12 **23:**1 **25:**4 **35:**24 **45:**1,23 **49:**7,14 **50:**7 **75:**16
**fact-specific** [1] **80:**23
**facticity** [1] **81:**17
**fair** [3] **9:**20 **10:**16,23
**fairly** [10] **6:**16 **9:**11 **18:**12 **31:**3,5 **32:**4 **39:**15 **42:**22 **45:**1 **47:**21
**fall** [1] **20:**25
**fallen** [1] **4:**16
**families** [1] **72:**10
**family** [2] **80:**19 **92:**22

Official - Subject to Review

**far** [1] 14:23
**fast-moving** [1] 32:5
**favor** [1] 69:19
**feasibility** [4] 69:11 84:6 87:9 90:23
**feasible** [13] 9:22 22:20 23:17 24:22 28:3,22 47:10,12 77:4 87:1,5,15 90:19
**feasibly** [1] 7:25
**feature** [2] 22:24 23:1
**federal** [13] 22 34:13 39:13 43:14 44:5,16 46:5,14 81:3 92:18 94:14
**Federalist** [1] 42:20
**feverishly** [1] 65:10
**few** [7] 21:7 28:5 30:23 31:17 75:22 85:22 87:13
**fight** [1] 5:15
**figures** [1] 58:6
**file** [1] 21:5
**final** [7] 11:21 21:21 22:10 28:7 77:20 78:9 93:25
**Finally** [1] 95:12
**find** [4] 19:5 25:20 64:7 70:13
**finding** [1] 49:7
**fine** [4] 51:12 53:4 56:23 70:22
**first** [14] 4:4 6:9,9 19:20 24:18 31:21 37:25 42:25 46:3 56:22 59:6 71:18 81:4 86:9
**fit** [1] 94:13
**five** [1] 75:6
**fix** [1] 31:1
**flatly** [1] 48:19
**flies** [1] 5:24
**flip** [1] 9:2
**fluid** [1] 6:16
**flying** [1] 20:20
**focus** [1] 50:23
**focused** [3] 17:5 46:11 63:4
**follow** [5] 5:2 31:24 35:1 37:23 81:23
**follow-up** [1] 69:9
**Following** [3] 23:22 25:7 31:22
**footnote** [1] 34:12
**forbid** [1] 15:7
**forbids** [2] 15:6,9
**forced** [1] 68:19
**forceful** [1] 66:25
**forcefully** [1] 37:18
**foreign** [1] 59:6
**foresee** [1] 88:13
**Forestry** [1] 40:20
**form** [2] 44:10 96:1
**formal** [1] 13:6
**formality** [2] 58:8,10
**former** [1] 73:9
**forms** [1] 78:13
**forthrightly** [1] 68:11
**found** [3] 22:11 40:9 81:9
**founded** [1] 32:16
**founders** [4] 45:8 95:2,3,5
**founding** [6] 42:10,19 56:9 72:20 79:4 81:11
**four** [3] 75:5,6 92:20

**Fourteenth** [2] 45:9 92:2
**framed** [1] 41:11
**framers** [2] 45:8 71:15
**France** [1] 79:12
**Franklin** [23] 7:23 8:5 12:1,17,23 18:23 44:3,24 45:1 46:2,12 55:25 56:6,12 57:2,17 60:2 61:15 78:23 94:6,17 95:20,24
**Franklin/** [1] 56:2
**free** [2] 52:3 76:14
**Friedrich** [3] 38:21 41:16
**friend** [2] 49:16 52:14
**FRSA** [2] 35:10,19
**frustrating** [1] 19:6
**full** [1] 18:8
**fully** [2] 24:4 66:8
**funding** [2] 9:10 95:15
**funds** [3] 54:9,17,23
**further** [1] 32:24
**future** [1] 4:18

**G**

**gag** [3] 50:25 51:15 83:21
**gaining** [1] 85:24
**gave** [1] 19:4
**GDP** [1] 92:18
**General** [98] 2:3,6 4:6,9 5:18 6:8,15 7:7,22 8:16 9:14,19 10:3,7,15 11:9,16 12:13 13:13,23 15:17 16:20 17:18,24 18:2,13,19 19:2 20:9,14 22:7 23:7 24:16 25:22 27:1,5,20,21 28:10,15,23 29:8,22 30:18 31:8,11 32:3,19 33:10,20 35:8 36:4,14,17 37:3,9,17 38:15 39:5,25 40:6 41:10 42:1,5,18 43:21 44:20 46:1 47:3,5,6 48:8,9 50:11 52:22 53:1 54:8 60:1,4 62:4,7,15 64:12 66:23 68:6,17 69:13 71:11 72:14 76:9 77:2 84:5 86:11,12,17 93:2,5 96:16
**generically** [1] 13:12
**geographic** [1] 4:23
**gets** [1] 31:13
**getting** [3] 16:23 27:11 29:13
**give** [12] 13:11 17:9 33:8 57:10 59:1 60:21 61:13,23 71:25 74:25 75:2 95:4
**given** [7] 8:21 22:12 31:19 39:9 42:24 60:5 95:6
**gives** [2] 12:18 60:7 61:10
**giving** [1] 49:7
**goals** [1] 84:21
**Gorsuch** [19] 32:21,22 33:11,16 34:9 35:23 36:12,15,23 37:5,7,11 64:11,13,21 65:18 66:17 86:2,3
**got** [3] 21:3 41:14 45:1
**Government** [20] 2:7 3:7 34:19,25 35:6 48:11 49:11 56:7 62:8 71:24 73:12,16 74:19 76:14 77:3 79:8 84:11 85:14 87:14 88:2
**government's** [9] 22:25 34:22 36:16 55:10 76:7 77:5,8,24 87:10
**grant** [1] 46:9
**great** [1] 21:2

**ground** [1] 33:5
**group** [1] 65:9
**groups** [4] 65:11 87:16,17 96:10
**guess** [5] 27:22 29:17 46:2 63:3 65:19 68:9 84:4
**guns** [1] 26:23

**H**

**half** [10] 34:6 42:25 46:3,7 47:24 73:13 75:6 78:4 84:25 85:13
**handful** [1] 47:9
**happen** [4] 33:7 81:25 93:14 96:8
**happened** [1] 18:8
**happens** [5] 8:4 55:12,15 83:16 96:6
**happy** [1] 26:2 47:20
**hard** [3] 28:10 33:12 63:13
**head** [1] 94:17
**hear** [1] 4:3
**hearing** [1] 76:23
**held** [5] 4:12 10:21 19:18 72:21 89:16
**Heller** [1] 26:20,21
**heterogeneous** [3] 77:11,23 87:18
**himself** [1] 57:10
**historical** [4] 18:21 42:7 44:23 45:7
**history** [6] 5:17 16:12 18:24 46:4,17 71:19
**hits** [1] 29:24
**HO** [41] 2:8 3:10 72:15,16,18 73:23 74:9 75:4,21 76:3 77:1,21 78:9,22 80:1,11 81:2,22 82:2,17 83:1,17 84:4,16 85:25 86:9 87:10 88:1,15 89:3,8,20 90:3,10,22 91:5,12,15,19,21,22
**hold** [1] 93:10
**holding** [1] 80:3
**home** [2] 56:12 78:17
**homeowners** [1] 92:20
**homes** [1] 26:24
**Honor** [1] 85:14
**Honors** [1] 91:22
**hope** [3] 52:22 56:20 86:11
**hoped** [1] 34:18
**hopeful** [1] 6:25
**hoping** [1] 86:11
**host** [1] 46:16
**House** [9] 7:19 8:7 16:8 35:12 48:15 49:5 71:13 72:21 82:8
**however** [1] 83:11
**hypothetical** [1] 90:3

**I**

**ICE** [18] 9:18 20:22 23:25 25:11 28:2 33:6,19 46:24 62:10 65:3,8 70:24 77:19,22 78:1 84:12 90:21 93:23
**idea** [1] 13:11 69:24
**identical** [2] 40:18 61:15
**identifications** [1] 33:14
**identified** [1] 87:11
**identify** [4] 4:22 7:25 20:18 21:24

**22**:9 23:17,18 25:16 39:11 63:25 69:15 70:11
**ignores** [1] 50:6
**III** [6] 9:12 37:20 41:23 47:19 66:11,18
**illegal** [56] 4:13,21 6:4 7:10 9:16,23 11:23 13:10,12 15:1,3,10 16:9,10 17:17 18:9,25 20:18 22:8,14 23:19,20 26:7,18 27:3,8 30:8 42:25 44:2,10,18 45:14 46:20 48:2 51:10 52:8 55:3,4 56:24 57:11 60:7,12,18,18,22,22 61:1,4,9,17,24,24 69:12 70:22 82:23 90:1 94:20
**illegally** [6] 5:20 19:17 40:7 43:5,18 59:16
**illuminated** [1] 66:25
**immediately** [1] 79:23
**immigrant** [3] 25:17 92:4,6
**immigrants** [22] 24:11 49:5,12,17,21 50:3,8 55:14 73:13 76:6,8,11,17 77:6,10 83:7,24 84:22 85:16 87:12 91:25 92:17
**immigration** [10] 46:6 48:18 71:21 72:23 79:2,15 81:16 92:11,15 93:21
**imminently** [1] 94:22
**implement** [3] 24:4 66:6 83:19
**implementation** [1] 76:22
**important** [3] 19:8 56:20 87:1
**impose** [1] 41:2
**imposes** [1] 40:24
**impossible** [1] 68:7
**imputation** [1] 73:6
**include** [5] 36:13 38:10 45:14 46:13 64:16
**included** [8] 15:1,4 46:15,18 48:3,24 49:1 62:1
**includes** [1] 13:15
**including** [3] 10:11 48:25 72:2
**inclusion** [1] 83:18
**inconsistent** [1] 48:19
**indicated** [2] 38:3 68:6
**indicates** [1] 47:13
**individually** [2] 20:4 39:11
**individuals** [2] 29:6 39:9
**induce** [1] 49:12
**ineligible** [1] 48:25
**information** [41] 7:15 12:8 15:15 16:5,7,17,18 17:10 20:11 24:3 27:11 29:9,10 39:21,23 50:20 51:9,17,21 52:4,9,17 53:3,9,13 54:21,24 64:8 66:14,15 70:7 73:12 75:1,3,21 76:1,2 83:18 85:15 90:20 93:12
**inhabitancy** [3] 26:9 30:9 71:3
**inhabitant** [7] 5:18 42:10,13,22 45:16 77:24 79:9
**inhabitants** [1] 76:11
**injunction** [15] 6:18 27:10 32:15 50:16,19 51:14 58:15 68:12 83:17 84:2 88:19 89:8 90:10 91:16 93:22
**injunctions** [1] 53:20
**injunctive** [1] 38:6

Official - Subject to Review

**injured** [1] 4:13 9:9
**injuries** [3] 4:18 5:9 96:9
**injury** [10] 7:20 10:10 23:3 32:17 66:4,11 69:20 73:1,18 85:18
**inquiries** [1] 41:8
**inquiry** [2] 40:18,19
**inside** [1] 80:15
**insight** [2] 84:7,10
**instance** [2] 22:10 91:6
**instances** [2] 54:15,17
**instead** [1] 48:23
**intend** [2] 25:20 56:11
**intended** [1] 24:8
**intends** [2] 23:13 24:2
**intent** [1] 86:21
**interest** [1] 66:13
**interested** [2] 14:20,21
**Internet** [1] 83:25
**interpretation** [2] 72:11 83:8
**interrupt** [3] 67:20 68:5 87:23
**intervene** [2] 7:14,16
**intervention** [1] 58:11
**invalid** [1] 50:17
**invalidated** [1] 67:14
**invisible** [1] 71:22
**involving** [1] 79:21
**isn't** [10] 8:9 17:14 25:17 42:23 58: 5 64:2,16 74:25 84:13 94:16
**issue** [11] 16:24 17:4 38:12 50:23 52:18 57:25 68:25 73:19 76:14,19 88:23
**issued** [6] 52:12 73:14 82:15 84: 18 88:20 91:17
**issues** [5] 6:18 16:23 17:1 71:5 88: 16
**issuing** [3] 9:3 89:6 91:9
**it'll** [3] 4:21 20:16 21:14
**Italy** [1] 79:12
**itself** [3] 31:3,7 91:6

---

## J

**January** [5] 7:2 24:1 82:7 88:12 93:15
**JEFFREY** [5] 2:3 3:3,14 4:7 93:3
**jobs** [1] 72:9
**Johnson** [1] 79:6
**joined** [1] 38:21
**Judge** [2] 38:21,21
**Judges** [1] 41:16
**judgment** [23] 5:4 6:5 11:4 23:7 27:16 34:1 38:9 46:10 47:14,15 52:13,16 68:16,23,25 73:5 86:13 95:9,21,23 96:1,4,13
**judgments** [2] 95:9 96:13
**judicial** [4] 16:1 38:1 58:11 64:3
**judiciary** [1] 10:25
**July** [4] 63:23 73:15 84:18,25
**jurisdictional** [1] 37:25
**Justice** [263] 2:4 4:3,9 6:8,16 7:4, 12 8:9,17 9:14,20 10:2,4,5,6,16,18 11:6,13,17 12:7 13:8,23,25,25 14:2,3 15:18 16:6,21 17:6,18,23 18:1,4,13,14,17,20 19:1,1,2,5 20:9, 10,12 21:17 23:5,5,9,9,11,22 24:9,

---

17 **25:**5,22 **26:**1,11 **27:**19,19,21,23, 23 **28:**12,19,24 **29:**5,12,17 **30:**1,10 **31:**5,9,12,18 **32:**4,19,20,20,22 **33:** 10,16 **34:**9 **35:**23 **36:**12,15,23 **37:** 5,7,11,13,13,15,16,24 **38:**3,16,18, 18,19 **39:**6,19 **40:**3,15 **41:**25 **42:**2, 2,4,7 **43:**16,23 **44:**17 **45:**20 **46:**2 **47:**2,4,7,17 **48:**7,12 **50:**11,22 **51:**4, 23 **52:**2,21,23,24,25 **53:**10,22 **54:**4, 5,5,7 **55:**1,8,12,20,23 **56:**1,9 **57:**24 **58:**22,22,24 **59:**10,14,21, 21,23,24,24 **60:**1,13,17,24 **61:**7,21 **62:**3,3,4 **63:**21 **64:**10,10,12,13,21 **65:**18 **66:**17,20,20,22,23,24 **67:**17, 19 **68:**4 **69:**6,6,8,9,16 **70:**20 **71:**8, 10 **72:**13,18 **73:**11,23 **74:**11,24 **75:** 4,17,18,19,20 **76:**3,20 **77:**14,15,15, 17,21 **78:**5,18 **79:**18,18,19,20 **80:**7, 21 **81:**4,19,20,20,22 **82:**2,13,18 **83:** 1,10 **84:**3,3,4,16 **85:**20,25 **86:**1,1,3, 5,5,7,8 **87:**22 **88:**11,25 **89:**1,1,3,9, 18,21 **90:**3,8,14,16 **91:**4,13,14,19, 20 **92:**16,25 **93:**6,11 **95:**12 **96:**15
**Justice's** [1] 31:21

---

## K

**Kagan** [26] 27:19,21 28:12,19,24 29:5,12 30:1,10 31:5,9,12,18 32:4, 19 37:24 38:18 39:7 62:3,4 64:12 73:11 84:3,4,16 85:25
**Kaplan** [1] 94:8
**Katsas** [2] 38:21 41:16
**Kavanaugh** [21] 37:14,15 38:16 39:19 40:3,15 41:25 47:17 66:21, 22 67:17,19 68:4 69:16 86:6,7 87: 22 88:11,25 90:16 95:12
**Kavanaugh's** [1] 69:10
**keep** [1] 27:22
**keeping** [1] 31:24
**key** [1] 40:23
**kind** [17] 25:1 30:12 32:6 41:9 44:8 61:24 91:1
**kinds** [2] 22:9 28:20
**knows** [1] 84:11

---

## L

**labeled** [1] 53:5
**labels** [1] 47:18
**lack** [3] 6:4 41:5 90:24
**lacks** [2] 83:5 88:9
**language** [3] 16:13 36:5 81:14
**large** [3] 9:6 22:21 24:8 76:17 92:6
**last** [9] 5:4 8:21 19:13 26:4 65:12 79:21 85:13,21 87:13
**later** [4] 9:5 18:22 61:7 90:17
**Latino** [1] 92:16
**latter** [2] 39:25 73:9
**law** [17] 13:22 27:1 39:13 43:14 45: 15 49:2,5,10 50:17 52:20 53:8 61: 2 76:6,8 77:5,7 86:23
**lawful** [12] 22:12 48:18 49:25 50:4 58:20 71:21 77:25 79:2,15 81:16 90:13,25
**lawfully** [1] 20:5

---

**lawfulness** [3] 77:18 89:22 91:10
**laws** [3] 48:14,20 71:13
**lawsuit** [2] 5:8 7:23
**lawsuits** [1] 9:1
**lay** [1] 94:16
**leadership** [1] 6:23
**least** [6] 6:2,3 7:1 26:7 53:5 74:12 85:17
**leave** [2] 49:13 59:19
**ledger** [1] 40:11
**left** [4] 7:17 19:25 87:6 95:1
**legal** [9] 24:24 25:1 27:17 47:14,15 48:22 61:5 78:8 89:5
**legally** [1] 78:20
**legitimate** [2] 83:6 88:9
**legitimately** [2] 26:23 61:25
**level** [1] 21:2
**light** [2] 6:10 64:9
**likelihood** [1] 33:1
**likelihoods** [1] 33:9
**likely** [2] 49:14 70:15
**limit** [2] 26:15 45:9
**limitations** [1] 24:22
**limited** [1] 33:18
**limits** [1] 23:16
**line** [5] 27:22 30:17 41:14 78:19 93: 15
**line's** [1] 30:19
**list** [5] 35:17 36:6,7,9 37:2
**listed** [1] 36:3
**listen** [1] 90:18
**literally** [1] 39:11
**litigated** [3] 5:7 35:14 70:1
**litigating** [1] 71:4
**litigation** [11] 30:22 65:13 67:11, 23 68:20 69:17 73:25 88:12 95:14, 16 96:5
**little** [8] 19:3,9 20:15 25:6 32:24 46:3 53:1 94:21
**live** [8] 32:11,12 61:3 71:20,21 72: 3 93:8 94:12
**lived** [2] 50:8 72:9
**lives** [2] 42:11 79:5
**living** [10] 25:8,17 38:11,11,23 39: 21 40:4 48:23 67:8 71:17
**long** [1] 78:11
**long-term** [2] 43:21 94:13
**longer** [1] 32:16
**longstanding** [1] 42:8
**look** [12] 11:20 12:12,24 19:17 40: 19 42:18,23 43:10 46:9 75:8 79:7 95:1
**looking** [1] 14:7
**looks** [1] 34:15
**losing** [1] 85:24
**lost** [1] 6:17
**lot** [9] 18:10 41:18 42:7,24 63:12, 12 85:6 87:21 94:11
**love** [2] 30:2 34:4

---

## M

**made** [5] 9:21 27:16 46:10 47:14, 14
**Madison** [1] 42:20

---

**maintained** [1] 85:9
**major** [1] 53:12
**majority** [2] 83:6 85:8
**manageable** [1] 8:14
**mandated** [1] 92:8
**mandates** [2] 46:18 76:5
**manipulated** [1] 71:16
**many** [18] 4:21 8:22 21:9,20 29:24 33:13 49:11 54:1,9,14,16 62:25 70:4 74:3,18 77:24 82:10,20
**March** [1] 5:22
**Marshals** [1] 81:3
**Massachusetts** [2] 56:1,3
**master** [2] 21:5 63:7
**match** [5] 29:10 62:19 63:25 64:23 73:16
**matching** [16] 28:24 29:4,16,20,21 33:2 39:15 62:16 63:8 65:14,16 84:6,12,13 85:7 93:12
**math** [1] 52:6
**matter** [11] 1:14 9:12 23:18 26:10 27:14 31:17 41:12,17,24 45:6 46: 7 61:2 64:14 66:12 91:2 94:21,22
**matters** [3] 41:7 46:8 47:18
**maximum** [4] 70:8 76:6 77:3 86: 23
**mean** [16] 7:6 8:11 15:25 18:14 28: 19,20 45:2,24 62:9 68:1,22 75:5 83:12,12 85:23 89:22
**meaning** [4] 34:17 44:15 78:24 92: 10
**meaningless** [2] 58:8,9
**means** [6] 6:5 13:11,13 24:6 69:16
**meant** [1] 89:24
**mechanism** [1] 25:15
**members** [2] 92:22 94:15
**memo** [12] 2:18 23:12,13 26:12,13 61:10 70:8 86:21 88:22 89:6,14 94:3
**memorandum** [26] 5:6,11 7:8 8: 20 11:25 17:2 24:4,20 26:6,8 27: 14 39:1,1 40:24 47:13 48:6 49:3,9 66:7 70:5 76:15 83:19 84:23 87:1 88:17 89:23
**mentioned** [1] 87:21
**merely** [1] 83:18
**merits** [16] 5:10 8:19 26:5,5 30:2, 11,21 34:5 41:21 42:6 47:21,23, 23 48:5 67:2 93:20
**method** [1] 39:2
**Mexico** [1] 46:25
**middle** [1] 20:25
**might** [9] 4:23 24:25 40:9 41:2 54: 1 64:6 65:2 68:2,2
**million** [11] 19:15 20:1,3,20 21:15 22:3,4 29:6,14 62:13 63:15
**millions** [5] 50:7 72:8 73:12 85:15 92:13
**mind** [1] 14:5
**minima** [1] 41:13
**minute** [5] 42:6 47:2,4 71:10 91: 20
**minutes** [1] 62:7
**missed** [2] 14:6 34:21

---

Official - Subject to Review

**missing** [1] 61:22
**mistaken** [1] 11:15
**mitigate** [1] 68:22
**models** [1] 21:7
**moment** [2] 58:10 72:4
**Monday** [1] 1:12
**months** [4] 30:23 31:17 73:20 75:14
**monumental** [1] 20:2
**morning** [10] 4:4,18 6:22 7:5 32:22 37:17 42:4 64:13 69:8 86:9
**mortgages** [1] 72:9
**most** [3] 54:11 87:15 94:12
**move** [3] 30:2,21 58:25
**moves** [1] 26:4
**MS** [40] 48:12 50:15 51:3,13,25 52:11 53:7,14,25 54:16 55:6,11,14,22 56:2 57:16 58:9 59:8,13,17 60:11,16,23 61:6,20 62:2 63:6 64:14,19 65:6,19 66:2,18 67:12,18,25 68:21 69:23 71:6,12
**much** [15] 5:16 8:17 9:25 12:19 19:9,22 37:18 46:7,8 63:14 65:21 70:11 73:11 74:25 85:19
**must** [6] 49:16 59:4 64:18 80:10 82:5,8

## N

**named** [1] 13:16
**names** [1] 20:3
**narrower** [1] 76:14
**nation** [1] 74:20
**nation's** [2] 46:4 71:19
**nationality** [1] 79:11
**naturalized** [1] 18:8
**nature** [1] 91:18
**nearly** [1] 46:8
**necessarily** [1] 45:2
**necessary** [2] 24:3 32:1
**need** [6] 6:14 7:2 45:4 46:16 47:3 71:25
**needs** [2] 27:11 93:22
**negative** [2] 18:10 45:18
**neighbors** [1] 92:21
**never** [5] 18:8 32:7 35:14 44:18 78:15
**nevertheless** [1] 45:16
**NEW** [19] 1:7 2:6,6,8,8 4:5 8:7 34:23 48:17 67:20 70:16 88:16 89:6,6,22,25 90:4,5 91:9
**night** [1] 94:17
**nobody's** [2] 37:6,9
**non-citizens** [3] 8:11,23 39:21 40:4 48:25 67:3,8 86:22 87:6
**non-detained** [1] 29:6
**non-inhabitant** [1] 77:13
**non-residents** [1] 76:16
**non-voting** [1] 71:23
**None** [1] 18:24
**normal** [2] 30:19 31:25
**normally** [1] 5:7
**North** [1] 73:7
**northern** [1] 47:1
**note** [1] 80:3

**noted** [4] 76:9 77:23 85:14,20
**notes** [1] 92:17
**nothing** [8] 41:22 43:12 47:25 83:22 88:7 89:4,11,24
**notice** [1] 74:20
**notifying** [1] 82:10
**November** [1] 1:12
**nub** [1] 82:20
**number** [23] 4:22 11:21 13:15,19 14:18 19:18,20 20:23 24:7,15 29:1 33:5,18 48:16,23 51:9 52:8 55:3 62:12 72:22 74:23 84:21 92:1
**number's** [1] 24:7
**numbers** [5] 13:9 6:12,12,25 13:7 19:12 20:20 22:21 25:25 38:19 55:17 56:24 57:11,14 58:4 60:5,8,15,22 61:14,23,25 62:19 63:12 73:10,10 75:8

## O

**object** [1] 69:24
**obligations** [1] 40:24
**obvious** [1] 43:1
**obviously** [6] 10:23 12:22 22:17 28:20 30:23 41:19
**occurs** [1] 63:8
**offered** [1] 48:1
**offering** [1] 79:11
**official** [1] 10:24
**Ohio** [1] 40:20
**Okay** [15] 11:13 14:9 18:4,4 28:12 29:5,12 36:23 40:3 52:5 55:5,20 59:10 71:8 91:14
**omelet** [1] 8:24
**once** [8] 21:6 30:14 57:1 58:1,12 65:22,22 82:14
**one** [24] 5:18 8:11 10:21 18:5,21 19:22 24:22 25:11 29:23 33:4 35:2 38:20 63:17 69:9 72:1 73:9,13 76:15 84:20 86:10 88:4,18,23 92:19
**one-by-one** [1] 70:2
**ones** [5] 9:18 15:2 18:12 46:21 87:14
**ongoing** [1] 75:15
**only** [18] 9:4 17:19 19:25 30:23 35:4 36:8 37:20 39:23 40:1,1 42:18 46:21,21,24 60:5 63:11 65:7 69:14
**open** [1] 95:13
**operate** [2] 51:21 58:12
**operates** [1] 58:15
**operative** [3] 6:13 51:19 81:15
**opine** [1] 63:9
**opinion** [5] 9:3 19:13 38:20,25 85:21
**opportunity** [2] 34:4 93:18
**option** [1] 31:2
**oral** [7] 1:15 3:2,5,9 4:7 48:10 72:16
**order** [15] 7:9 14:24 27:6 30:25 38:12 46:12 50:13,25 51:15 60:21 73:15 77:20 78:8 83:21 84:19
**orders** [6] 21:22 22:10 28:7 78:10,

14 93:25
**other** [37] 4:25 9:8 10:1 11:7 13:14 14:20 16:14 18:23 24:11 25:14 29:2,24 34:12 35:9,22 36:10,18 40:11 43:3,8 44:23 45:17 48:22 52:14 54:2 56:8 59:20 62:12 65:11 70:16 71:22 78:13 85:10 94:10 95:1,9,9
**others** [1] 28:5
**out** [14] 7:10 11:23 15:24 21:18 29:18 31:3,7 39:2 62:6 64:1,7 69:19 73:11 93:17
**outside** [6] 6:21 13:5 59:18 60:8
**over** [12] 4:11,15 5:16 10:17 24:12 34:17 35:12 36:20 41:14 62:13 75:13,14
**overbroad** [2] 77:12 87:17
**overlap** [3] 41:8,11,19
**overrule** [1] 57:2
**overruled** [1] 10:22
**overseas** [4] 44:5 46:14 56:7 94:14
**overstayed** [1] 94:1
**overstays** [1] 59:15
**own** [1] 30:15

## P

**pace** [1] 6:20
**PAGE** [2] 3:2 37:23
**pages** [1] 87:13
**paper** [1] 17:11
**papers** [2] 26:14 28:20
**parallel** [1] 96:14
**part** [7] 17:22 50:20 53:17 54:2 55:17 68:10 84:9
**partial** [1] 22:1
**participate** [2] 40:8,12
**participated** [1] 29:1
**participating** [1] 4:14
**particular** [8] 36:21 40:2 41:8 51:18 61:8 87:25 88:21 90:12
**particularly** [1] 87:5
**parties** [4] 4:25 5:9 32:12 37:4
**parties'** [1] 73:5
**parts** [2] 40:17,19
**party** [1] 31:15
**passed** [1] 15:20
**past** [4] 23:4 43:25 68:15 73:1
**pause** [1] 95:5
**pay** [1] 92:20
**people** [48] 5:19 13:13,21 18:7 19:15 20:4 21:9,20 22:3,4,11 25:12 26:22 27:18 28:4,21 29:14 39:12 48:18,23,24 49:1,3,6 56:9 59:1,3 60:9 61:9 62:9,11,14 63:1,2 71:20 72:8 73:6 77:22,25 78:7,9 80:22 84:14 85:23 87:20,21 89:14 95:6
**per** [1] 77:10
**percent** [5] 25:12 73:17 83:9 85:5 92:19
**perfectly** [1] 26:2
**Perhaps** [5] 34:20 65:5 67:25,25 70:16

**period** [3] 30:14 36:21 75:14
**periodic** [6] 35:10,22 36:10,12,18 37:1
**permanent** [1] 78:1
**permission** [1] 23:14
**permit** [2] 61:17 92:10
**permits** [1] 61:4
**permitted** [2] 42:14 77:4
**person** [24] 40:9,13 43:17,19,20,24 49:10,11 50:5 57:8 59:17,19,20 61:2 78:2,3 79:4 80:8,11,14,19 81:5,7 92:3
**person's** [2] 79:16 81:18
**personnel** [3] 43:22 44:5 46:14 94:13,14
**persons** [10] 14:18 18:5,15 28:7 33:19 48:16 50:20 71:17 72:22 92:1
**petition** [1] 78:12
**phrasing** [1] 40:20
**physical** [1] 79:16
**pick** [2] 21:9 22:13
**picked** [3] 22:16 36:5,8
**picks** [1] 36:18
**picture** [1] 21:24
**piece** [1] 17:11
**pivot** [1] 4:17
**place** [2] 42:11 74:7
**placed** [2] 51:15 79:24
**plain** [3] 78:24 81:14 92:9
**plainly** [2] 83:5 88:9
**plaintiffs** [3] 19:14 40:25 41:3
**plausible** [2] 83:8 92:23
**play** [2] 31:3,6
**please** [3] 4:10 48:13 72:19
**plus** [2] 20:3 22:4
**PM** [1] 7:6
**PM-related** [1] 7:1
**point** [24] 6:9 7:21 8:23 10:16 17:19 20:8 22:23 24:9 28:16 33:23 39:24 40:23 41:1 46:16 52:12 58:25 60:25 62:25 63:18 64:4 86:10,18,20 91:8
**pointed** [3] 34:12 73:11 91:2
**points** [1] 24:16
**policies** [1] 70:16
**policy** [35] 14:25 23:18 24:21 27:14 47:15 48:17 49:16,20,24,25 50:3,6,17 52:13 67:14,16,21 70:3,10,15 71:18 72:7 76:4,13,19,23 83:2,5 88:3,8 90:5,12 91:6,9,17
**political** [4] 6:1 48:2 94:20,25
**population** [9] 14:10 54:10 71:14 73:17 77:22 85:5,8 92:5,9
**populations** [1] 92:7
**position** [5] 12:5 42:9 76:7 80:8 91:8
**positions** [2] 89:25 91:9
**possessing** [1] 26:23
**possibility** [4] 19:8 20:8 39:2 49:25 95:13
**possible** [14] 4:17 6:25 9:1 33:21,21 38:22 39:20,20,22 40:1,4 58:2 70:4,12

Official - Subject to Review

**post-apportionment** [11] 5:8 7:
22 8:4,25 11:5 30:12,14 68:13 73:
24 95:14 96:3
**post-transmission** [1] 68:14
**posted** [1] 59:7
**posture** [2] 19:5 38:4
**potential** [1] 9:8
**potentially** [1] 7:10
**power** [2] 18:3 32:14
**powerful** [1] 42:22
**powers** [1] 16:25
**practical** [1] 32:25
**practically** [1] 83:12
**practice** [6] 18:21 42:8 44:24 45:2
73:5 81:10
**pre-apportionment** [1] 23:2
**pre-enforcement** [1] 41:4
**precedent** [1] 5:17
**precise** [1] 50:23
**precisely** [1] 50:12
**preclude** [1] 89:9
**precluded** [1] 91:8
**prefer** [1] 8:18
**prepares** [1] 51:6
**prerogative** [1] 94:24
**presence** [4] 43:14 50:10 71:23
79:17
**present** [7] 5:20 13:14,21 20:19
39:12 49:1 65:1
**presented** [1] 76:12
**PRESIDENT** [96] 1:3 5:11,16 6:2,
12,20 7:2,9,15,18 8:1,6 9:4,21 10:
12,20 11:1,3,22 12:14 13:4,11 14:
13,17 17:7,10 18:2 24:3,23 26:15
27:7 28:17 31:13,20 32:8,8,14 36:
1 37:21 38:4,6,8,13 45:24 46:10,
13 47:11,13 51:2,8,11,24,25 52:3,
15 53:13,19,21 56:4 57:7,10,12,15,
16 58:3,13,14,17,20 60:4,22 61:22
67:7,9 68:13,14 69:1,14 70:4,6 73:
14 74:2 82:4,5 83:15 84:18 88:15
89:6,9 92:11 93:20 94:2 95:23,25
96:3,10
**President's** [11] 13:18 14:24 15:
24 16:24 23:12 46:11 48:17 57:3
70:9 89:16 93:18
**Presidential** [10] 7:8 8:19 11:25
24:4 26:6,8,13 39:1 66:7 83:19
**press** [2] 19:3 32:23
**pressed** [1] 21:10
**presumably** [1] 53:17
**pretends** [1] 49:9
**pretty** [2] 28:3,22
**prevail** [1] 95:16
**previously** [1] 60:20
**principle** [1] 52:17
**prison** [1] 25:10
**Private** [3] 2:9 3:11 72:17
**problem** [18] 5:11 9:12 28:23 29:4,
16 32:3 53:20 58:12 62:16,16,16
64:1,17,17 66:1 68:19 73:24 81:
24
**procedural** [4] 5:10 16:22,25 17:
20

**procedures** [2] 11:10 31:23
**proceedings** [5] 29:7 62:12 70:25
74:17 75:12
**process** [11] 12:21 33:2 39:16 40:
14 58:11 62:18,22 63:8 73:21 84:
7,8
**processes** [3] 74:23 75:16 78:16
**processing** [1] 6:19
**produced** [1] 72:3
**prohibit** [3] 83:22 88:21 90:11
**prohibited** [1] 84:1
**prohibition** [1] 89:5
**prohibits** [2] 27:10 83:18
**prompt** [1] 74:20
**property** [1] 92:20
**proposed** [1] 77:9
**prospect** [4] 25:24 32:6 33:17 96:
7
**provide** [7] 20:10,14 22:1 24:2 33:
24 60:14 71:13
**provided** [3] 20:11 29:3,11
**provisions** [2] 15:20 81:16
**proxies** [1] 29:3
**prudence** [1] 66:13
**prudential** [6] 9:13 41:17,20,23
47:19 93:16
**prudentially** [1] 30:4
**publishing** [1] 83:23
**purported** [1] 76:16
**purportedly** [1] 88:4
**purpose** [1] 14:19
**purposeless** [1] 99:9
**purposes** [5] 15:8 16:13 32:18 59:
5 80:5
**pursuant** [1] 67:15
**put** [1] 58:18
**puts** [2] 51:7,9

### Q

**qualifies** [1] 36:22
**qualify** [8] 30:9 35:18 36:8,9 44:13
46:3 77:25 83:7
**question** [43] 5:19 6:9 7:13 12:20
16:11 17:5 18:25 20:24 21:12 22:
20 23:23 29:18 31:21 34:10 38:5
40:16 42:25 43:45:17 46:4 50:2
55:24 57:19,19,20,21 61:5 62:5
63:3,5 64:9 65:19 69:9,10 70:19
74:15 79:21 82:19 84:10 85:22 90:
15 91:11 94:5
**questioning** [4] 25:6 27:23 66:24
75:24
**questionnaire** [1] 62:20
**questionnaires** [1] 29:2
**questions** [5] 6:7 56:19 73:25 74:
6 86:4
**quick** [1] 24:16
**quickly** [5] 9:15 30:22 31:4,5,14
**quite** [8] 19:6,8 62:21 65:15 66:3
77:11,23 78:11
**quote** [3] 42:12,16,19
**quoted** [1] 86:24
**quoting** [2] 16:19 24:5

### R

**raised** [4] 6:10 17:1 37:6,9
**rather** [3] 41:23 73:20 76:16
**ratification** [1] 92:6
**rationale** [4] 72:1,2 90:1,4
**reach** [1] 8:18
**reaches** [1] 48:5
**read** [2] 23:12 28:1
**ready** [2] 21:6 93:13
**real** [4] 5:15 25:24 32:6 96:6
**realistic** [1] 20:7
**really** [11] 16:23 17:4 30:3 40:18
42:8 43:8 50:25 57:4 62:21 69:21
87:24
**realm** [2] 59:18 89:15
**reapportioned** [1] 35:13
**reapportionment** [1] 74:21
**reason** [7] 11:2 21:1 23:19 25:7
70:18 90:22 96:1
**reasonable** [3] 33:17,17 72:11
**reasoning** [2] 90:7 91:1
**reasons** [8] 8:20 30:6 43:1 48:4
59:9 61:12 71:2 74:18
**REBUTTAL** [3] 3:13 93:2,3
**recent** [1] 54:11
**recently** [1] 66:5
**recipient** [1] 69:4
**recipients** [3] 28:13 62:11 71:1
**recognized** [9] 9:24 49:23 56:6,8,
12
**record** [5] 22:17,19 40:10 74:11
85:2
**records** [17] 17:21 21:6 22:9 28:
21,25 29:15 39:7 40:1 62:9 63:2
64:23,24 73:17 84:15,20 85:9,12
**redistricting** [4] 30:16 73:21 74:
22 75:15
**redo** [1] 8:8
**redressable** [2] 10:11,19
**redressed** [1] 7:21
**refer** [1] 11:20
**referenced** [2] 35:25 86:25
**reflect** [1] 48:20
**reform** [5] 12:18 57:4,14 58:4 95:
22
**reformation** [2] 57:18,22
**refuse** [2] 72:3,8
**refuses** [1] 49:21
**refusing** [1] 48:17
**regard** [1] 72:23
**regular** [1] 36:25
**regulation** [1] 41:2
**reject** [2] 71:19 72:7
**relate** [1] 84:20
**released** [1] 25:13
**reliable** [1] 29:9
**relief** [11] 7:2 9:1 10:18,19 31:14
32:6 38:6 50:13 78:13 82:25 95:
19
**relies** [1] 79:8
**reluctance** [1] 58:14
**rely** [3] 12:15 79:9 88:2
**remain** [1] 49:15

**remains** [2] 6:25 20:7
**removal** [9] 21:22 22:10 28:8 29:6
62:12 70:25 78:10 93:25 94:23
**remove** [1] 77:20 78:8
**removed** [3] 5:22 22:11 94:9
**repealed** [3] 34:15,24 35:1,1,4
**repeated** [1] 63:20
**reply** [3] 34:20 86:12 87:13
**report** [48] 6:20 8:6,7 12:11,15 13:
6 14:14,21 15:5,11,14 28:8,11,14
31:1,13,19 32:8,10 35:10,19,22
36:2,10,18 37:1 50:21 52:4,18 53:
6,17 54:13,22 55:3,17 58:19,20
60:9,12,14 75:7 82:3,5,14 83:20
93:13 95:11,22
**reported** [1] 14:12
**Reports** [3] 34:13 35:4 36:1
**represent** [1] 24:13
**representation** [3] 6:1 48:2 94:20
**representations** [2] 63:20 77:2
**representatives** [4] 14:11 16:9,
19 17:13 19:21,24 71:25
**request** [1] 16:4
**requested** [2] 9:7 16:17 17:10
**require** [3] 35:13 38:24 48:14
**required** [6] 14:10 15:12 16:7,18
17:12 74:21
**requirement** [2] 34:8 71:3
**requirements** [2] 41:3 80:14
**requires** [2] 41:22 71:24
**requiring** [1] 38:9
**reside** [3] 72:10 78:10 81:7
**residence** [17] 43:2,13,20 44:3,15
47:25 56:10 78:24 79:3,10,12,14
80:2,13 81:8,14 89:15
**residency** [2] 25:8 34:7
**resident** [10] 5:23 34:6 43:11,12
45:19 59:19 78:1 80:17,25 94:23
**residential** [1] 81:18
**residents** [6] 47:24 56:6 71:23 83:
8 92:14,23
**resides** [4] 42:11 50:6 79:1 81:5
**residing** [2] 43:6 44:6
**resist** [1] 8:17
**resolve** [2] 72:6 73:19
**resolved** [1] 74:6
**resolving** [1] 75:23
**respect** [10] 9:9 11:1 17:1 28:18
33:2 39:10 72:24 84:12,13 88:3
**respond** [1] 51:16
**Respondent** [1] 10:9
**response** [5] 34:19 35:2,3 39:4 86:
10
**responses** [1] 93:7
**restrictions** [1] 46:6
**results** [1] 39:16
**return** [1] 56:11
**revealed** [1] 87:2
**reverse** [4] 48:5 93:22 95:8 96:13
**reversed** [1] 6:6
**review** [6] 16:1 31:2 38:1 78:12
**revise** [1] 8:6
**reward** [1] 49:4
**rewards** [1] 49:8

Official - Subject to Review

**ripe** [2] 93:8,17

**ripeness** [11] 9:13 32:18 40:16,17, 21 41:5,17,20 44:9 74:17 93:16

**ripple** [1] 8:12

**risk** [8] 66:4,10,19 73:1,2,18 74:12 85:17

**ROBERTS** [49] 4:3 6:8 7:4,12 8:9 9:14 10:2 13:25 18:17 19:1 23:5,9 27:19 32:20 37:13 42:2 47:2,4 48: 7 50:11,22 51:4,23 52:2,21 54:5 56:16 58:22 59:21,24 62:3 64:10 66:20 69:6 71:10 72:13 73:23 74: 24 75:17 77:15 79:18 81:20 84:3 86:1,5 89:1 91:20 92:25 96:15

**roughly** [1] 4:20

**round** [3] 30:22 65:12 74:17

**rule** [6] 26:21 45:5 64:18 82:22 86: 20 87:23

**rules** [3] 39:1 80:2 81:2

**ruling** [1] 88:8

**run** [6] 10:19 16:21 21:7 90:25 93: 11,17

**runs** [1] 21:18

# S

**same** [12] 12:8 13:5 27:2 29:8 37: 23 41:15 57:19 65:11 80:13,20 91: 1 95:19

**sampling** [6] 11:12 20:2 38:25 39: 5,14 64:22

**satisfy** [5] 26:9 34:6 41:13 47:23 71:2

**satisfying** [1] 20:16

**saved** [1] 49:24

**saving** [1] 88:2

**saying** [19] 17:9 26:12,15 28:1 29: 16 37:25 38:2,7 45:18 47:8 50:14 52:13 65:7,8 66:8,14 67:22 80:21 91:6

**says** [23] 12:10,17 14:8,9,24 15:3 18:5 23:13 24:2 26:12,13 49:16 61:11,13 62:15 70:8,22 83:15 87: 1 94:4,17,20 95:1

**Scalia** [1] 10:18

**scheduled** [1] 5:22

**scheme** [1] 12:13

**school** [1] 94:15

**scientist** [1] 84:17

**scope** [1] 90:6

**screen** [1] 22:16

**se** [1] 77:10

**seat** [2] 63:16 73:9 85:24

**seats** [4] 48:15 71:13 72:21 82:10

**second** [8] 19:22 24:23 25:4 46:6, 7 58:25,25 63:3

**Secretary** [49] 5:5,12 6:11 7:14 8: 5 10:24 12:18,24 14:8,12,13 15: 14 16:5 17:8,9,16 30:25 32:7 50: 25 51:5,15 52:7 53:16 56:4,23 57: 3,9,13 58:1,3,16,18 60:6,7,21 61: 10,13,16 67:7,15 69:24 74:1 83: 13,21,23 93:13 95:10,21

**Secretary's** [3] 12:15 82:3 83:20

**Section** [6] 12:11 34:16,23 36:2

53:6 95:22

**secure** [2] 92:5,5

**Security** [1] 85:10

**see** [11] 16:17 21:25 24:13 27:18 34:20 40:17 60:1 75:8 79:20 80: 18 89:13

**seek** [2] 50:13 78:13

**seeking** [1] 31:2

**seem** [3] 8:13 66:14 93:9

**seems** [16] 10:13 12:14 13:2 20:1 28:3 29:18 30:13 33:4 50:24 58:8 64:5 65:17 68:10 75:24,24 82:20

**seized** [1] 11:18

**semi-annual** [2] 35:9 36:10

**send** [14] 5:12 6:20 8:7 17:11 32:7, 9 51:8 74:16 82:9 83:14,15 93:13, 18 95:10

**sending** [2] 12:15 75:11

**sends** [1] 51:10

**senior** [1] 6:23

**Senken** [1] 41:20

**sense** [8] 5:25 25:18 32:13 33:8 44:11 58:10 64:6,6

**sent** [7] 35:12 46:25 53:3,24 54:22, 24 58:4

**sentence** [1] 45:22

**separate** [8] 11:14 13:7 51:9 53:4 55:18 56:25 60:14 91:10

**separately** [2] 53:24 54:24

**serious** [1] 9:11

**set** [7] 12:21 13:19 27:15 28:18 29: 23,24 36:21

**sets** [4] 5:12 12:25 55:16 58:6

**setting** [1] 15:25

**settle** [1] 42:15

**settled** [5] 5:23 34:7 43:11,13,20 47:25 94:23

**seven** [1] 82:6

**several** [3] 13:16 59:9 75:14

**shall** [3] 14:8,12,17

**shed** [1] 64:8

**Shelby** [2] 49:23 91:2

**shift** [2] 73:9 74:12

**short** [1] 75:9

**shouldn't** [5] 26:21 27:2 30:8 43:9 61:17

**show** [1] 16:12

**showing** [1] 14:18

**shown** [3] 22:19 54:11 74:1

**shows** [1] 73:2

**side** [9] 9:2 16:16 34:12 40:11 43: 8 44:23 52:14 63:19 95:1

**side's** [2] 11:17 94:10

**similar** [2] 40:18 60:2

**simple** [1] 21:12

**simply** [6] 16:4 81:8 82:22 90:23

**since** [3] 63:23 66:14 81:10

**single** [4] 57:8 58:7 80:8,9

**situation** [3] 6:15 56:13 58:6

**situations** [1] 56:8

**six** [2] 59:1 73:20

**sleep** [1] 94:12

**sleeps** [1] 79:5

**slightly** [1] 78:6

**small** [3] 28:2 47:21 69:25

**smaller** [1] 19:17

**snapshot** [1] 25:9

**social** [2] 84:17 85:10

**solely** [2] 49:22 92:15

**Solicitor** [9] 2:3,6 60:3 68:6,17 76: 9 77:1 86:12,16

**somebody** [4] 40:7 43:22 46:23 68:23

**somehow** [2] 12:5 17:22

**someone** [3] 5:21 78:25 80:5

**sometimes** [4] 11:19 46:24 55:16, 18

**soon** [1] 66:15

**sorry** [7] 7:7 36:4 60:19 67:19 68:5 75:4 87:22

**sort** [5] 22:19 31:24 44:1,12 62:18

**sorts** [1] 51:17

**Sotomayor** [23] 23:6,10,11 24:17 25:5,22 26:11 58:23 59:22,25 60: 1,13,17,24 61:7,21 81:21,22 82:2, 13,18 83:2,10

**sought** [1] 11:23

**sound** [1] 5:25

**Sounds** [2] 7:4 28:22

**sovereign** [1] 43:15

**sovereign's** [1] 44:6

**specific** [4] 42:24 71:5 80:23 91: 16

**specifically** [3] 18:25 45:13 92:4

**specified** [1] 37:1

**speculating** [1] 68:1

**speculation** [4] 63:18,19 64:3,15

**speculative** [2] 65:21,23

**spend** [1] 44:6

**spent** [1] 94:11

**squeeze** [1] 56:21

**stable** [1] 81:8

**stage** [1] 8:15

**standard** [1] 78:23

**standing** [14] 7:13 9:13 32:18 40: 16,19,22 41:6 62:5 64:16 66:1,11, 19 72:24 74:14

**stands** [2] 12:6 33:15

**started** [1] 18:6

**starting** [1] 63:24

**state** [15] 8:12 42:21 48:16,24 56:9 71:17,20 72:11,22 80:15 82:11 84: 22 85:23 92:1,14

**stated** [1] 73:15

**statement** [15] 14:17 15:9,25 16:1 24:19 35:5,10,12,20 36:18,22 37: 21 38:5,13 93:19

**statements** [1] 51:19

**STATES** [25] 1:1,4,16 5:24 6:14 18: 10 20:5 23:15 25:13 26:22 30:15 39:12 49:4 54:10 57:8 63:17 72: 21 74:23 79:1 80:10,12,16 82:10 84:23 92:6

**statistical** [1] 64:22

**status** [18] 22:12 25:2 34:23 48:19, 22 49:22 50:5,10 71:21 72:23 79: 2,16 81:17 85:4 90:25 92:11,15 93:21

**statute** [11] 12:21 14:7 16:19 34: 18 35:1,25 36:19 50:18 61:3 74: 21 82:24

**statute's** [1] 35:2

**statutes** [7] 15:7,23 26:10 35:13 43:3 44:16 54:9

**statutory** [6] 2:1 12:13 15:19 45: 5 67:1 81:15 87:19

**stay** [3] 25:20 42:15 43:15

**Steel** [1] 41:19

**steps** [1] 51:21

**still** [6] 4:20 6:13,14 7:2 44:7 71:21

**stopped** [1] 43:7

**stops** [1] 88:7

**stranger** [1] 42:14

**strikes** [1] 9:11

**strong** [1] 18:12

**stronger** [1] 9:25

**structures** [1] 95:7

**students** [1] 94:15

**sub-category** [1] 26:16

**subcategories** [11] 13:9 52:9 70: 11 77:9 83:24 87:11,25 88:4,13, 22 89:7

**subcategory** [1] 76:25

**subgroups** [1] 76:15

**subject** [4] 21:21 28:7 80:13 93:25

**submission** [1] 12:16

**submit** [2] 56:24 82:5

**submitted** [3] 58:7 96:16,18

**subordinate** [1] 10:24

**subsequent** [1] 6:18

**subset** [8] 9:17,18 13:9 26:25 27:9, 12 28:11 93:21

**subsets** [9] 9:24 10:1 13:10,16, 19 24:25,25 39:23 40:2 47:12 67: 10,22

**substance** [1] 57:25

**substantial** [12] 21:15 24:15 41: 11 50:9 64:20 66:4,10,19 73:1,18 74:12 85:17

**substantially** [2] 20:18 24:8

**substantive** [5] 5:15 16:22,24 17: 4,25

**substitute** [1] 67:20

**subtract** [3] 15:7,9 52:8

**subtracting** [1] 63:15

**successful** [1] 63:10

**sue** [1] 61:16

**sufficient** [2] 29:3 32:17 44:13 66: 11

**suggest** [1] 75:25

**suggests** [1] 34:24

**suing** [2] 17:7,8

**suitable** [1] 56:13

**summary** [1] 73:5

**Sunset** [1] 34:14

**supplemental** [1] 37:4

**support** [2] 49:20 56:15

**suppose** [9] 37:3 51:4,5 54:19 55: 2 57:6,6,7 78:5

**supposedly** [1] 77:10

**SUPREME** [2] 1:1,15

**Susan** [2] 40:21 72:25

Official - Subject to Review

**sweep** [2] 83:6 88:9
**switching** [1] 89:25
**system** [1] 71:15

**T**

**tables** [1] 57:6
**tabulate** [1] 60:25
**tabulation** [10] 14:9,12,15,22 15:8, 11,11 17:12 51:6 60:14
**talked** [4] 27:24 30:7,13 54:18
**talks** [1] 42:21
**task** [1] 20:2
**taxes** [1] 92:18,20
**technology** [2] 63:7 65:15
**teed** [1] 30:3
**tells** [1] 95:24
**temporarily** [1] 80:17
**tens** [3] 20:24 28:4 65:4
**term** [6] 78:25 79:3,21 82:7 83:9 92:24
**terms** [1] 35:2
**test** [11] 5:18,19 26:9 30:9 34:6 43: 10 47:24 56:7 72:25 94:10,16
**Texas** [1] 74:23
**Text** [4] 5:17 18:24 46:17 84:23
**themselves** [1] 56:11
**theory** [8] 6:1 48:1 55:9,10,13,15 57:15 94:19
**there'd** [1] 37:3
**there's** [29] 5:10 11:2 18:20 21:15 22:4 26:24 28:2 29:16 31:21 32: 11,12 36:19 37:18 38:5 42:9 43: 12 47:25 57:21 64:8 65:24 69:20 73:18 75:25 83:22 87:20 88:7 93: 8 94:19 96:1
**therefore** [4] 4:17 5:2 15:13 59:15
**they'll** [2] 63:1 65:9
**they've** [6] 17:1 18:6 48:1 63:22 85:12 94:21
**thinking** [3] 55:2,2 71:2
**thinks** [1] 87:15
**Thomas** [70] 10:4,5,16 11:6,13,17 12:7 13:2,23 14:4 52:23,24 53:10, 22 54:4 75:18,19 76:3,20 77:14
**though** [4] 12:8 22:25 30:4 46:15
**thousand** [1] 85:22
**thousands** [3] 20:24 28:4 65:4
**three** [6] 8:3 24:16 59:7 77:8 87:11 93:23
**three-judge** [1] 5:3
**threshold** [1] 41:21
**Thuraissigiam** [3] 79:22 80:4 94: 25
**tie** [6] 44:4,8 54:12 94:6,7,18
**ties** [10] 6:4 25:2 43:24 44:1,10,12 46:22 50:9 56:10 72:10
**time's** [1] 71:9
**today** [2] 68:17 94:11
**toe** [1] 41:14
**together** [3] 15:20 16:22 85:17
**tons** [2] 62:8,9
**took** [4] 14:10 30:23 40:6 57:10
**total** [4] 55:5 71:14 73:6 92:9
**totally** [1] 58:8

**tougher** [1] 44:25
**tourist** [2] 59:11,14
**traditional** [1] 25:18
**transient** [2] 79:17 89:15
**transmission** [3] 51:20 53:9 55: 16
**transmit** [5] 6:12 14:17 38:10 53: 16 58:16
**transmits** [4] 7:14 37:21 38:5,13
**transmittal** [2] 7:17,18
**transmittals** [1] 51:19
**transmitted** [1] 52:7
**transmitting** [1] 50:19
**treated** [3] 43:5,6 56:7
**Treating** [1] 5:21
**treats** [1] 49:3
**triangle** [1] 47:1
**tried** [1] 12:20
**trillion** [1] 92:18
**true** [2] 15:22 70:17
**TRUMP** [2] 1:3 4:5
**try** [3] 19:3 28:11 79:19
**trying** [7] 17:16 21:24 22:7 39:6,11 53:22 62:18
**turn** [2] 32:9 34:4 79:2 81:16,17
**turned** [1] 57:7
**turns** [4] 21:2 64:1 78:25 79:16
**two** [10] 5:12 6:17 18:20 24:21 41: 8 46:25 55:16 56:19 58:2 88:4
**type** [2] 25:2 35:19
**typical** [1] 41:1

**U**

**ultimately** [2] 10:13 88:16
**unable** [1] 57:13
**unbroken** [1] 45:2
**uncertain** [2] 9:17 31:19
**uncertainty** [6] 21:16 29:21 37:19 38:17,17 63:19
**under** [30] 12:1,23 14:22 16:1 30:9 35:20 36:19 41:19 47:19 49:9 55: 12,15 57:17 72:11,25 76:6,8 77:5, 7,20,23 78:8,9 80:1,12 83:8 86:23 88:22 92:23 94:6
**understand** [3] 10:8 13:3 15:19 21:19 23:12 28:6 38:2 53:2 57:5 58:5 62:21 64:21 80:7
**understanding** [2] 11:7 25:23
**understood** [2] 62:6 64:14
**UNDERWOOD** [50] 2:6 3:6 48:9, 10,12 50:12,15 51:2,13,25 52:11 53:1,7,14,25 54:8,16 55:6,11,14, 22 56:2 57:16 58:9 59:8,13,17 60: 11,16,23 61:6,20 62:2,4 63:6 64: 19 65:6,19 66:2,18,23 67:12,18,25 68:21 69:23 71:6,11,12 86:11
**undetected** [2] 22:14 40:8
**undisputed** [1] 50:7
**undocumented** [30] 24:11 27:4 43:17 49:5,12,17,21,22 50:3,4,7,9, 20 59:20 73:13 76:5,8,11,17 77:6, 9 82:23 83:7,24 84:22 85:15 87: 12 90:24 91:24 92:17
**unequivocal** [1] 83:3

**unexercised** [1] 45:21
**unfortunately** [1] 22:22
**unidentified** [1] 26:19
**unimportant** [1] 63:5
**UNITED** [13] 1:1,4,16 5:24 20:5 23: 15 25:13 39:12 57:8 79:1 80:10, 12,16
**unknowns** [3] 8:3,22 47:9
**unlawful** [14] 16:2,7 39:2 49:24 52: 14 53:18 67:3 76:19,23 89:12,12, 24 91:7 92:15
**unlawfully** [9] 13:14 21:25 38:11, 23 39:22 40:5 67:8 79:23 86:22
**unless** [1] 57:1
**unlike** [1] 41:1
**unlikely** [1] 20:17
**unlimited** [1] 56:5
**unscramble** [4] 8:10,24,25 82:15
**until** [7] 21:4 29:22 33:12 66:5 74: 7 75:2 81:25
**up** [25] 11:21 12:21 14:4 15:18 21: 6,9 22:13,16 23:22 29:10 30:4 31: 16 36:6,8,18 37:22,23 46:5 47:5 71:9,11 81:23 88:16 91:21 95:13
**upheld** [1] 49:17
**uphold** [3] 8:19 26:6 48:6
**usable** [1] 54:1
**uses** [1] 60:15
**using** [1] 39:2
**usual** [11] 5:23 34:6,7 43:10,13 56: 6 78:24 79:3 83:7 92:22 94:23
**Utah** [7] 7:24 10:17,21 11:6 73:4,7 95:24

**V**

**Vacate** [4] 5:4 34:1 95:8 96:12
**valid** [2] 59:11 88:4
**validity** [1] 88:8
**various** [4] 21:5 33:2 35:17 83:23
**vast** [2] 83:6 85:8
**Vattel** [3] 42:12,16,19
**versus** [4] 5:24 55:25 73:4
**view** [8] 34:23 35:9,16,20 36:16 76: 10 77:5 84:6
**views** [2] 35:6 49:6
**violate** [3] 51:14 53:8 87:19
**violating** [1] 43:14
**violation** [7] 13:22 39:13 45:15 49: 2 50:17 52:19 82:24
**visa** [2] 59:12,15
**visas** [1] 94:1
**visited** [1] 81:6
**visiting** [1] 80:17
**vote** [1] 48:25
**voter** [1] 48:21
**voters** [1] 45:10
**voting** [1] 71:23

**W**

**wait** [5] 64:7 68:13 74:7,16 75:9
**waiting** [10] 38:17 66:13 69:19 74: 9,19,24 75:1,5 81:23,24
**WALL** [79] 2:3 3:3,14 4:6,7,9 6:15 7:7,22 8:16 9:19 10:7,15 11:9,16

**12**:13 **13**:13,24 **15**:17 **16**:20 **17**:18, 24 **18**:2,13,19 **19**:2 **20**:9,14 **22**:7 **23**:7,11 **24**:16 **25**:5,22 **27**:5,20,21 **28**:10,15,23 **29**:8,22 **30**:11,18 **31**: 8,11 **32**:3,23 **33**:10,20 **35**:8 **36**:4, 14,17 **37**:3,9,12,17 **38**:15 **39**:5,25 **40**:6 **41**:10 **42**:5,18 **43**:21 **44**:20 **46**:1 **47**:3,5,6 **48**:8 **62**:15 **69**:13 **70**: 5 **76**:9 **93**:2,3,5
**Wall's** [3] 62:7 77:2 84:6
**wanted** [7] 27:15,18 45:13 57:7 71: 15 95:2,4
**wants** [3] 12:24 61:8 88:2
**Washington** [2] 1:11 2:4
**way** [6] 22:5,24 25:21 31:25 62:6 88:18
**ways** [2] 14:20 44:21
**Webster's** [1] 79:8
**weeds** [1] 14:5
**week** [4] 5:4 8:21 19:13 26:4
**weeks** [6] 6:17 9:5 21:8 64:7 74: 10,25 75:5,6,22 93:10
**welcome** [2] 6:7 66:23
**whatever** [4] 4:15 5:14 33:5 61:18 70:13 89:22 95:5,17
**whatsoever** [1] 21:19
**whenever** [1] 21:8
**Whereupon** [1] 96:17
**whether** [38] 5:18 16:10 17:22 20: 4,7 21:13 24:22,23 25:10 27:16 29:19,20 32:1 33:14 39:17 47:11, 18 49:18 50:2 54:20 57:21 59:3 61:2 62:23 64:7,15 65:23 69:18 72:25 78:25 79:16 80:4,24,24 81: 5 84:7,9 90:12
**who's** [6] 23:25 42:14 43:22 46:23 59:11 70:25
**whole** [2] 14:18 91:25
**whom** [3] 78:19,20 84:14
**will** [40] 4:3 12:14 15:1,4 20:17,22, 25 22:14 25:12,26 26:15 28:8,13, 17 31:19 33:7,7,22 37:19 38:15 40:1 47:10,11 54:22 58:19 63:10, 25 66:15 67:23 73:19 74:3 76:1,2, 25 77:3 93:13 95:25 96:7,10
**window** [1] 47:22
**wins** [1] 16:16
**Wisconsin** [1] 7:23
**wish** [1] 33:24
**wishes** [1] 34:25
**withheld** [1] 49:4
**withholding** [1] 49:7
**within** [7] 22:21 38:11 44:13,15 82: 6,8 89:15
**without** [6] 10:11 20:2 26:13 53: 19 71:20 72:23
**wondering** [2] 62:22 68:9
**word** [2] 11:19 61:2
**words** [1] 72:12
**work** [4] 15:21 30:13,16 86:15
**worked** [1] 43:22
**workers** [2] 56:8 92:19
**working** [9] 20:13 28:10,15 33:11 63:13,23 65:10

Official - Subject to Review

**works** [2] **62**:22 **84**:8
**world** [3] **65**:23,25 **66**:3
**wrap** [3] **47**:5 **71**:11 **91**:21
**writ** [1] **76**:17
**written** [1] **50**:1

## Y

**year** [6] **20**:1 **24**:12 **79**:13 **84**:25 **85**:
 13,21
**year-end** [1] **6**:21
**years** [9] **36**:13,25 **43**:18,23 **44**:6
 **59**:7 **72**:20 **73**:14 **78**:4
**YORK** [7] **1**:7 **2**:6,7,8,8 **4**:5 **34**:23

Heritage Reporting Corporation