**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*, <br><br> Defendants. | Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are

the following documents:

Exhibit A:    *Per curiam* opinion and dissenting opinion in *Trump v. New York*, No. 20–366 (S. Ct. Dec. 18, 2020).

Exhibit B:    Order in *La Unión del Pueblo Entero v. Trump*, No. 8:19–cv–02710 (D. Md. Dec. 18, 2020)

DATED:  December 18, 2020                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:    (202) 353-5639
Fax:        (202) 616-8470
E-mail:    elliott.m.davis@usdoj.gov

*Counsel for Defendants*