# EXHIBIT B

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 8:19-cv-02710-PX-PAH-ELH La Union Del Pueblo Entero et al v. Trump et al Order on Motion for Miscellaneous Relief |
| **Date:** | Friday, December 18, 2020 7:35:46 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 12/18/2020 at 7:34 AM EST and filed on 12/17/2020

**Case Name:**     La Union Del Pueblo Entero et al v. Trump et al
**Case Number:**   8:19-cv-02710-PX-PAH-ELH
**Filer:**
**Document Number:** 142(No document attached)

**Docket Text:**
**ORDER granting [141] Joint MOTION To Modify Schedule re 139 Order on Motion to Expedite; the deadline set in the Courts prior order, [139], is VACATED and Plaintiffs shall file any Second Amended Complaint by January 31, 2021. Signed by Judge Paula Xinis on 12/17/2020. (ybs, Deputy Clerk)**


**8:19-cv-02710-PX-PAH-ELH Notice has been electronically mailed to:**

W. Neil Eggleston     Neil.Eggleston@kirkland.com

Gregory George Schwab     gschwab@pa.gov

Alan E Schoenfeld     alan.schoenfeld@wilmerhale.com

Debo P Adegbile     Debo.Adegbile@wilmerhale.com

Stephen Ehrlich     stephen.ehrlich@usdoj.gov, tracey.l.urban@usdoj.gov

Andrea E Senteno     asenteno@maldef.org

Nina Perales     nperales@maldef.org, cleija@maldef.org, ipina@maldef.org

Tanya G Pellegrini     tpellegrini@maldef.org

Niyati Shah     nshah@advancingjustice-aajc.org

Terry Ao Minnis     tminnis@advancingjustice-aajc.org

Eri Andriola     eandriola@advancingjustice-aajc.org

Thomas Saenz     tsaenz@maldef.org

Susan M Davies     susan.davies@kirkland.com

Daniel T Donovan     ddonovan@kirkland.com

Patrick Brown     patrick.brown@kirkland.com

Daniel A Hatoum     dhatoum@maldef.org

Elliott M Davis     elliott.m.davis@usdoj.gov

Jamie S Dycus     Jamie.Dycus@wilmerhale.com

**8:19-cv-02710-PX-PAH-ELH Notice will not be electronically delivered to:**