UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., BRAZILIAN WORKER CENTER, CHELSEA COLLABORATIVE, INC., CENTRO PRESENTE, GLADYS VEGA, NORIELIZ DEJESUS, ROY AVELLANEDA, DIEUFORT FLEURISSAINT, MARTHA FLORES, and JESSICA ARMIJO, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States in his Official Capacity, UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES BUREAU OF THE CENSUS, STEVEN DILLINGHAM, Director of the U.S. Census Bureau in his Official Capacity, and WILBUR ROSS, Secretary of the Department of Commerce in his Official Capacity, <br><br> Defendants. | Case No. 20-11421-DPW-BMS-PBS |

## ORDER TO SHOW CAUSE
December 21, 2020

### *PER CURIAM*

The Supreme Court of the United States having resolved the appeal in *Trump* v. *New York,* 20 WL 7408998 (U.S. Dec. 18, 2020) with its Order that "[t]he judgment of the District is

vacated, and the case is remanded with instructions to dismiss for lack of jurisdiction," *id.* at *3, it is ORDERED:

That the stay previously entered in this case (Dkt. No. 44) on November 3, 2020 is hereby DISSOLVED, and it is FURTHERED ORDERED,

That the parties shall on or before January 12, 2021, SHOW CAUSE, if any there be, why this case should not now be dismissed without prejudice in light of the Supreme Court's December 18, 2020 resolution of the appeal in *New York* v. *Trump*.

/s/ Bruce M. Selya
Bruce M. Selya
United States Court of Appeals Judge

/s/ Douglas P. Woodlock
Douglas P. Woodlock[*]
United States District Judge

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

---

[*] In accordance with the customary practice reflected in the three-judge District court opinions directing final judgment in the similar *New York* and *San Jose* cases now pending on appeal in the Supreme Court of the United States, *see City of San Jose* v. *Trump,* 2020 WL 6253433, at *51 n.17 (N.D. Cal. Oct. 22, 2020) (citing *New York* v. *Trump*, 2020 WL 5422959, at *36 n.21 (S.D.N.Y. Sept. 10, 2020)), Judge Woodlock, to whom this case was originally assigned, hereby certifies he has separately arrived at the conclusions this three-judge court has reached collectively by jointly issuing this Order for Stay *per curiam.*