UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,<br><br>       Defendants. | Civil Action No. 1:20–cv–11421–DPW |

**JOINT STATUS REPORT**

      The parties respectfully submit this Joint Status Report pursuant to the Court's November 3, 2020, Order for Stay, which provided "[t]hat this STAY shall remain in effect pending the earlier of further Order of this Court or the resolution of the appeal in *Trump v. New York*, (S. Ct. No. 20-366), following which the parties shall submit, within two weeks of the lifting of the Stay, a joint status report regarding future proceedings in this case and proposing a schedule for the pursuit of any such proceedings." Doc. 44 at 3.

      On December 18, 2020, the Supreme Court decided *Trump v. New York*, vacating the district court's judgment and remanding the case with instructions to dismiss for lack of jurisdiction. No. 20–366, -- S. Ct. --, 2020 WL 7408998, at *3 (Dec. 18, 2020) (per curiam). Accordingly, the parties are obligated to submit a joint status report on or before January 4, 2021.

      On December 21, 2020, this Court entered an Order to Show Cause, ordering "[t]hat the parties shall on or before January 12, 2021, SHOW CAUSE, if any there be, why this case should not now be dismissed without prejudice in light of the Supreme Court's December 18, 2020 resolution of the appeal in *New York v. Trump*." Doc. 56 at 2.

Given the impending holiday season and the extant January 4, 2021, joint-status-report deadline, the parties submit this Joint Status Report to apprise the Court that they intend to meet and confer early in the new year, and will respond to the Court's December 21, 2020, Order to Show Cause by the January 12, 2021, deadline.

DATED:  December 23, 2020                                         Respectfully submitted,


                                                                                          JEFFREY BOSSERT CLARK
/s/ Lauren Sampson                                                        Acting Assistant Attorney General

Oren Sellstrom (BBO #569045)                                    JOHN V. COGHLAN
Lauren Sampson (BBO #704319)                                  Deputy Assistant Attorney General
Lawyers for Civil Rights
61 Batterymarch St, Fifth Floor                                      ALEXANDER K. HAAS
Boston, MA 02110                                                           Branch Director
617-988-0609
lsampson@lawyersforcivilrights.org                              DIANE KELLEHER
                                                                                          BRAD P. ROSENBERG
                                                                                          Assistant Branch Directors

Neil V. McKittrick (BBO #551386)
Patrick M. Curran, Jr. (BBO #659322)                           /s/ Elliott M. Davis
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.         ELLIOTT M. DAVIS
One Boston Place, Suite 3500                                        Trial Attorney
Boston, MA 02110                                                           Civil Division, Federal Programs Branch
Tel: 617-994-5700                                                           U.S. Department of Justice
Fax: 617-994-5701                                                          1100 L St. NW
Neil.mckittrick@ogletreedeakins.com                           Washington, DC  20005
Patrick.curran@ogletreedeakins.com                           Phone:   (202) 353-5639
                                                                                          Fax:       (202) 616-8470
                                                                                          E-mail:   elliott.m.davis@usdoj.gov

*Counsel for Plaintiffs*                                                       *Counsel for Defendants*