# EXHIBIT B

(ORDER LIST: 592 U.S.)


MONDAY, DECEMBER 28, 2020


APPEALS -- SUMMARY DISPOSITIONS

20-561      TRUMP, PRESIDENT OF U.S., ET AL. V. SAN JOSE, CA, ET AL.

The judgment is vacated, and the case is remanded to the United States District Court for the Northern District of California with instructions to dismiss for lack of jurisdiction.  See *Trump* v. *New York*, 592 U. S. ___ (2020) (*per curiam*).

Justice Breyer, joined by Justice Sotomayor and Justice Kagan, dissents for the reasons stated in *Trump* v. *New York*, 592 U. S. ___ (2020) (Breyer, J., dissenting).

20-662      TRUMP, PRESIDENT OF U.S., ET AL. V. USECHE, NATALIA, ET AL.

The judgment is vacated, and the case is remanded to the United States District Court for the District of Maryland with instructions to dismiss for lack of jurisdiction.  See *Trump* v. *New York*, 592 U. S. ___ (2020) (*per curiam*).

Justice Breyer, joined by Justice Sotomayor and Justice Kagan, dissents for the reasons stated in *Trump* v. *New York*, 592 U. S. ___ (2020) (Breyer, J., dissenting).