UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAITIAN-AMERICANS UNITED, INC., *et al.*,

　　　　Plaintiffs,

v.

DONALD J. TRUMP, President of the United States in his Official Capacity, *et al.*,

　　　　Defendants.

Civ. A. No. 1:20–cv–11421–DPW–BMS–PBS

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

　　　　Pursuant to the Court's instructions at the November 2, 2020, status conference, attached are the following documents:

Exhibit A:　Defendants' Request for a Three-Judge Court in *National Urban League v. Ross*, No. 20–cv–5799 (N.D. Cal. Dec. 29, 2020).

Exhibit B:　Defendants' Answer To Plaintiffs' Second Amended Complaint in *National Urban League v. Ross*, No. 20–cv–5799 (N.D. Cal. Dec. 30, 2020).

Exhibit C:　Case Management Conference Transcript in *National Urban League v. Ross*, No. 20–cv–5799 (N.D. Cal. Jan. 4, 2021).

Exhibit D:　Case Management Order in *National Urban League v. Ross*, No. 20–cv–5799 (N.D. Cal. Jan. 4, 2021).

Exhibit E:　Joint Motion To Extend the Stay of Proceedings in *Alabama v. U.S. Department of Commerce*, No. 2:18–cv–00772 (N.D. Ala. Jan. 5, 2021).

Exhibit F:　Joint Status Report in *Alabama v. U.S. Department of Commerce*, No. 2:18–cv–00772 (N.D. Ala. Jan. 6, 2021).

DATED: January 7, 2021				Respectfully submitted,

						JEFFREY BOSSERT CLARK
						Acting Assistant Attorney General

						JOHN V. COGHLAN
						Deputy Assistant Attorney General

						ALEXANDER K. HAAS
						Branch Director

						DIANE KELLEHER
						BRAD P. ROSENBERG
						Assistant Branch Directors

						/s/ Elliott M. Davis
						ELLIOTT M. DAVIS
						Trial Attorney
						Civil Division, Federal Programs Branch
						U.S. Department of Justice
						1100 L St. NW
						Washington, DC  20005
						Phone:	(202) 353-5639
						Fax:	(202) 616-8470
						E-mail:	elliott.m.davis@usdoj.gov

						*Counsel for Defendants*