EXHIBIT C

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    NATIONAL URBAN LEAGUE, ET AL.,    )  C-20-05799 LHK
                                       )
6                      PLAINTIFFS,     )  SAN JOSE, CALIFORNIA
                                       )
7              VS.                     )  JANUARY 4, 2021
                                       )
8    WILBUR L. ROSS, ET AL.,           )  PAGES 1-32
                                       )
9                      DEFENDANTS.     )
     _____  )

10

11

12            TRANSCRIPT OF ZOOM PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
13             UNITED STATES DISTRICT JUDGE

14

15    A P P E A R A N C E S:

16    FOR THE PLAINTIFFS:    LATHAM & WATKINS
                             BY:  MELISSA A. SHERRY
17                           555 ELEVENTH STREET NW, SUITE 1000
                             WASHINGTON, D.C.  20004
18

19

20              APPEARANCES CONTINUED ON NEXT PAGE

21

22

23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2          APPEARANCES (CONTINUED)

 3

 4          FOR THE PLAINTIFFS:     LATHAM & WATKINS
                                    BY:  SADIK H. HUSENY
 5                                       STEVEN M. BAUER
                                    505 MONTGOMERY STREET, SUITE 2000
 6                                  SAN FRANCISCO, CALIFORNIA  94111

 7
                                    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 8                                  UNDER LAW
                                    BY:  EZRA D. ROSENBERG
 9                                  1500 K STREET, N.W., SUITE 900
                                    WASHINGTON, D.C.  20005
10
                                    BRENNAN CENTER FOR JUSTICE
11                                  BY:  THOMAS P. WOLF
                                    120 BROADWAY, SUITE 1750
12                                  NEW YORK, NEW YORK  10271

13          FOR PLAINTIFF           NAVAJO NATION DEPARTMENT OF JUSTICE
            NAVAJO NATION:          BY:  JASON M. SEARLE
14                                  P.O. BOX 2010
                                    WINDOW ROCK, AZ 86515
15

16          FOR PLAINTIFF CITY      OFFICE OF THE LOS ANGELES CITY ATTORNEY
            OF LOS ANGELES:         BY:  MICHAEL DUNDAS
17                                  200 NORTH MAIN STREET, SUITE 700
                                    LOS ANGELES, CALIFORNIA  90012
18

19          FOR PLAINTIFF CITY      CITY ATTORNEY
            OF SALINAS:             BY:  MICHAEL MUTALIPASSI
20                                  200 LINCOLN AVENUE
                                    SALINAS, CALIFORNIA  93901
21

22          FOR PLAINTIFF CITY      CITY OF CHICAGO LAW DEPARTMENT
            OF CHICAGO:             BY:  REBECCA HIRSCH
23                                  121 LASALLE STREET, ROOM 600
                                    CHICAGO, ILLINOIS  60602
24

25                       APPEARANCES CONTINUED ON NEXT PAGE
```

3

```
 1

 2    APPEARANCES (CONTINUED)

 3    FOR PLAINTIFF COUNTY    HOLLAND & KNIGHT
      OF LOS ANGELES          BY:  DAVID I. HOLTZMAN
 4                            50 CALIFORNIA STREET, 28TH FLOOR
                              SAN FRANCISCO, CALIFORNIA  94111
 5

 6    FOR PLAINTIFF GILA      AKIN GUMP STRAUSS HAUER & FELD
      RIVER INDIAN            BY:  MERRILL C. GODFREY
 7    COMMUNITY:              2001 K STREET N.W.
                              WASHINGTON, D.C.  20006
 8

 9    FOR THE DEFENDANTS:     U.S. DEPARTMENT OF JUSTICE
                              CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
10                            BY:  ALEXANDER SVERDLOV
                              450 5TH STREET N.W.
11                            WASHINGTON, D.C.  20530

12                            BY:  BRAD P. ROSENBERG
                                   DIANE KELLEHER
13                            P.O. BOX 883
                              WASHINGTON, D.C.  20044
14
                              BY:  JOHN V. COGHLAN
15                            1100 L STREET NW
                              WASHINGTON, DC 20005
16

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                    JANUARY 4, 2021

 2                    P R O C E E D I N G S

 3        (ZOOM PROCEEDINGS CONVENED AT 2:34 P.M.)

 4            THE CLERK:  GOOD AFTERNOON, YOUR HONOR.

 5            THE COURT:  GOOD AFTERNOON.

 6            THE CLERK:  CALLING CASE 20-5799, NATIONAL URBAN

 7    LEAGUE, ET AL, VERSUS ROSS, ET AL.

 8            MAY I PLEASE HAVE APPEARANCES FOR PLAINTIFFS NATIONAL

 9    URBAN LEAGUE; LEAGUE OF WOMEN VOTERS; BLACK ALLIANCE FOR JUST

10    IMMIGRATION; HARRIS COUNTY, TEXAS; KING COUNTY, WASHINGTON;

11    CITY OF SAN JOSE, CALIFORNIA; RODNEY ELLIS; ADRIAN GARCIA; AND

12    THE NAACP.

13            MR. HUSENY:  GOOD AFTERNOON, YOUR HONOR.

14        SADIK HUSENY OF LATHAM & WATKINS FOR THOSE PLAINTIFFS.

15            MS. SHERRY:  GOOD AFTERNOON.

16        MELISSA ARBUS SHERRY FOR THE SAME PLAINTIFFS.

17            MS. ROBINSON:  AND GOOD AFTERNOON.

18        ANNE ROBINSON OF LATHAM & WATKINS FOR THE SAME PLAINTIFFS.

19            MR. EZRA ROSENBERG:  AND GOOD AFTERNOON AND HAPPY

20    HOLIDAYS, YOUR HONOR.

21        EZRA ROSENBERG FROM THE LAWYERS' COMMITTEE FOR CIVIL

22    RIGHTS UNDER LAW FOR THOSE SAME PLAINTIFFS AND NAVAJO NATION.

23            MR. WOLF:  GOOD AFTERNOON, YOUR HONOR.

24        THOMAS WOLF, BRENNAN CENTER FOR JUSTICE, FOR THE SAME

25    PLAINTIFFS AND NAVAJO NATION.
```

```
 1                    THE CLERK:  THANK YOU.

 2              FOR PLAINTIFF NAVAJO NATION.

 3                    MR. SEARLE:  GOOD AFTERNOON, YOUR HONOR.

 4              JASON SEARLE, NAVAJO DEPARTMENT OF JUSTICE, ON BEHALF OF

 5         NAVAJO NATION.

 6                    THE CLERK:  THANK YOU.

 7              FOR PLAINTIFF CITY OF LOS ANGELES, CALIFORNIA.

 8                    MR. DUNDAS:  GOOD AFTERNOON.

 9              MIKE DUNDAS FOR THE CITY OF LOS ANGELES.

10                    THE CLERK:  FOR PLAINTIFF CITY OF SALINAS,

11         CALIFORNIA.

12                    MR. MUTALIPASSI:  GOOD AFTERNOON AND HAPPY NEW YEAR.

13              MICHAEL MUTALIPASSI ON BEHALF OF THE CITY OF SALINAS.

14                    THE CLERK:  FOR PLAINTIFF CITY OF CHICAGO, ILLINOIS.

15                    MS. HIRSCH:  GOOD AFTERNOON.

16              REBECCA HIRSCH ON BEHALF OF THE CITY OF CHICAGO.

17                    THE CLERK:  FOR PLAINTIFF COUNTY OF LOS ANGELES,

18         CALIFORNIA.

19                    MR. HOLTZMAN:  GOOD AFTERNOON.

20              DAVID HOLTZMAN OF HOLLAND & KNIGHT FOR THE COUNTY OF

21         LOS ANGELES.

22                    THE CLERK:  THANK YOU.

23              DID I MISS ANYONE FOR PLAINTIFFS?

24                    MR. GODFREY:  YES.  MERRILL GODFREY, AKIN, GUMP,

25         STRAUSS, HAUER & FELD, FOR GILA RIVER INDIAN COMMUNITY.
```

1             GOOD AFTERNOON, YOUR HONOR.

2               THE CLERK:  THANK YOU.

3          AND FOR ALL DEFENDANTS.

4               MR. SVERDLOV:  GOOD AFTERNOON.

5          ALEXANDER SVERDLOV FOR THE DEFENDANTS FROM THE U.S.

6     DEPARTMENT OF JUSTICE, CIVIL DIVISION.

7               MR. COGHLAN:  GOOD AFTERNOON, YOUR HONOR.

8          JOHN COGHLAN FROM THE DEPARTMENT OF JUSTICE ON BEHALF OF

9     THE DEFENDANTS.

10              MR. ROSENBERG:  GOOD AFTERNOON, YOUR HONOR.

11         BRAD ROSENBERG, ASSISTANT DIRECTOR OF THE FEDERAL PROGRAMS

12    BRANCH, ON BEHALF OF THE DEFENDANTS.

13              MS. KELLEHER:  GOOD AFTERNOON, YOUR HONOR.

14         DIANE KELLEHER, I'M AN ASSISTANT DIRECTOR AT THE

15    DEPARTMENT OF JUSTICE.  I'M HERE ON BEHALF OF THE DEFENDANTS

16    WITH MY COLLEAGUES.

17              THE COURT:  ALL RIGHT.  GOOD AFTERNOON.  WELCOME TO

18    EVERYONE AND HAPPY NEW YEAR.  I HOPE EVERYONE IS DOING WELL.

19         I WANT TO THANK ALL OF YOU AND OUR THREE JUDGE COURT ON

20    KEEPING THE CASE GOING THROUGH THE HOLIDAYS.  I ESPECIALLY WANT

21    TO THANK JUDGE COUSINS, JUDGE VAN KEULEN, AND JUDGE HIXSON.

22    THEY WERE EVEN REVIEWING DOCUMENTS YESTERDAY.  THEY HAVE REALLY

23    GONE ABOVE AND BEYOND AND I THINK WE ALL OWE THEM AN INCREDIBLE

24    DEBT OF GRATITUDE, ESPECIALLY ME, SO THANK YOU TO THEM.

25              LET ME FIRST -- WE HAVE JUST A FEW HOUSEKEEPING MATTERS TO

7

```
 1    HANDLE TODAY.

 2         LET ME FIRST ASK ABOUT THE ISSUE OF THE THREE JUDGE COURT,

 3    WHETHER PLAINTIFFS STILL INTEND TO OPPOSE THAT MOTION, OR NOT.

 4         MR. HUSENY:  YES, YOUR HONOR, PLAINTIFFS DO INTEND TO

 5    OPPOSE THAT MOTION.  WE DON'T THINK IT IS WELL FOUNDED.

 6         I BELIEVE OUR OPPOSITION TO THAT TECHNICALLY IS DUE, UNDER

 7    THE MOTION CALENDAR, NEXT WEEK.  WE PLAN TO FILE AN OPPOSITION

 8    TO THAT.

 9         THE COURT:  OKAY.  SO YOUR OPPOSITION IS DUE ON THE

10    12TH, AND THE GOVERNMENT'S REPLY IS DUE ON THE 19TH.

11         NOW, I KNOW YOU'RE VERY BUSY WITH DISCOVERY ON ALL SIDES.

12    IS THAT SOMETHING THAT YOU ALL WOULD CONSIDER EXPEDITING?  I

13    ACTUALLY DON'T THINK I'LL NEED A HEARING.  I THINK IT COULD BE

14    DECIDED ON THE PAPERS, AND I COULD TRY TO DO IT AS QUICKLY AS

15    IT'S BRIEFED.

16         IF IT'S A GRANT, IT'LL BE A RELATIVELY SHORT ORDER,

17    SIMILAR TO WHAT I DID IN CITY OF SAN JOSE.  I GUESS A DENIAL

18    COULD BE A LITTLE BIT MORE COMPLEX, BUT WOULD NOT HAVE ALL THE

19    TIME CONSTRAINTS NECESSARILY THAT A GRANT WOULD.

20         LET ME HEAR WHETHER THE PARTIES WANT TO HAVE THAT ADVANCED

21    OR YOU'RE FINE WITH THE CURRENT SCHEDULE, WHICH WOULD BE THE

22    12TH, THE 19TH, AND THEN I'LL TRY TO RULE AS QUICKLY AFTER THE

23    19TH AS POSSIBLE, BUT WE DO HAVE A HEARING DATE ON THE 28TH.

24         MR. HUSENY:  FOR PLAINTIFFS, YOUR HONOR, WE ARE FINE

25    WITH THAT SCHEDULE.  OF COURSE WE'RE WILLING TO FILE EARLIER IF
```

```
 1        YOUR HONOR WOULD LIKE US TO DO SO, BUT WE'RE FINE WITH THAT

 2        SCHEDULE AS IT EXISTS.

 3              THE COURT:  OKAY.  DO YOU WANT TO BE HEARD,

 4        MS. KELLEHER OR MR. ROSENBERG, MR. COGHLAN OR MR. SVERDLOV?

 5              MR. SVERDLOV:  YOUR HONOR -- THANK YOU, YOUR HONOR.

 6        WE ARE ALSO FINE WITH THE NORMAL SCHEDULE, AND WE ALSO

 7        THINK THE MOTION CAN BE RESOLVED ON THE PAPERS WITHOUT THE NEED

 8        FOR ARGUMENT.

 9              THE COURT:  OKAY.  ALL RIGHT.

10        WOULD YOU ALL PREFER THEN THAT I VACATE THE HEARING NOW,

11        OR WOULD YOU RATHER I KEEP IT ON THE CALENDAR JUST IN CASE?

12              MR. SVERDLOV:  YOUR HONOR, WE WOULD BE FINE WITH THE

13        COURT VACATING THE HEARING.  WE DON'T THINK IT'S NECESSARY.

14              MR. HUSENY:  THAT'S FINE FOR PLAINTIFFS, YOUR HONOR.

15              THE COURT:  OKAY.  WHY DON'T WE DO THIS:  I AGREE

16        WITH THE PARTIES THAT I DON'T THINK A HEARING WILL BE

17        NECESSARY, BUT WITHOUT SEEING THE PLAINTIFF'S OPPOSITION, I

18        WOULD WANT TO RESERVE THE POSSIBILITY OF HAVING ONE IF WE NEED

19        ONE, WHICH I DON'T -- I AGREE WITH YOU, I DON'T THINK WE WILL,

20        BUT JUST IN THE EVENT THAT WE DO, WE WOULD HAVE A DATE THAT

21        WE'RE ALL RESERVING.

22        SO WHY DON'T WE KEEP THE HEARING AS IT IS CURRENTLY

23        SCHEDULED, AND AS SOON AS I KNOW THAT IT CAN BE VACATED, I WILL

24        SO YOU CAN NO LONGER HAVE TO RESERVE THAT DATE ON YOUR

25        SCHEDULES.
```

1          OKAY.  ALL RIGHT.  AS FAR AS THE FACT DISCOVERY EXTENSION,

2     I'M GOING TO AGREE WITH THE DEFENDANTS' PROPOSAL THAT IT BE

3     EXTENDED FOR ALL PARTIES THROUGH JANUARY 21 INSTEAD OF JUST AS

4     TO THE DEFENDANTS.  OKAY?  SO THAT'S CASE-WIDE EXTENSION TO THE

5     21ST.

6          ALL RIGHT.  NOW, IT SOUNDS LIKE THERE ARE A NUMBER OF

7     POSSIBLE MOTIONS THAT ARE NOT QUITE RIPE, AND WHAT I'D LIKE TO

8     DO, RATHER THAN CONTINUING TO EXTEND THE SCHEDULE WHEN IT SEEMS

9     PREMATURE BECAUSE -- NUMBER ONE, I WANT TO APPRECIATE THE

10    PARTIES FOR WORKING OUT THE DISPUTES REGARDING THE DEPOSITION

11    NOTICE TOPICS FOR TOMORROW'S DEPOSITION, SO THANK YOU FOR

12    RESOLVING THAT AMONGST YOURSELVES AND NOT REQUIRING THE

13    MAGISTRATE JUDGES OR ME TO GET INVOLVED.

14         SO THIS IS WHAT I WAS GOING TO PROPOSE:  WHAT IF WE HAD --

15    AND TELL ME WHEN YOU THINK IT'S RIPE.  I WAS GOING TO SUGGEST

16    HAVING A CMC EITHER THIS THURSDAY OR THIS FRIDAY AFTERNOON AND

17    HAVE YOU FILE A JOINT CASE MANAGEMENT STATEMENT THE DAY BEFORE,

18    AND IF YOU THINK IT'S RIPE AT THAT TIME, I'LL SET A SCHEDULE TO

19    BRIEF MOTIONS; OR IF YOU'RE STILL WORKING ON IT, YOU CAN LET ME

20    KNOW AND I WOULD CONTINUE THE CMC TO, YOU KNOW, PERHAPS NEXT

21    TUESDAY OR WEDNESDAY, THE 12TH OR THE 13TH.  I JUST WANT TO

22    KEEP THINGS MOVING.

23         SO WHAT ARE YOUR THOUGHTS?  WHAT WOULD GIVE YOU ENOUGH

24    TIME TO TRY TO MAKE SOME PROGRESS AND THEN FOR US TO MEET

25    AGAIN?

```
 1              MR. HUSENY:  THANK YOU, YOUR HONOR.

 2          THE SOONER THE BETTER FOR PLAINTIFFS.  WE'RE VERY READY.

 3      WE'RE VERY CLOSE TO READY, I SHOULD SAY, TO FILE THE MOTION TO

 4      COMPEL, OR RENEWED MOTION TO COMPEL ANY MORE SANCTIONS ON AT

 5      LEAST ONE OF THE ISSUES THAT WE FLAGGED IN OUR PORTION OF THE

 6      DISCOVERY STATUS REPORT.  WE CAN PROBABLY FILE THAT TOMORROW.

 7          UNFORTUNATELY, WE THINK THAT ISSUE IS NOW LOCKED IN.

 8      WE'VE BEEN WORKING WITH THE DEFENDANTS TO TRY AND RESOLVE IT.

 9      WE DON'T THINK IT'S GOING TO BE RESOLVED FROM THE CONVERSATION

10      WE HAD AT LENGTH OVER THIS WEEKEND.

11          SO WE WOULD PREFER FOR THIS THURSDAY OR FRIDAY FOR THERE

12      TO BE A HEARING SET, AND WE COULD FILE BY THE END OF THE DAY

13      TOMORROW, IF NOT SOONER TOMORROW, OUR MOTION, AND THEN CONFER,

14      OF COURSE, WITH YOUR HONOR ON WHATEVER SCHEDULE YOU THINK MAKES

15      SENSE.

16          BUT THE SOONER WE HAVE A HEARING DATE THE BETTER, BECAUSE

17      AT LEAST FOR THAT ISSUE, WE THINK THAT IS VERY, VERY CLOSE TO

18      RIPE.

19          THERE'S A SECOND POTENTIAL MOTION THAT ESSENTIALLY

20      ENCOMPASSES THE REST OF THE DISPUTE THAT'S LAID OUT IN THE

21      STATUS REPORT, AND THAT HAS TO DO WITH DIFFERENT SOURCES AND

22      CUSTODIANS AND OTHER MATERIALS THAT WE HAVEN'T GOTTEN,

23      INCLUDING RECENT MATERIALS.

24          THAT ALL CAN PROBABLY BE WRAPPED UP INTO A SECOND MOTION

25      IF WE CAN'T REACH AGREEMENT.  THERE'S BEEN SOME MOVEMENT ON
```

1    THAT, I'M PLEASED TO REPORT, SO HOPEFULLY WE CAN CRYSTALIZE

2    WHATEVER THOSE ISSUES MAY BE.

3         BUT ON THIS FIRST -- ON THIS FIRST ISSUE, WE DO THINK THE

4    SOONER THE BETTER.

5              THE COURT:  OKAY.  WELL, I WANTED TO HAVE THE MOTIONS

6    ACTUALLY, BOTH MOTIONS THAT YOU'RE CONTEMPLATING BE DECIDED BY

7    THE MAGISTRATE JUDGE, SO I WOULD ACTUALLY ASK THAT YOU WORK

8    THROUGH JUDGE COUSINS TO SET ANY HEARING OR BRIEFING SCHEDULE

9    AND WORK WITH THE THREE JUDGE PANEL.

10             MR. HUSENY:  VERY GOOD, YOUR HONOR.

11             THE COURT:  OKAY.  I WAS THINKING, SEPARATE FROM

12   THAT, FROM THE MOTIONS WHICH WOULD BE DECIDED BY THE THREE

13   JUDGE MAGISTRATE JUDGE PANEL, HAVING A CMC AND HAVING A JOINT

14   CASE MANAGEMENT STATEMENT FILED JUST SO I CAN, YOU KNOW, STAY

15   ON TOP OF WHAT'S HAPPENING.  AND ALSO, YOU KNOW, TO THE EXTENT,

16   YOU KNOW, THE COURT'S SORT OF INVOLVEMENT OR SCRUTINY HELPS

17   THINGS MOVE ALONG, I'D LIKE TO PROVIDE THAT ADDITIONAL

18   INCENTIVE TO TRY TO WORK THINGS OUT ON A FASTER BASIS.

19             MS. KELLEHER:  YOUR HONOR, IF I MIGHT, THIS IS

20   DIANE KELLEHER ON BEHALF OF THE DEFENDANTS.

21        IS IT POSSIBLE THAT WE COULD SET A CMC AND A JOINT CASE

22   MANAGEMENT STATEMENT FOR SOMETIME NEXT WEEK?  I MEAN, I DO

23   AGREE WITH MR. HUSENY THAT THE ISSUE IN TERMS OF THE

24   AVAILABILITY OF CERTAIN TYPES OF CENSUS DATA AND AT WHAT LEVEL

25   HAS LATELY CRYSTALLIZED AND WE CAN PROBABLY WORK OUT A SCHEDULE

1       WITH THE MAGISTRATE JUDGE PANEL THAT WOULD GIVE US SUFFICIENT

2       TIME TO OPPOSE THE MOTION.

3            BUT I JUST WONDER IF THERE'S A WAY TO SORT OF -- SINCE

4       THAT WILL TAKE SOME TIME TO BRIEF AND THEN BE RESOLVED BY THE

5       MAGISTRATES, IF THE CMC MIGHT THEN BE BETTER SCHEDULED FOR NEXT

6       WEEK.  THAT'S JUST ONE THOUGHT THAT I HAD.

7                 THE COURT:  ALL RIGHT.  THANK YOU.

8            LET ME HEAR FROM THE PLAINTIFFS.

9                 MR. HUSENY:  TWO THOUGHTS, YOUR HONOR.  THE FIRST IS

10      WE DO THINK THAT IT HAS BEEN VERY, VERY HELPFUL TO MOVING THE

11      DISCOVERY ISSUES ALONG TO HAVE CASE MANAGEMENT CONFERENCES SET

12      WITH YOUR HONOR, SO HAVING IT SET FOR NEXT WEEK I THINK WOULD

13      JUST CREATE AN ADDITIONAL BUFFER WHEN WE DON'T REALLY HAVE THAT

14      MUCH, AS YOU SAW FROM OUR FILING, AND THE ADDITIONAL TWO WEEKS

15      THAT YOU'VE NOW PROVIDED.  THERE'S NOT MUCH ROOM LEFT IN THE

16      SCHEDULE IF WE'RE TO KEEP THE TRIAL DATE SQUARE WHERE IT IS IN

17      MARCH IF THERE'S AN ADDITIONAL LENGTHY AMOUNT OF TIME TO

18      RESOLVE THE DISCOVERY DISPUTES.

19           SO THE SOONER I THINK WE CAN RESOLVE THOSE, THE BETTER.

20      AND THAT MEANS, TO US, HAVING THE CASE MANAGEMENT CONFERENCE

21      SET FOR THIS WEEK IS MORE BENEFICIAL AND, WE THINK,

22      APPROPRIATE.

23           THERE'S ONE POINT I JUST WANTED TO RAISE ON THIS ONE

24      MOTION.  WE UNDERSTAND THAT YOUR HONOR WANTS IT TO BE HEARD BY

25      THE MAGISTRATE JUDGE PANEL, AND THAT'S GREAT.

1          IT DOES REFER, HOWEVER, TO AN EARLIER ORDER OF YOUR HONOR.

2     THE REASON WE'RE FILING THIS MOTION FIRST IS BECAUSE YOUR

3     HONOR'S DECEMBER 10TH ORDER GRANTING OUR MOTION TO COMPEL AND

4     YOUR HONOR'S DECEMBER 12TH ORDER REJECTING DEFENDANTS' MOTION

5     FOR RECONSIDERATION AND CLARIFYING YOUR ORDER TO COMPEL IS WHAT

6     IS AT ISSUE IN THIS PARTICULAR MOTION.  WE THINK YOU ORDERED

7     THE PRODUCTION TO START WITH CERTAIN MATERIALS AND THOSE

8     HAVEN'T BEEN PRODUCED.

9          SO TO THE EXTENT THE MAGISTRATE JUDGES CAN RULE ON THAT

10    MOTION AS WELL, TERRIFIC.  I JUST WANTED TO FLAG THAT POINT

11    BECAUSE IT MAY BE THAT THAT MOTION IS SOMETHING THAT YOUR HONOR

12    WANTS TO HEAR OR WANTS TO SET A DIFFERENT SORT OF SCHEDULE THAN

13    JUST THE NORMAL MOTION TO COMPEL IN THE FIRST INSTANCE THAT

14    MIGHT BE HEARD BY THE MAGISTRATE JUDGE PANEL.

15              THE COURT:  AND YOU'RE TALKING ABOUT THE ONE YOU

16     INTEND TO FILE TOMORROW?

17              MR. HUSENY:  CORRECT, YOUR HONOR.

18              THE COURT:  WELL, WITHOUT SEEING YOUR MOTION AND

19     KNOWING EXACTLY WHAT ISSUE YOU'RE RAISING, IT'S A LITTLE BIT

20     DIFFICULT FOR ME TO MAKE THAT CALL.

21          WHY DON'T YOU JUST GO AHEAD AND FILE IT AS SOON AS YOU CAN

22     AND I'LL TAKE A LOOK AND SEE IF IT'S ONE I WANT TO DECIDE IN

23     THE FIRST INSTANCE.  OTHERWISE I'D PREFER TO HAVE THE

24     MAGISTRATE JUDGES DO IT.

25              MR. HUSENY:  OKAY.

1          MR. ROSENBERG:  AND, YOUR HONOR, THIS IS -- I'M

2     SORRY.  THIS IS BRAD ROSENBERG.

3          I THINK IN LIGHT OF THE COURT'S -- OF WHAT THE COURT JUST

4     SAID, THAT MAKES A GREAT DEAL OF SENSE.

5          I WOULD ALSO -- SOMETIMES PARTIES HAVE DIFFERENT WAYS OF

6     FRAMING ISSUES, AND SO I MIGHT SUGGEST THAT BEFORE THE COURT

7     DECIDES WHETHER IT SHOULD BE HEARD BY THE MAGISTRATE JUDGES IN

8     THE FIRST INSTANCE OR BY YOU, THAT THE GOVERNMENT HAVE AN

9     OPPORTUNITY TO RESPOND TO PLAINTIFFS' MOTION BECAUSE WE MIGHT

10    SEE THINGS DIFFERENTLY THAN PLAINTIFFS DO.

11          THE COURT:  ALL RIGHT.  YOU KNOW WHAT?  LET'S JUST

12    SET A BRIEFING SCHEDULE ON THIS NOW IN CASE I DO HAVE TO DECIDE

13    IT.

14          SO IF YOU FILE IT TOMORROW -- AND I'M SAYING "YOU"

15    PLAINTIFFS -- THAT WILL BE JANUARY 5.

16          WHEN WOULD THE DEFENDANTS FILE THEIR OPPOSITION, AND WOULD

17    YOU WANT A REPLY?

18          MS. KELLEHER:  YOUR HONOR, COULD WE HAVE UNTIL --

19          THE COURT:  THERE'S LESS THAN THREE WEEKS OF

20    DISCOVERY LEFT, SO WE NEED TO EXPEDITE EVERYTHING.

21          MS. KELLEHER:  UNDERSTOOD, YOUR HONOR.  WOULD IT BE

22    POSSIBLE FOR US TO FILE A RESPONSE ON MONDAY?

23          THE COURT:  NO.  THAT'S TOO LATE.

24          MS. KELLEHER:  I GUESS THEN THE -- I'M TRYING TO

25    DECIDE IF FRIDAY OR OVER THE WEEKEND, WOULD THAT BE POSSIBLE?

1          THE COURT:  NO.  THAT'S TOO LATE.  I WAS GOING TO

2     SUGGEST OPPOSITION ON THE 7TH AND REPLY ON THE 8TH.

3          AND WHY DON'T WE HAVE YOU FILE IT BY AN EARLIER TIME THAN

4     MIDNIGHT TOMORROW.  WHEN CAN YOU FILE IT TOMORROW?

5          MS. KELLEHER:  YOUR HONOR, I WOULD ASK TO BE GIVEN

6     UNTIL -- WOULD 9:00 O'CLOCK PACIFIC --

7          THE COURT:  OH, I'M SORRY.  YOU CAN -- YOU CAN -- I'M

8     TALKING ABOUT THE ACTUAL MOTION.

9          MS. KELLEHER:  OH, I'M SORRY, YOUR HONOR.  APOLOGIES.

10          THE COURT:  WHEN CAN YOU FILE IT ON THE 5TH?

11          MR. HUSENY:  WE CAN FILE IT AT 6:00 P.M. PACIFIC IF

12     THAT WORKS, YOUR HONOR.

13          THE COURT:  AND THEN ON THE 7TH, YOU HAVE UNTIL

14     MIDNIGHT --

15          MS. KELLEHER:  OKAY.

16          THE COURT:  -- PACIFIC TIME, SO 3:00 A.M. D.C. TIME.

17          MS. KELLEHER:  WE LOVE THE NIGHTLIFE OVER HERE.

18     THANK YOU, YOUR HONOR.

19          THE COURT:  OKAY.  AND THEN ON THE REPLY, I WOULD

20     PREFER NOT MIDNIGHT.  SO WHEN CAN YOU DO IT ON THE REPLY?

21          MR. HUSENY:  AS SOON AS YOUR HONOR WOULD PREFER.  WE

22     CAN DO THAT BY 5:00 P.M. THE FOLLOWING DAY, OR NOON.  WHENEVER

23     YOUR HONOR WOULD LIKE, WE CAN DO.

24          THE COURT:  SO IF THEY FILE BY MIDNIGHT ON THE 7TH,

25     YOU COULD DO IT -- YOU WANT TO JUST DO IT BY NOON, OR DO YOU

```
 1        WANT UNTIL, LIKE, 2:00?

 2              MR. HUSENY:  WE CAN CERTAINLY DO IT BY NOON, BUT I

 3        WOULD LOVE UNTIL 2:00, YOUR HONOR, IF THAT IS A CHOICE.

 4              THE COURT:  ALL RIGHT.  DO IT BY 2:00, PLEASE.

 5        ALL RIGHT.  AND THEN WE'LL TAKE A LOOK AT THE FULL

 6        BRIEFING AND THEN DECIDE, BUT I WILL ALERT -- I'VE ALREADY

 7        ALERTED TO THE MAGISTRATE JUDGE PANEL THAT I'D LIKE THEM TO

 8        HANDLE THESE MOTIONS, SO I'LL COORDINATE WITH THEM.  OKAY?

 9              NOW, DO YOU THINK A HEARING IS NECESSARY?  OR THIS IS ONE

10        THAT CAN BE DECIDED ON THE PAPERS?  I MEAN, THUS FAR EVERYTHING

11        IS BEING DECIDED ON THE PAPERS, ESPECIALLY IN COVID TIMES.

12              MR. HUSENY:  WE THINK IT PROBABLY CAN BE DECIDED ON

13        THE PAPERS, YOUR HONOR, BUT BECAUSE IT INVOLVES A PREVIOUS

14        ORDER TO COMPEL FROM YOUR HONOR, IT MIGHT MAKE SENSE TO HAVE A

15        HEARING SCHEDULED IN CASE THERE IS SOME DISCUSSION THAT SHOULD

16        HAPPEN.

17              SO, AGAIN, WE THINK IT PROBABLY CAN BE DECIDED ON THE

18        PAPERS BY YOUR HONOR OR THE MAGISTRATE JUDGE PANEL IF THAT'S

19        WHERE YOU DECIDE TO MOVE IT TO, BUT IF WE COULD HAVE A HEARING

20        SCHEDULED FOR EARLY MAYBE NEXT WEEK, THAT MIGHT HELP, AGAIN,

21        MOVE THINGS ALONG IN CASE IT'S NECESSARY.

22              THE COURT:  WELL, WHAT I'D LIKE TO DO IS NOT SET A

23        HEARING DATE, BECAUSE I DON'T KNOW WHO'S GOING TO DECIDE IT AND

24        WHO WILL NEED TO HAVE A HEARING.

25              SO WITHOUT KNOWING WHAT THIS MOTION IS, I'D RATHER WAIT TO
```

```
1    DECIDE WHO'S GOING TO DECIDE IT AND WHETHER THERE NEEDS TO BE A

2    HEARING AND WHEN THAT SHOULD BE.  OKAY?

3         NOW, THE SECOND MOTION, THAT CAN GO TO THE MAGISTRATE

4    JUDGES PANEL?

5              MR. HUSENY:  YES, YOUR HONOR.

6              THE COURT:  OKAY.  SO I WOULD ASK YOU TO WORK WITH

7    THE PANEL, ESPECIALLY WORKING THROUGH JUDGE COUSINS'S COURTROOM

8    DEPUTY ON ANY -- IF YOU NEED TO SCHEDULE ANYTHING WITH HIM,

9    OKAY?  BECAUSE HE'S COORDINATING WITH JUDGES VAN KEULEN AND

10   HIXSON.  OKAY?

11             MR. HUSENY:  VERY GOOD, YOUR HONOR.

12             THE COURT:  OKAY.  NOW, SEPARATELY, DO WE NEED A CMC

13   AND A JOINT CASE MANAGEMENT STATEMENT?

14        AND I THINK, MR. HUSENY, YOU'RE SAYING DO IT THIS WEEK.

15   MS. KELLEHER IS SAYING DO IT NEXT WEEK.

16        NOW THAT WE HAVE THIS SCHEDULE FOR BRIEFING THIS FIRST

17   MOTION, MR. HUSENY, YOU THINK IT STILL SHOULD HAPPEN THIS WEEK?

18             MR. HUSENY:  NO, YOUR HONOR.  ACTUALLY, WITH THE

19   MOTION IN PLACE, EARLY NEXT WEEK IS FINE FOR THE CMC.  WE

20   WANTED IT JUST IN CASE THE -- THAT WE NEEDED TO DISCUSS FURTHER

21   WITH YOU ON MOTION LOGISTICS.  BUT WITH THAT SCHEDULE, WE THINK

22   MONDAY OR TUESDAY FOR THE FOLLOW-ON CMC WOULD BE APPROPRIATE.

23             THE COURT:  THE ONLY THING I THOUGHT WE MAY TALK

24   ABOUT AT THE END OF THE WEEK IS IF THERE ARE ANY ISSUES WITH

25   THE DEPOSITION TOMORROW.
```

```
 1              MS. KELLEHER:  I BELIEVE, YOUR HONOR, THERE WAS SOME

 2      THOUGHT, DEPENDING ON HOW YOUR HONOR DECIDED THE ISSUE OF THE

 3      SCHEDULE ADJUSTMENT, THAT THERE MIGHT BE SOME FLEXIBILITY IN

 4      THE DATE OF THE DEPOSITION.  SO I THINK OUR COLLEAGUES WHO ARE

 5      HANDLING THE DEPOSITION FOR PLAINTIFFS AND DEFENDANTS MAY KNOW

 6      MORE THAN THAT.

 7          BUT I THINK -- I THINK THERE WAS SOME THOUGHT THEY MIGHT

 8      EXTEND THAT BY A FEW DAYS DEPENDING ON HOW YOUR HONOR ADJUSTED

 9      IF THE SCHEDULE WAS CHANGED IN ANY WAY.

10              THE COURT:  I DON'T UNDERSTAND WHY THAT SHOULD KEEP

11      GETTING ADJUSTED.  ISN'T THAT JUST A "WHAT ARE THE DOCUMENTS"

12      DEPOSITION?

13              MS. KELLEHER:  NO, YOUR HONOR, THIS IS A -- I THINK

14      THEY'RE SUBSTANTIVE TOPICS FOR THE DEPARTMENT OF COMMERCE

15      DEPOSITION.

16              THE COURT:  OKAY.  ALL RIGHT.  WELL, WHY DON'T YOU

17      ALL WORK THAT OUT AMONGST YOURSELVES?  WHAT IF WE HAVE A CMC

18      NEXT TUESDAY, JANUARY 12TH, AND YOU FILE YOUR JOINT CASE

19      MANAGEMENT STATEMENT ON THE 11TH?  HOW DOES THAT SOUND?

20              MS. KELLEHER:  I THINK THAT'S FINE FOR DEFENDANTS,

21      YOUR HONOR.  THANK YOU.

22              MR. HUSENY:  JUST ONE SECOND, YOUR HONOR.  I MAY HAVE

23      ANOTHER DEPOSITION SCHEDULED THAT DAY, AND IT LOOKS LIKE I DO,

24      UNFORTUNATELY.  IS IT POSSIBLE TO HAVE THE CASE MANAGEMENT

25      CONFERENCE ON WEDNESDAY, IF AT ALL POSSIBLE?  IF NOT, CERTAINLY
```

1    ONE OF MY COLLEAGUES COULD COVER.

2         THE COURT:  I THINK WEDNESDAY WOULD WORK.  I JUST

3    DON'T KNOW WHAT MY CRIMINAL CALENDAR IS THAT DAY.

4      LET ME HEAR FROM MS. DIBBLE.  DO YOU THINK WE MIGHT HAVE

5    ANY CAPACITY ON WEDNESDAY?  I CAN'T REMEMBER IF THAT'S THE DAY

6    WE HAVE THREE OR FOUR SENTENCINGS.

7         THE CLERK:  IT IS THAT DAY.  I THINK IT WOULD BE

8    DIFFICULT BEFORE 3:00 P.M. TO FIT ANYTHING --

9         THE COURT:  UM-HUM.

10        THE CLERK:  -- THAT DAY.

11        THE COURT:  OKAY.  WE COULD DO IT THE 11TH AND FILE

12   YOUR JOINT CASE MANAGEMENT STATEMENT -- WE COULD DO IT THIS

13   MORNING.  I WOULD ASK THAT WE THEN SET THE CMC MAYBE AT 3:00

14   BECAUSE IT'S A LITTLE BIT DIFFICULT TO TRY TO PROCESS ALL THE

15   ISSUES THE SAME DAY AND HAVE THE CMC.  OR YOU COULD FILE YOUR

16   JOINT CASE MANAGEMENT STATEMENT ON FRIDAY, THE 8TH.  I JUST

17   DON'T KNOW WHAT YOU PREFER.

18        MS. KELLEHER:  I THINK, YOUR HONOR, IF THERE'S A WAY

19   TO KEEP THE CMC ON TUESDAY OR WEDNESDAY, THAT JUST GIVES US THE

20   ADVANTAGE OF AN ADDITIONAL BUSINESS DAY TO SORT OF PULL THINGS

21   TOGETHER AND TO GIVE UPDATES OR INFORMATION TO THE PLAINTIFFS

22   THAT WE OWE THEM.  SO I GUESS IF WE NEED TO DO IT ON MONDAY, I

23   GUESS IDEALLY OUR CASE MANAGEMENT REPORT WOULD BE DUE THAT

24   MORNING, JUST BECAUSE I KNOW SOMETIMES WHEN -- YOU KNOW, HAVING

25   A BUSINESS DAY WHEN FOLKS ARE AVAILABLE AND IN THE OFFICE AND

```
 1    EVERYONE WE NEED TO CHECK IN WITH ON VARIOUS THINGS, IT IS

 2    HELPFUL TO US.  SO IF IT IS POSSIBLE TO DO THE CMC ON TUESDAY

 3    OR WEDNESDAY, I THINK WE'D APPRECIATE THAT, AND TO HAVE THE CMC

 4    DUE ON MONDAY.

 5              MR. HUSENY:  WE'RE OKAY WITH THE CMC STATEMENT DUE

 6    MONDAY IF THAT WORKS FOR YOUR HONOR AT 9:00 OR 10:00 A.M.  WE

 7    WOULD PREFER TO HAVE THE CMC BE ON -- LATER IN THE DAY ON

 8    MONDAY, IF POSSIBLE.  AGAIN, THE SOONER THE BETTER FROM OUR

 9    PERSPECTIVE JUST BECAUSE WE DON'T HAVE A LOT OF TIME LEFT ON

10    THE FACT DISCOVERY CALENDAR.

11              THE COURT:  UM-HUM.  AND I THINK IT'S IMPORTANT FOR

12    MR. HUSENY, WHO HAS BEEN LEADING THE PLAINTIFFS ON THE

13    DISCOVERY, TO BE PRESENT.

14              MS. KELLEHER:  SURE.  UNDERSTOOD, YOUR HONOR.

15              THE COURT:  OKAY.  SO WHY DON'T WE THEN -- WHAT IF I

16    GAVE YOU UNTIL 10:00 A.M. ON MONDAY -- THAT WOULD BE 1:00 P.M.

17    D.C. TIME -- FOR A JOINT CASE MANAGEMENT STATEMENT, SO YOU'D

18    HAVE A LITTLE BIT -- YOU KNOW, YOU'D HAVE HALF A DAY ON MONDAY.

19    DOES THAT WORK?

20              MS. KELLEHER:  SURE.  THANK YOU, YOUR HONOR.

21              THE COURT:  SO THAT'S 10:00 A.M. PACIFIC TIME, 1:00

22    O'CLOCK D.C. TIME.

23        AND I'M SORRY, SINCE I KNOW PRETTY MUCH EVERYONE IS FROM

24    THE EAST COAST, BUT COULD WE SET IT AT 3:00 JUST TO GIVE US

25    SOME TIME TO SORT OF PROCESS ALL THE ISSUES IN YOUR JOINT CASE
```

1        MANAGEMENT STATEMENT BEFORE WE NEED TO GET TOGETHER?

2               MS. KELLEHER:  OF COURSE, YOUR HONOR.

3               THE COURT:  OKAY.  THANK YOU.  SO -- AND IF THERE'S

4        NO REASON TO GET TOGETHER, WE WON'T.  I'LL JUST PROBABLY

5        CONTINUE IT.  BUT IN CASE THERE'S ANYTHING WE NEED TO HANDLE.

6               OKAY.  LET'S TALK ABOUT -- I THINK THAT'S IT FOR KIND OF

7        HOUSEKEEPING, BUT I THINK WE NEED TO NOW TALK ABOUT HOW THE

8        REST OF THE SCHEDULE WILL IMPLICATE -- BE IMPLICATED BY THE

9        EXTENSION OF THE FACT DISCOVERY CUTOFF.  OBVIOUSLY I CAN'T HAVE

10       YOU DOING EXPERT REPORTS WHEN YOU HAVEN'T CONCLUDED FACT

11       DISCOVERY YET.

12              SO -- ALL RIGHT.  I AM ACCEPTING THE DEFENDANTS' PROPOSAL

13       FOR FACT DISCOVERY BEING FOR ALL PARTIES JANUARY 21, BUT I

14       DON'T THINK IT MAKES SENSE TO HAVE THE OPENING EXPERT REPORTS

15       DUE THE NEXT DAY AS GOVERNMENT PROPOSES BECAUSE I JUST DON'T

16       THINK THAT'S ENOUGH TIME TO INCORPORATE ANY LAST DISCOVERY INTO

17       THE REPORT.  SO I'M GOING TO ACCEPT JANUARY 26TH, WHICH IS THE

18       PLAINTIFFS' PROPOSAL, FOR REBUTTAL -- OR I'M SORRY -- OPENING

19       EXPERT REPORTS; THEN FEBRUARY 2ND FOR THE REBUTTAL REPORTS;

20       THEN FEBRUARY 9TH FOR THE CLOSE OF EXPERT DISCOVERY -- THAT'LL

21       GIVE YOU ABOUT A WEEK TO DO THE DEPOSITIONS -- FEBRUARY 16TH TO

22       FILE YOUR CROSS-MOTIONS FOR SUMMARY JUDGMENT, ONE PER SIDE IN

23       THE WHOLE CASE; FEBRUARY 23RD FOR OPPOSITIONS; AND I WILL MOVE

24       THE HEARING DATE TO MARCH 2ND.  OKAY?

25              ARE YOU ALL AVAILABLE?  I DON'T KNOW WHETHER THIS WILL BE

1    DECIDED ON THE PAPERS OR NOT.  BUT MARCH 2ND AT 1:30 FOR THE

2    HEARING DATE?

3              MS. KELLEHER:  YES, YOUR HONOR.  I THINK THERE'S VERY

4     LITTLE ON OUR CALENDAR INTO MARCH, SO WE'RE AVAILABLE.

5              THE COURT:  OKAY, TERRIFIC.

6         WHAT ABOUT FOR THE PLAINTIFFS?

7              MR. HUSENY:  YES, YOUR HONOR, THAT WORKS.

8              THE COURT:  OKAY.  ALL RIGHT.

9         SO THAT WILL THEN PUT -- LET'S KEEP THE MOTIONS IN LIMINE

10    MARCH 5; OPPOSITIONS TO MOTIONS IN LIMINE MARCH 8TH; FINAL

11    PRETRIAL CONFERENCE, LET'S PLEASE KEEP THAT ON MARCH 11, THAT'S

12    CONSISTENT WITH BOTH SIDES' PROPOSAL, AS WELL AS THE CURRENT

13    SCHEDULE; WE'LL KEEP THE MARCH 19 BENCH TRIAL DATE.

14         AS FAR AS ANY SUBSEQUENT HEARING DATES FOR THE TRIAL, THAT

15    MAY DEPEND ON THE AVAILABILITY OF THE THREE JUDGE COURT,

16    ASSUMING ONE IS CONVENED.  BUT I THINK WE CAN OTHERWISE TRY TO

17    KEEP THIS SCHEDULE.  OKAY?

18         DOES ANYONE WANT TO BE HEARD ON THESE NEW DATES?

19              MS. KELLEHER:  I WAS JUST -- I THINK THOSE ARE

20     ACCEPTABLE, CERTAINLY ACCEPTABLE TO US, YOUR HONOR.

21         WOULD YOUR HONOR PLAN TO ISSUE A NEW ORDER JUST IN TERMS

22    OF IT'LL SHOW UP ON THE DOCKET?

23              THE COURT:  YES.

24              MS. KELLEHER:  OKAY, WONDERFUL.  THANK YOU.

25              THE COURT:  I'LL DO A NEW CASE MANAGEMENT ORDER THAT

1    WILL MEMORIALIZE EVERYTHING THAT WAS DECIDED TODAY AND ALL OF

2    THE NEW DATES, AND ALSO SPECIFY WHAT WASN'T DECIDED TODAY, LIKE

3    WHO WILL DECIDE THIS FIRST MOTION FILED TOMORROW; AND, YOU

4    KNOW, IF AND WHEN THERE'S A HEARING, THAT'LL BE DETERMINED BY

5    THE DECISION MAKER AT A LATER TIME.

6         LET ME ASK, I DID HAVE A QUESTION, I WAS WONDERING FROM

7    BOTH SIDES' PERSPECTIVE, IF -- TELL ME HOW THE SCENARIO OR THIS

8    CASE PLAYS OUT DEPENDING ON WHAT HAPPENS, WHETHER A NUMBER IS

9    OR IS NOT REPORTED BY THE 20TH.  AND MAYBE IT'S JUST TOO EARLY

10   TO SAY AND WE DON'T KNOW.  BUT WHAT ARE THE DIFFERENT

11   SCENARIOS?

12        MR. HUSENY:  I CAN START, YOUR HONOR.

13        AND I THINK, THOUGH WE DON'T KNOW WHAT THE ANSWER IS AND

14   WHEN THE NUMBERS WILL BE DISTRIBUTED OR SENT OUT, THE LATEST

15   MATERIALS WE'VE RECEIVED INDICATE THAT IT WILL BE LATER THAN

16   THAT.  AGAIN, WE HAVE NOTHING DEFINITIVE IN OUR POSSESSION.

17   THAT'S PART OF THE REASON WE HAVE BEEN PUSHING SO HARD TO GET

18   THE CURRENT REPORTS ON PROCESSING AND WHAT ACTUALLY THE CENSUS

19   BUREAU IS DOING TO TRY TO HANDLE THE ANOMALIES THAT IT HAS

20   IDENTIFIED.

21        IF THE NUMBERS ARE ISSUED PRIOR TO DECEMBER 20TH, WE HOPE

22   TO BE ABLE TO HEAR ABOUT THAT AND UNDERSTAND IT RELATIVELY

23   QUICKLY.

24        WE'RE TAKING DEPOSITIONS NOW OF COMMERCE AND THE CENSUS

25   BUREAU EMPLOYEES PROBABLY NEXT WEEK IN LARGE PART, MAYBE THE

1    WEEK FOLLOWING, AND I THINK WE WILL KNOW AT THAT POINT MORE

2    DEFINITIVELY WHAT THE BUREAU IS DOING WITH RESPECT TO ITS

3    PROCESSING, ITS HANDLING OF THE ANOMALIES AND WHEN THE NUMBERS

4    WILL ACTUALLY BE SENT TO THE PRESIDENT.

5        WE JUST DON'T KNOW RIGHT NOW, AND IT'S A BIT SPECULATIVE

6    ON OUR END TO THINK THROUGH WHAT, IF ANYTHING, WOULD HAPPEN TO

7    THIS CASE AS A RESULT OF THE NUMBERS BEING SENT.  WE DON'T KNOW

8    WHAT THAT REPORT WOULD LOOK LIKE, WE DON'T KNOW WHAT IT WOULD

9    CONTAIN, WE DON'T KNOW WHETHER THE PRESIDENTIAL MEMORANDUM

10   ISSUES THAT WE'VE TALKED ABOUT IN THIS CASE, AND THAT IS THE

11   JULY MEMORANDUM REGARDING UNDOCUMENTED IMMIGRANTS, WHETHER THAT

12   WILL BE SOMEHOW ADMITTED IN THE NUMBERS THAT ARE SENT TO THE

13   PRESIDENT OR NOT.

14       AND BECAUSE WE DON'T KNOW ANY OF THOSE ISSUES, WE DON'T

15   KNOW WHAT THE RIGHT APPROACH WOULD BE ON OUR END WITH RESPECT

16   TO THIS CASE.

17       THERE ARE OBVIOUSLY OTHER CASES INVOLVING THE PRESIDENTIAL

18   MEMORANDUM, THE SUPREME COURT HAS RULED ON RIPENESS AND

19   STANDING ISSUES, AND THOSE MAY BE IMPLICATED BY DECISIONS THAT

20   ARE MADE BY THE BUREAU AND THE DEPARTMENT OF COMMERCE AS WELL.

21       AND ALL OF THAT IS SORT OF UP IN THE AIR AND THERE'S SOME

22   UNCERTAINTY ON OUR END WHAT, IF ANYTHING, WOULD BE APPROPRIATE

23   FOR US TO DO AND HOW QUICKLY WE WOULD HAVE TO COME TO YOUR

24   HONOR WITH RESPECT TO ANY RELIEF WE WOULD REQUEST.

25       IF IT IS AFTER THAT DATE, THEN, AGAIN, WE'LL PROBABLY KNOW

1    THAT WHEN WE TAKE THE DEPOSITIONS NEXT WEEK OF SOME OF THESE

2    INDIVIDUALS AND WE'LL AGAIN TRY TO DETERMINE WHAT IS GOING TO

3    BE INCLUDED IN THE NUMBERS AND WHAT IS HAPPENING, AND DEPENDING

4    ON WHAT IS IN THAT REPORT AND HOW, IF AT ALL, THE PRESIDENTIAL

5    MEMORANDUM IS EMBEDDED WITHIN IT I THINK WILL DETERMINE WHAT

6    OUR NEXT STEPS ARE.  RIGHT NOW THERE'S JUST A LOT OF

7    UNCERTAINTY.

8            THE COURT:  OKAY.  LET ME HEAR FROM THE DEFENDANTS.

9    I DON'T KNOW WHO WISHES TO SPEAK.  WHAT -- WILL A NUMBER BE

10   REPORTED TO THE HOUSE OF REPRESENTATIVES BY THE PRESIDENT?

11   WHAT IS THE DATE THAT YOU ARE ANTICIPATING THAT NUMBER BEING

12   REPORTED?

13           MR. COGHLAN:  YES, YOUR HONOR.

14   JOHN COGHLAN ON BEHALF OF THE DEFENDANTS.

15           YOUR HONOR, AS WE'VE KIND OF SUGGESTED THROUGHOUT THIS

16   CASE, IT'S A CONTINUING MOVING TARGET.  AS MR. HUSENY

17   SUGGESTED, THE DOCUMENTS BEING PRODUCED LAST WEEK AND THE BEST

18   ESTIMATE COMING INTO THIS CONFERENCE REMAIN EARLY FEBRUARY.

19           JUST A LITTLE BIT BEFORE THIS CONFERENCE I GOT A CALL THAT

20   THE CENSUS BUREAU DISCOVERED SOME NEW ANOMALIES THAT THEY'RE

21   DEALING WITH.  I DON'T KNOW MUCH AT THIS POINT, BUT I WANT TO

22   BRING THAT TO THE COURT'S ATTENTION.  IT IS LIKELY RIGHT NOW TO

23   EXTEND THE PROJECTED DATE, BUT OFFICIALS AT ALL LEVELS OF THE

24   BUREAU CONTINUE TO LOOK AT THIS, FIND WAYS TO HOPEFULLY

25   STREAMLINE THE PROCESS, AND FIND EFFICIENCIES THAT WILL ALLOW

```
1        THEM TO FINISH AS CLOSE TO THE DEADLINE AS POSSIBLE.

2            ALL THAT BEING SAID, YOUR HONOR, JUST GIVEN THAT IT IS

3        SUCH A MOVING TARGET -- YOU KNOW, I DON'T WANT TO SPECULATE FOR

4        THE COURT.  I WANT TO BE AS FORTHRIGHT AS I CAN.  I WOULD

5        SUGGEST THAT IT NEED NOT, AT THIS POINT, AFFECT THE SCHEDULE

6        THAT THE COURT HAS LAID OUT.

7            BUT TO THE EXTENT, YOU KNOW, WE LEARN ADDITIONAL

8        INFORMATION, OF COURSE WE WILL BRING IT TO THE COURT'S

9        ATTENTION AS SOON AS WE CAN.

10           THE COURT:  I REALLY APPRECIATE THAT.  LET ME -- I'M

11       NOT SURE I HEARD YOU.  WHAT DID YOU SAY ABOUT FEBRUARY?  I

12       THINK I DIDN'T HEAR.  WHAT WAS THAT DATE, OR THE SIGNIFICANCE

13       OF FEBRUARY?

14           MR. COGHLAN:  SURE, YOUR HONOR.

15           IN RESPONSE TO PLAINTIFFS' REQUEST, THE DEFENDANTS

16       PRODUCED SOME DOCUMENTS THAT CONTAINED PROJECTIONS OF WHEN

17       EMPLOYEES AT THE BUREAU EXPECTED PROCESSING TO FINISH UP, AND

18       THE LATEST OF THOSE PROJECTIONS THAT I HAD SEEN COMING IN HAD

19       SUGGESTED EARLY FEBRUARY.

20           BUT, YOU KNOW, AS WE'VE ALWAYS SAID, YOU KNOW, THESE

21       PROJECTIONS ARE ALWAYS KIND OF SNAPSHOTS IN TIME THAT CONTINUE

22       TO MOVE AND EVOLVE ON A DAILY BASIS, SO THEN IT WAS THE BEST

23       INFORMATION I HAD COMING INTO THE HEARING TODAY.

24           AS I'VE SAID, IT DOES LOOK LIKE THAT -- THE BEST ESTIMATE

25       IS THAT THAT DATE WILL BE MOVED BACK, AND I UNFORTUNATELY DON'T
```

```
 1        KNOW BY HOW MUCH RIGHT NOW.

 2              THE COURT:  MOVED BACK LATER INTO FEBRUARY?

 3              MR. COGHLAN:  I -- I BELIEVE, YOUR HONOR.  BUT,

 4     AGAIN, I DON'T WANT TO SPECULATE JUST BECAUSE I REALLY DID COME

 5     ACROSS THIS INFORMATION JUST AS I WAS COMING INTO THE HEARING,

 6     AND SO, YOU KNOW, WE CAN PROVIDE THE COURT WITH, AND PLAINTIFFS

 7     WITH THE INFORMATION AS WE RECEIVE IT.  WE ARE ENDEAVORING TO

 8     DO THAT.

 9              THE COURT:  OKAY.  THANK YOU.

10        SO LET ME ASK A QUESTION.  THE SNAPSHOT THAT SAID EARLY

11     FEBRUARY, WHAT WAS THE DATE OF THAT SNAPSHOT?

12              MR. COGHLAN:  I BELIEVE IT WAS FEBRUARY 9TH, YOUR

13     HONOR.

14              THE COURT:  OKAY.  THANK YOU.  BUT WHAT WAS THE DATE

15     ON WHICH THE CENSUS BUREAU EMPLOYEES EXPECTED THE DATA

16     PROCESSING TO FINISH ON FEBRUARY 9TH?  DOES THAT MAKE SENSE?

17              MS. KELLEHER:  I BELIEVE -- YOUR HONOR, IF I MAY?

18        I BELIEVE THAT WAS A DOCUMENT THAT WAS PRODUCED TO

19     PLAINTIFFS LAST WEEK, AND I THINK IT WAS IN OUR DOCUMENT

20     PRODUCTION EITHER 11 OR 12, AND I BELIEVE THEY WERE CURRENT AS

21     OF DECEMBER 29TH.

22              THE COURT:  OKAY.  THANK YOU.  I REALLY APPRECIATE

23     THAT.  SO AS OF DECEMBER 29TH, THE CENSUS BUREAU EXPECTED DATA

24     PROCESSING TO FINISH FEBRUARY 9TH, BUT YOU'RE SAYING AS OF

25     TODAY, WHICH IS JANUARY 4TH, THAT DATE IS EXPECTED TO MOVE
```

1    LATER INTO FEBRUARY?  OR BEYOND THE 9TH?  IS THAT THE CORRECT

2    UNDERSTANDING?

3          MR. COGHLAN:  THAT IS, YOUR HONOR.  JUST, AGAIN, WITH

4    CAVEATS TO NOTE THAT IT COULD MOVE IN EITHER DIRECTION, AND

5    OFFICIALS THERE ARE LOOKING AT WAYS TO BOTH IMPROVE THE TIME

6    AND GET IT DONE QUICKLY, BUT AT THE SAME TIME, AS WE SEE TODAY,

7    ANOMALIES SOMETIMES ALSO OCCUR TO PUSH IT THE OTHER WAY.

8          THE COURT:  I SEE.  YOU MEAN -- YOU MEAN ANOMALIES

9    OCCUR TO PUSH THE DATE BEYOND FEBRUARY 9TH?

10          MR. COGHLAN:  THAT'S RIGHT, YOUR HONOR, TO PUSH IT TO

11    THE LATER DATE.

12          THE COURT:  ALL RIGHT.  AND WHEN WERE THE NEW

13    ANOMALIES DISCOVERED?  DO YOU KNOW?

14          MR. COGHLAN:  I BELIEVE TODAY, YOUR HONOR.  AGAIN,

15    I'M NOT OPERATING WITH COMPLETE INFORMATION, SO I BEG THE

16    COURT'S INDULGENCE.  I WANT TO BE AS FORTHCOMING AS I CAN.

17          THE COURT:  OKAY.  ALL RIGHT.  WELL, THANK YOU.  I

18    REALLY APPRECIATE THAT INFORMATION.

19          SO LET ME ASK, FROM THE DEFENDANTS' PERSPECTIVE, HOW DOES,

20    IF AT ALL, WHETHER A DATE IS GIVEN -- I MEAN, I'M SORRY,

21    WHETHER THE REPORT TO THE HOUSE IS GIVEN BY A CERTAIN DATE, HOW

22    DOES THAT AFFECT THIS LITIGATION?

23          I'M ALSO JUST TRYING TO SENSE, LIKE, AM I REALLY GOING TO

24    HAVE TO TRY THIS CASE IN MARCH OR NOT?  SO I JUST -- YOU KNOW,

25    I WAS HOPING THAT YOU COULD GIVE ME SOME INDICATION OF, YOU

 1        KNOW, OKAY, IF WE GO DOWN THIS DECISION TREE, IF THIS HAPPENS,

 2        THEN THIS.  IF THAT HAPPENS, THEN NO.

 3            I MEAN, I WAS JUST HOPING SO I COULD KNOW HOW MUCH PAIN I

 4        WILL HAVE DOING SUMMARY JUDGMENTS IN, YOU KNOW, THE SPAN OF

 5        FIVE OR SIX DAYS, ET CETERA.

 6            MR. COGHLAN:  I CERTAINLY APPRECIATE THAT, YOUR

 7        HONOR, AND JUST GIVEN HOW ITERATIVE A PROCESS IT IS, YOU KNOW,

 8        I HESITATE TO SPECULATE BECAUSE IT DOES CHANGE, YOU KNOW, ON A

 9        DAILY BASIS.

10            AND SO I -- I HESITATE TO SUGGEST EXACTLY HOW LONG IT WILL

11        TAKE OR HOW THAT WOULD IMPACT THE COURT'S SCHEDULE BECAUSE I'LL

12        BE AFRAID THAT I SAY ONE THING TODAY AND THEN TOMORROW IT

13        CHANGES.

14            SO I'M HAPPY TO GIVE THE COURT THE BEST INFORMATION WE

15        HAVE NOW.  MY SUGGESTION, ON BEHALF OF THE DEFENDANTS, IS THAT

16        WE CONTINUE WITH THE COURT'S SCHEDULE AS IS, WE WILL CONTINUE

17        TO UPDATE THE COURT AND PLAINTIFFS AS WE ARE ABLE TO, AND THEN

18        IF CHANGES NEED TO BE MADE, WE CAN OBVIOUSLY DO SO.

19            BUT DEFENDANTS ARE ENDEAVORING -- THE EMPLOYEES AT THE

20        BUREAU ARE CONTINUING TO WORK AROUND THE CLOCK TO TRY AND GET

21        THIS DONE EXPEDITIOUSLY.  THEY CONTINUE TO WORK WITH COUNSEL

22        HERE TO WORK AND RESPOND TO THE REQUESTS FROM PLAINTIFFS.

23            AND SO I THINK BOTH TRACKS ARE MOVING AS WELL AS CAN BE

24        EXPECTED, YOUR HONOR.

25                THE COURT:  ALL RIGHT.  THANK YOU.

1    SO I -- I'D LIKE TO KEEP THE MARCH 19TH TRIAL DATE, WITH

2    THE HOPE THAT, YOU KNOW, IF SOME TYPE OF, YOU KNOW, JUDGMENT IS

3    NECESSARY, THAT THAT COULD BE ISSUED BEFORE APRIL 1ST.  SO

4    LET'S KEEP OPERATING ON THAT ASSUMPTION, THAT WE ALL NEED TO BE

5    READY TO GO THROUGH TRIAL IN MARCH.

6        BUT OBVIOUSLY AS FACTS ON THE GROUND CHANGE, IF YOU COULD

7    LET ME KNOW IF YOU THINK THAT THAT WILL SOMEHOW IMPLICATE

8    EITHER THE CASE SCHEDULE OR HOW WE PROCEED, I'D REALLY

9    APPRECIATE IT.  I JUST -- IT'S JUST FOR ALL OF YOU AS WELL SO

10   YOU KNOW WHETHER YOU NEED TO KEEP ALL THESE DATES AVAILABLE FOR

11   A FIVE-DAY BENCH TRIAL AND SUMMARY JUDGMENT AND WHATNOT.

12       OKAY.  ALL RIGHT.  WELL, I APPRECIATE THAT.

13       I WOULD LIKE, WHEN WE GET TOGETHER AGAIN, IF YOU COULD

14   GIVE ME ANOTHER UPDATE ABOUT, YOU KNOW, WHAT THE CURRENT DATE

15   IS AND WHETHER THAT AFFECTS OUR CASE SCHEDULE AND AFFECTS THE

16   WORK THAT NEEDS TO BE DONE IN THIS CASE, THAT WOULD BE REALLY

17   HELPFUL.

18       OKAY.  SO WHAT ELSE DO WE NEED TO DO TODAY?  I THINK THAT

19   WAS IT ON MY LIST.  BUT IF YOU HAD ANYTHING FURTHER, I'D BE

20   HAPPY TO HAVE US DISCUSS IT NOW.

21        MR. HUSENY:  NOTHING FURTHER FOR PLAINTIFFS, YOUR

22   HONOR.

23       I WOULD JUST SAY THAT I APPRECIATE MR. COGHLAN'S OFFER TO

24   KEEP US IN THE LOOP ON THE NEW ANOMALIES AND THE NEW

25   DEVELOPMENTS, SO WE WILL FOLLOW UP WITH DEFENDANTS ON ALL OF

1       THAT TO MAKE SURE WE ARE CURRENT AS WELL.

2           BUT FOR THIS HEARING, NOTHING FURTHER FROM PLAINTIFFS.

3               THE COURT:  SO YOU HAD PREVIOUSLY REQUESTED DISCOVERY

4       ON THE ANOMALIES; IS THAT RIGHT?

5               MR. HUSENY:  YES, YOUR HONOR.

6               THE COURT:  OKAY.  SO I WOULD ASSUME THERE WOULD BE

7       ONGOING DISCOVERY OBLIGATIONS AS THAT -- AS THOSE FACTS CHANGE

8       AND IT WOULDN'T JUST BE FROZEN BASED ON DATA COLLECTION THAT

9       WAS DONE ON, FOR EXAMPLE, DECEMBER 22ND OR SOMETHING LIKE THAT.

10          IS THAT -- I DON'T KNOW WHO WANTS TO SPEAK FOR THE

11      DEFENDANTS, BUT ARE YOU UNDERSTANDING THAT YOUR DISCOVERY

12      OBLIGATION IS ONGOING AS FACTS ON THE GROUND CHANGE, THAT IT

13      CAN'T JUST BE THE FROZEN SNAPSHOT FROM WHENEVER THAT -- I THINK

14      THE DATA COLLECTION THAT I READ ABOUT IN DIFFERENT JOINT

15      DISCOVERY STATUS REPORTS WAS ACTUALLY EVEN EARLIER IN DECEMBER.

16              MS. KELLEHER:  YES, YOUR HONOR.

17              MR. SVERDLOV:  YES --

18              MS. KELLEHER:  GO AHEAD, ALEX.

19              MR. SVERDLOV:  I WOULD BE HAPPY TO ADDRESS THAT.

20          WE OF COURSE UNDERSTAND THAT OUR DISCOVERY OBLIGATIONS ARE

21      ONGOING, WHICH IS WHY PLAINTIFFS HAVE IN THEIR HANDS DOCUMENTS

22      THAT ARE DATED DECEMBER 29TH AND THAT WERE, IN FACT, PRODUCED

23      ON DECEMBER 30TH.

24          SO THERE IS NECESSARILY A CERTAIN LAG TO BEING ABLE TO

25      COLLECT DOCUMENTS, LOAD THEM INTO THE SYSTEM, AND GIVE THEM TO

```
 1        PLAINTIFFS.  WE CAN'T FULLY LIVE STREAM THE CENSUS AS I THINK

 2     THE PLAINTIFFS WOULD LIKE.

 3           BUT WE ARE ABSOLUTELY KEEPING UP WITH OUR DISCOVERY

 4     OBLIGATIONS AND PROVIDING UPDATES AS THEY -- AS WE'RE ABLE TO

 5     COLLECT DOCUMENTS AND TURN THEM OVER.

 6              THE COURT:  TERRIFIC.  THANK YOU.  THANK YOU.

 7           OKAY.  DID ANYONE HAVE ANYTHING ELSE?  OTHERWISE I WILL

 8     PLAN TO SEE YOU NEXT WEEK.

 9           ANYTHING ELSE?  NO?

10           OKAY.  THANK YOU ALL.  STAY HEALTHY, BE WELL, AND WE'LL BE

11     BACK TOGETHER NEXT WEEK.  ALL RIGHT.  THANK YOU.

12              MS. KELLEHER:  THANK YOU, YOUR HONOR.

13              MR. HUSENY:  THANK YOU, YOUR HONOR.

14              MR. SVERDLOV:  THANK YOU, YOUR HONOR.

15              THE COURT:  THANK YOU.  BYE-BYE.

16              THE CLERK:  COURT'S ADJOURNED.  THANK YOU.

17           (THE PROCEEDINGS WERE CONCLUDED AT 3:15 P.M.)

18

19

20

21

22

23

24

25
```