# EXHIBIT F

Case 1:20-cv-01142-DLF-BAH-PBS Document 94 Filed 01/06/21 Page 2 of 8    Case 2:18-cv-00772-RDP Document 159 Filed 01/06/21 Page 1 of 8

FILED
2021 Jan-06 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, et al., <br>    *Plaintiff*s, <br> v. <br> UNITED STATES DEPARTMENT OF COMMERCE; et al., <br>    *Defendants*, <br> and <br> DIANA MARTINEZ, et. al.; COUNTY OF SANTA CLARA, CALIFORNIA, et al.; and STATE OF NEW YORK, et al., <br>    *Defendant-Intervenors*, <br> and <br> JOEY CARDENAS, et. al., <br>    *Cross-Claimants,* <br> v. <br> BUREAU OF CENSUS, et al., <br>    *Cross-Defendants.* | Civil Action No. 2:18-cv-00772-RDP |

## **JOINT STATUS REPORT**

In response to the Court's recent orders (docs. 190, 192) requiring the parties to submit a joint status report following the Supreme Court's decision in *Trump v. New York*, 141 S. Ct. 530 (2020), the parties have conferred and now submit this report. As indicated in the Joint Motion to Extend the Stay of Proceedings filed yesterday by Plaintiffs and the State and Local Government Intervenor-Defendants, in light of the Supreme Court's decision, all parties agree that the stay of proceedings in this case should be extended. (Doc. 193 at 1). The Supreme Court's decisions in *New York*; *Trump v. San Jose*, No. 20–561, 2020 WL 7688078 (S. Ct. Dec. 28, 2020); and *Trump v. Useche*, No. 20–662, 2020 WL 7688079 (S. Ct. Dec. 28, 2020), collectively allow for the possibility that the Presidential Memorandum may be implemented in the context of the 2020 apportionment. The possible implementation of the Memorandum, and the broader results of the apportionment count, could affect or simplify questions regarding Plaintiffs' standing, and what discovery, if any, certain parties may wish to conduct before proceeding to dispositive motions.

In the joint motion, Plaintiffs and the State and Local Government Intervenor-Defendants proposed filing a joint status report with the Court by February 10, 2021, regarding future proceedings in this case. They further proposed that the parties will meet and confer and promptly submit a joint status report before that date if the apportionment count is released or other developments materially affect the legal landscape. Defendants agreed with the proposal that the parties submit a joint status report by February 10, 2021.

The Martinez Defendant-Intervenors believe that any stay should be automatically lifted when the President transmits to Congress his "statement showing the whole number of persons in each State ... and the number of Representatives to which each State would be entitled," under 2 U.S.C. § 2a(a).

Thus, the parties all agree that a stay of proceedings should be extended.

1

| | |
|---|---|
| January 6, 2021 | Respectfully submitted, |
| /s/ Morris J. Brooks, Jr.<br>Morris J. Brooks, Jr.<br>Pro se<br>2101 W. Clinton Avenue<br>Suite 302<br>Huntsville, AL 35805<br>(256) 355-9400<br>(256) 355-9406—Fax | Steve Marshall<br>*Alabama Attorney General*<br><br>/s/ Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr.<br>*Solicitor General*<br><br>James W. Davis<br>Winfield J. Sinclair |
| *Morris J. Brooks, Jr.* | Brenton M. Smith<br>*Assistant Attorneys General* |
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>DIANE KELLEHER<br>BRAD P. ROSENBERG<br>Assistant Branch Directors<br><br>/s/ Elliott M. Davis<br>ALEXANDER V. SVERDLOV<br>ELLIOTT M. DAVIS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel: (202) 514-4336<br>elliott.m.davis@usdoj.gov<br><br>*Counsel for Defendants* | OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152<br>Tel: (334) 242-7300<br>Fax: (334) 353-8440<br>Email: elacour@ago.state.al.us<br>jimdavis@ago.state.al.us<br>wsinclair@ago.state.al.us<br>bchynoweth@ago.state.al.us<br><br>*Counsel for Plaintiff State of Alabama* |
| DATED:  January 6, 2021 | Respectfully submitted,<br><br>LETITIA JAMES<br>*Attorney General of the State of New York* |
| /s/  Joyce White Vance<br>Joyce White Vance | By: /s/  Matthew Colangelo<br>Matthew Colangelo |

2

101 Paul W. Bryant Drive
Tuscaloosa, AL 35487
jvance@law.ua.edu

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Birmingham, AL 35205
Phone: (205) 930-5100
bragsdale@sirote.com

*Chief Counsel for Federal Initiatives*
Elena Goldstein
   *Deputy Chief, Civil Rights Bureau*
Joseph J. Wardenski, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the State and Other Government Defendant-Intervenors*

Respectfully submitted,

*/s/   Robert S. Vance*
THE BLOOMSTON FIRM
Robert S. Vance
2151 Highland Avenue South, Suite 310
Birmingham, AL 35205
(205) 212-9700
Robert@thebloomstonfirm.com

DAGNEY JOHNSON LAW GROUP
Anil A. Mujumdar (ASB-2004-L65M)
2170 Highland Avenue South, Suite 205
Birmingham, Alabama 35205
Telephone: (205) 649-7502
Facsimile: (205) 809-7899
Email: anil@dagneylaw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-9857
Email: erosenberg@lawyerscommittee.org
dspence@lawyerscommittee.org

DEMOCRACY FORWARD
Robin F. Thurston
John T. Lewis

3

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Email: rthurston@democracyforward.org
jlewis@democracyforward.org

*Attorneys for Defendant-Intervenors*
*City of Atlanta; City of San José; Arlington County; and King County*

DEBEVOISE & PLIMPTON LLP
Jyotin Hamid
Lauren M. Dolecki
Ming Ming Yang
919 Third Ave
New York, NY 10022
(212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
lmdolecki@debevoise.com
mmyang@debevoise.com

Robert Kaplan
801 Pennsylvania Avenue NW, Suite 500
Washington, DC 20001
Telephone: (202) 383-8000
Facsimile: (202 383-8188
Email: rbkaplan@debevoise.com

CITY OF SAN JOSÉ
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, CA 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

*Attorneys for Defendant-Intervenor*
*City of San José*

Respectfully submitted,

4

/s/  Robert D. Segall

COPELAND FRANCO
SCREWS & GILL, P.A.
Robert D. Segall (SEG003)
Post Office Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Facsimile: (334) 834-3172
Email: segall@copelandfranco.com

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
James R. Williams, County Counsel
Greta S. Hansen
Laura S. Trice
Raphael N. Rajendra
Marcelo Quiñones
Karun Tilak
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San José, CA 95110
Email: raphael.rajendra@cco.sccgov.org
marcelo.quinones@cco.sccgov.org
karun.tilak@cco.sccgov.org

LAW OFFICE OF
JONATHAN WEISSGLASS
Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
Email: jonathan@weissglass.com

*Attorneys for the Local Government Defendant-Intervenors*

Respectfully submitted,

/s/  Thomas A. Saenz

MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz

5

Andrea Senteno
634 S. Spring St., Ste. 1100
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
asenteno@maldef.org

Edward Still
Bar. No. ASB-i47w-4786
still@votelaw.com
429 Green Springs Hwy STE 161-304
Birmingham, AL 35209
Telephone: (205) 320-2882
Facsimile: (205) 320-2882

James U. Blacksher
(AL Bar: ASB-2381-S82J)
825 Linwood Road
Birmingham, AL 35222
Telephone: (205) 612-3752
jublacksher@gmail.com

*Attorneys for Martinez Intervenors*