**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HAITIAN-AMERICANS UNITED, INC., BRAZILIAN WORKER CENTER, CHELSEA COLLABORATIVE, INC., CENTRO PRESENTE, GLADYS VEGA, NORIELIZ DEJESUS, ROY AVELLANEDA, DIEUFORT FLEURISSAINT, MARTHA FLORES, and JESSICA ARMIJO,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his Official Capacity, UNITED STATES DEPARTMENT OF COMMERCE, UNITED STATES BUREAU OF THE CENSUS, STEVEN DILLINGHAM, Director of the U.S. Census Bureau in his Official Capacity, and WILBUR ROSS, Secretary of the Department of Commerce in his Official Capacity,<br><br>       Defendants. | Case No. 20-11421-DPW-BMS-PBS |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Haitian-Americans United, Inc., Brazilian Worker Center, Chelsea Collaborative, Inc., Centro Presente, Gladys Vega, Norieliz DeJesus, Roy Avellaneda, Dieufort Fleurissaint, Martha Flores, and Jessica Armijo hereby give notice of the voluntary dismissal of all claims in this action, without prejudice.

1

**HAITIAN-AMERICANS UNITED, INC., BRAZILIAN WORKER CENTER, CHELSEA COLLABORATIVE, INC., CENTRO PRESENTE, GLADYS VEGA, NORIELIZ DEJESUS, ROY AVELLANEDA, DIEUFORT FLEURISSAINT, MARTHA FLORES and JESSICA ARMIJO**

By their attorneys,

*/s/ Patrick M. Curran, Jr.*
Neil V. McKittrick (BBO #551386)
Patrick M. Curran, Jr. (BBO #659322)
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
One Boston Place, Suite 3220
Boston, MA  02110
Tel: (617) 994-5700
Fax: (617) 994-5701
neil.mckittrick@ogletreedeakins.com
patrick.curran@ogletreedeakins.com


Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0609
lsampson@lawyersforcivilrights.org

Dated:  January 12, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that the within document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Filing.

                                      */s/ Patrick M. Curran, Jr.*
                                      Patrick M. Curran, Jr.

45584884.1