UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


```
HAITIAN-AMERICANS UNITED, INC.,        )
BRAZILIAN WORKER CENTER, CHELSEA       )
COLLABORATIVE, INC., CENTRO PRESENTE,  )
GLADYS VEGA, NORIELIZ DEJESUS,         )
ROY AVELLANEDA, DIEUFORT FLEURISSAINT, )
MARTHA FLORES and JESSICA ARMIJO,      )
        Plaintiffs,                    )
                                       )
        v.                             )  CIVIL ACTION No.
                                       )  20cv11421-DPW-BMS-PBS
DONALD J. TRUMP, President of the      )
Unites States in his Official Capacity,)
UNITED STATES DEPARTMENT OF COMMERCE,  )
UNITED STATES BUREAU OF THE CENSUS,    )
WILBUR LOUIS ROSS, JR., Secretary of   )
the Department of Commerce in his      )
Official Capacity,                     )
STEVEN DILLINGHAM, Director of the     )
U.S. Census Bureau in his Official     )
Capacity,                              )
        Defendants.                    )
```


## ORDER OF DISMISSAL


In accordance with the Plaintiffs' Notice of Voluntary

Dismissal Without Prejudice [ECF #60] filed on January 12, 2021,

it is hereby ORDERED the above-entitled action be, and hereby

is, DISMISSED without prejudice.


BY THE COURT,

**/s/ Barbara I. Beatty**
_____
Deputy Clerk

DATED:  January 13, 2021